1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 9    HARMONY GOLD U.S.A., INC.,<br><br>10            Plaintiff,<br><br>11      v.<br><br>12    HAREBRAINED SCHEMES LLC,<br>     HAREBRAINED HOLDINGS, INC.,<br>13    JORDAN WEISMAN, PIRANHA GAMES<br>     INC. and DOES 1–10,<br>14<br>           Defendants.<br>15 | CASE NO.<br><br>PLAINTIFF'S CORPORATE<br>DISCLOSURE STATEMENT |

16       Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Plaintiff Harmony Gold U.S.A., Inc.

17 ("Harmony Gold") makes the following corporate disclosure statement.

18       Harmony Gold is a California corporation with its principal place of business in Los

19 Angeles, California. Harmony Gold has no parent corporation, and no publicly held company

20 owns ten percent (10%) or more of its stock.

21       ///

22       ///

23       ///

24

25

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

1    DATED:  March 1, 2017.

2                                        CALFO EAKES & OSTROVSKY PLLC

3

4                                        By  *s/ Damon C. Elder*
                                             Damon C. Elder, WSBA #46754
5                                             *s/ Andrew R.W. Hughes*
                                             Andrew R.W. Hughes, WSBA #49515
6                                             1301 Second Avenue, Suite 2800
                                             Seattle, WA  98101
7                                             Phone:  (206) 407-2200
                                             Fax:  (206) 407-2224
8                                             Email:  damone@calfoeakes.com
                                                     andrewh@calfoeakes.com
9

10                                        PATTISHALL, McAULIFFE, NEWBURY,
                                             HILLIARD & GERALDSON LLP
11

12

13                                        By:  *s/ Brett A. August*
                                             Brett A. August (*pro hac vice* to be filed)
14                                             baa@pattishall.com
                                             *s/ Jason Koransky*
15                                             Jason Koransky (*pro hac vice* to be filed)
                                             jmk@pattishall.com
16                                             200 South Wacker Drive, Suite 2900
                                             Chicago, Illinois 60606
17                                             Telephone: (312) 554-8000
                                             Facsimile: (312) 554-8015
18

19                                        *Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

20

21

22

23

24

25

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 2