The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., and DOES 1-10, <br><br> Defendants. | No. 2:17-cv-00327-TSZ <br><br> NOTICE OF APPEARANCE |

Please take notice that Warren J. Rheaume and James Harlan Corning of Davis Wright Tremaine LLP appear on behalf of the Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc. and Jordan Weisman in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney at the address below stated.

DATED this 17th day of March, 2017.

Davis Wright Tremaine LLP

By *s/ Warren J. Rheaume*
Warren J. Rheaume, WSBA #13627

By *s/ James Harlan Corning*
James Harlan Corning, WSBA #45177

NOTICE OF APPEARANCE (2:17-cv-00327) - 1
4841-3156-7429v.1 0096453-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel:  206-757-8265 | Fax: 206-757-7265
Email:   warrenrheaume@dwt.com
              jamescorning@dwt.com

*Attorneys for Defendant Harebrained Schemes LLC, Harebrained Holdings, Inc. and Jordan Weisman*

NOTICE OF APPEARANCE (2:17-cv-00327) - 2
4841-3156-7429v.1 0096453-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 17th day of March, 2017.

*s/ Warren J. Rheaume*
Warren J. Rheaume

NOTICE OF APPEARANCE (2:17-cv-00327) - 3
4841-3156-7429v.1 0096453-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax