THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

vs.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, PIRANHA GAMES
INC. and DOES 1–10,

Defendants.

CIVIL ACTION NO. 2:17-cv-00327-TSZ

NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Paul T. Meiklejohn of Dorsey & Whitney LLP, hereby enters his appearance on behalf of defendant Piranha Games Inc. in the above-captioned matter, without waiving any claims or defenses, including those under Fed. R. Civ. P. 12.  You are hereby requested to serve all further papers in this case, except original process, upon said attorney at the address stated below.

////

////

NOTICE OF APPEARANCE - 1
2:17-cv-00327-TSZ

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1    DATED this 21st day of March, 2017.

2
                                        DORSEY & WHITNEY LLP
3
                                        *By:  s/ Paul T. Meiklejohn*
4                                       Paul T. Meiklejohn (WSBN 17477)
                                        meiklejohn.paul@dorsey.com
5                                       Dorsey & Whitney LLP
                                        701 Fifth Avenue, Suite 6100
6                                       Seattle, WA 98104
                                        Phone:  (206) 903 8800
7                                       Fax:  (206) 903 8820

8                                       ATTORNEYS FOR DEFENDANT
                                        PIRANHA GAMES INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
2:17-cv-00327-TSZ

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

## <u>CERTIFICATE OF SERVICE</u>

2
I HEREBY CERTIFY that on this 21st day of March, 2017, a true and correct copy of the

3
foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system,

4
which will serve a Notice of Filing on all counsel of record.

5

6
By: <u>*s/ Paul T. Meiklejohn*</u>

7
Paul T. Meiklejohn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 3
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820