HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> STIPULATED MOTION TO EXTEND PIRANHA GAMES INC.'S DEADLINE TO RESPOND TO COMPLAINT <br><br> NOTE ON MOTION CALENDAR: MARCH 21, 2017 |

Pursuant to Fed. R. Civ. P. 6(b), defendant Piranha Games Inc. ("Piranha") and Harmony Gold U.S.A., Inc. ("Harmony Gold"), by and through undersigned counsel, hereby stipulate to extend the time for Piranha to respond to Harmony Gold's complaint to April 24, 2017.[1] Because good cause exists for the requested, unopposed extension of time, the parties respectfully request that the Court grant this stipulated motion.

On March 1, 2017, Harmony Gold filed its complaint. Dkt. 1. Copies of the summons and complaint were delivered to Piranha's Human Resource Manager at Piranha's headquarters in

---

[1] Piranha, and undersigned counsel acting on its behalf, specially appear before this Court for the limited purpose of filing this motion and expressly reserve, and do not waive, any and all defenses to the complaint, including, without limitation, the defenses of lack of personal jurisdiction and insufficient service of process and all other defenses otherwise available under the Federal Rules of Civil Procedure.

STIPULATED MOTION TO EXTEND
PIRANHA GAMES INC.'S DEADLINE TO
RESPOND TO COMPLAINT - 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Vancouver, British Columbia, Canada on March 2, 2017. Assuming that the summons and complaint were properly served on March 2, 2017, Piranha's response to the complaint is due on March 23, 2017.

Due to the press of other commitments, Piranha is in need of a brief extension of time to April 23, 2017 to respond to Harmony Gold's complaint. If a request for an extension of time is made before the original deadline, courts "may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1). "[R]equests for extensions of time made before the applicable deadline has passed should 'normally…be granted in the absence of bad faith or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259-60 (9th Cir. 2010) (finding that moving party clearly demonstrated "good cause" where record was devoid of any indication of bad faith by moving party or prejudice to nonmoving party), *quoting* 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004). Counsel for Piranha exchanged correspondence with counsel for Harmony Gold, and both parties stipulate that the requested extension of time is made in good faith, not for purposes of delay, and will not prejudice any party or the Court.

For the reasons state above, Piranha respectfully requests that the Court grant this stipulated motion to extend the deadline for Piranha to respond to the complaint to April 24, 2017. A proposed order granting the stipulated motion is filed concurrently herewith.

STIPULATED MOTION TO EXTEND
PIRANHA GAMES INC.'S DEADLINE TO
RESPOND TO COMPLAINT - 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  DATED:  March 21, 2017                Respectfully submitted,

2                                        By /s/ Paul T. Meiklejohn
3                                        Paul T. Meiklejohn, WSBA No. 17477
                                         J. Michael Keyes, WSBA No. 29215
4                                        Ryan B. Meyer, WSBA No. 37832
                                         DORSEY & WHITNEY LLP
5                                        701 Fifth Avenue, Suite 6100
                                         Seattle, WA 98104
6
7                                        *Attorneys for Defendant Piranha Games Inc.*

8

9                                        CALFO EAKES & OSTROVSKY PLLC

10                                       By /s/ Damon C. Elder
                                             Damon C. Elder, WSBA #46754
11                                           Andrew R.W. Hughes, WSBA #49515
                                             1301 Second Avenue, Suite 2800
12                                           Seattle, WA 98101-3808
                                             Phone:  (206) 407-2200
13                                           Fax:  (206) 407-2224
                                             Email:  damone@calfoeakes.com
14                                                   andrewh@calfoeakes.com

15

16                                       Brett A. August (*pro hac vice*)
                                         baa@pattishall.com
17                                       Jason Koransky (*pro hac vice*)
                                         jmk@pattishall.com
18                                       Pattishall, McAuliffe, Newbury, Hilliard &
                                           Geraldson LLP
19                                       200 South Wacker Drive, Suite 2900
                                         Chicago, Illinois 60606
20                                       Telephone:  (312) 554-8000
                                         Facsimile:  (312) 554-8015
21
22                                       *Attorneys for Plaintiff Harmony Gold U.S.A.,*
                                         *Inc.*
23

24

25

STIPULATED MOTION TO EXTEND
PIRANHA GAMES INC.'S DEADLINE TO
RESPOND TO COMPLAINT - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820