HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND PIRANHA GAMES INC.'S DEADLINE TO RESPOND TO COMPLAINT <br><br> NOTE ON MOTION CALENDAR: MARCH 21, 2017 |

Plaintiff Harmony Gold U.S.A. ("Harmony Gold") and defendant Piranha Games Inc. ("Piranha") have filed a stipulated motion requesting that the Court extend the deadline for Piranha's response to Harmony Gold's complaint from March 23, 2017 to April 24, 2017. The Court, having considered the parties' stipulated motion and all the evidence and arguments in support of the motion, hereby GRANTS the stipulated motion and ORDERS Piranha to file its response to Harmony Gold's complaint no later than April 24, 2017.

DATED this ____ day of _____, 2017.

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO EXTEND
PIRANHA GAMES INC.'S DEADLINE TO
RESPOND TO COMPLAINT - 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

_____
The Honorable Thomas S. Zilly
UNITED SATES DISTRICT COURT JUDGE

Presented on  March 21, 2017 by:

*/s/ Paul T. Meiklejohn*
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Ryan B. Meyer, WSBA No. 37832
DORSEY &WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

CALFO EAKES & OSTROVSKY PLLC

By */s/ Damon C. Elder*
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101-3808
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
         andrewh@calfoeakes.com

    Brett A. August (*pro hac vice*)
    baa@pattishall.com
    Jason Koransky (*pro hac vice*)
    jmk@pattishall.com
    Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
    200 South Wacker Drive, Suite 2900
    Chicago, Illinois 60606
    Telephone:  (312) 554-8000
    Facsimile:  (312) 554-8015
    *Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND PIRANHA GAMES INC.'S DEADLINE TO RESPOND TO COMPLAINT - 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820