UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

    Plaintiff,

v.

HAREBRAINED SCHEMES LLC,

    Defendants.

C17-327 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the stipulation between plaintiff Harmony Gold U.S.A., Inc. and defendant Piranha Games Inc. ("Piranha"), docket no. 17, the deadline for Piranha to file a responsive pleading or motion is EXTENDED to April 24, 2017.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 23rd day of March, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1