IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

**HARMONY GOLD U.S.A, INC.**

Plaintiff/Petitioner

vs.

**HAREBRAINED SCHEMES LLC; HAREBRAINED HOLDINGS, INC.; JORDAN WEISMAN; PIRANHA GAMES INC.; AND DOES 1-10**

Defendant/Respondent

Cause No.: **2:17-CV-00327**
Hearing Date:

DECLARATION OF SERVICE OF

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE FOR BRETT A. AUGUST; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE FOR JASON KORANSKY; NOTICE OF REGISTER COPYRIGHTS**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **6th day of March, 2017** at **11:17 AM** at the address of **1201 3RD AVE. SUITE 2200, SEATTLE, King County, WA 98101**; this declarant served the above described documents upon **HAREBRAINED HOLDINGS, INC. c/o DWT WASHINGTON, LLC, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Marilyn Pleskoff**, **SECRETARY , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a white female approx. 55-65 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Calfo Eakes & Ostrovsky PLLC**
Ref #: **Harebrained Holdings, Inc.**

Tracking #: **0015902680**



Case 2:17-cv-00327-TSZ    Document 19    Filed 03/23/17    Page 2 of 2

| PLAINTIFF/PETITIONER: | HARMONY GOLD U.S.A, INC. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | HAREBRAINED SCHEMES LLC; HAREBRAINED HOLDINGS, INC.; JORDAN WEISMAN; PIRANHA GAMES INC.; AND DOES... | 2:17-CV-00327 |

Service Fee Total: **$ 49.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED ___3/6/17_____.



**James Bradford, Reg. # 204960, King County**

