IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

**HARMONY GOLD U.S.A, INC.**

Plaintiff/Petitioner

vs.

**HAREBRAINED SCHEMES LLC; HAREBRAINED HOLDINGS, INC.; JORDAN WEISMAN; PIRANHA GAMES INC.; AND DOES 1-10**

Defendant/Respondent

Cause No.: **2:17-CV-00327**
Hearing Date:

DECLARATION OF SERVICE OF

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE FOR BRETT A. AUGUST; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE FOR JASON KORANSKY; NOTICE OF REGISTER COPYRIGHTS**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **6th day of March, 2017** at **11:43 AM** at the address of **8525 120TH AVE NE SUITE 301, KIRKLAND, King County, WA 98033**; this declarant served the above described documents upon **HAREBRAINED SCHEMES LLC c/o JORDAN WEISMAN, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Mitch Gitelman**, **PRESIDENT, CORPORATE OFFICER, who accepted service, with identity confirmed by verbal communication, a gray-haired white male approx. 45-55 years of age, 5'8" -5'10" tall and weighing 160-180 lbs with a beard, glasses and a mustache.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Calfo Eakes & Ostrovsky PLLC**
Ref #: **Harebrained Holdings, Inc.**

Tracking #: **0015902679**



| PLAINTIFF/PETITIONER: | HARMONY GOLD U.S.A, INC. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | HAREBRAINED SCHEMES LLC; HAREBRAINED HOLDINGS, INC.; JORDAN WEISMAN; PIRANHA GAMES INC.; AND DOES... | 2:17-CV-00327 |

Service Fee Total: **$ 79.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____3/6/2017_____.

*[signature]*

**Ken Van Dyke, Reg. # 307390, King**