UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1-10, <br><br> Defendants. | CASE NO. 17-00327 <br><br> **AFFIDAVIT OF SERVICE OF** <br><br> COMPLAINT (WITH EXHIBIT A ATTACHED); CIVIL COVER SHEET; SUMMONS; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGUARDING A COPYRIGHT |

The undersigned, being sworn, on oath deposes and says: That she is now and at all times herein mentioned was a citizen of Canada and resident of the Province of British Columbia, Canada, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness herein.

That on Thursday, March 3, 2017 at 4:45 p.m. at the address of 2065-88 West Pender Street, Vancouver, in the Province of British Columbia, this affiant duly served the above described documents, upon **PIRANHA GAMES INC.** by then and there personally delivering

one true and correct copy thereof, by then presenting to and leaving the same with, **JESSICA, Manager of Human Resources.**

**SUBSCRIBED AND SWORN TO** before me
March 23rd, 2017.

_____
CARRIE -LEE GODFREY

_____
A NOTARY PUBLIC IN AND FOR
THE PROVINCE OF BRITISH COLUMBIA

**BRIAN C. MARKUS**
*Barrister & Solicitor*
SUITE 930 -777 HORNBY STREET
VANCOUVER, B.C.
CANADA V6Z 1S4