1

2

3

4

5

6

7

The Honorable Thomas S. Zilly

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

HARMONY GOLD U.S.A., INC.,

11

Plaintiff,

12

v.

13

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMES INC., and
DOES 1-10,

14

15

Defendants.

16

No. 2:17-cv-00327-TSZ

STIPULATED MOTION AND
[PROPOSED] ORDER TO
EXTEND HAREBRAINED
HOLDINGS, INC.'S DEADLINE
TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
MARCH 23, 2017

17

18

**I.       STIPULATION**

19

Pursuant to Fed. R. Civ. P. 6(b), Defendant Harebrained Holdings, Inc. ("HHI") and

20

Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold"), by and through undersigned counsel,

21

hereby stipulate to extend the deadline for HHI to respond to Harmony Gold's complaint to

22

April 24, 2017.[1]  Because good cause exists for the requested, unopposed extension of time, the

23

parties respectfully request that the Court grant this stipulated motion.

24

On March 1, 2017, Harmony Gold filed its complaint.  (Dkt. # 1)  HHI was served with

25

the summons and complaint on March 6, 2017.  (Dkt. # 19)  Accordingly, HHI's response to

26

the complaint is due on March 27, 2017.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

27

---

[1] By filing this motion, HHI does not waive any defense to the complaint, including without limitation the defenses listed in Fed. R. Civ. P. 12(b).

STIP. MOT. & [PROPOSED] ORDER TO EXTEND HHI'S
DEADLINE TO RESPOND TO COMPLAINT
(2:17-cv-00327-TSZ) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1    HHI requests a four-week extension of time to respond to the complaint so HHI has

2  additional time to investigate the complaint's allegations before responding.  If a request for an

3  extension of time is made before the original deadline, courts "may, for good cause, extend the

4  time." Fed. R. Civ. P. 6(b)(1).  "[R]equests for extensions of time made before the applicable

5  deadline has passed should normally…be granted in the absence of bad faith or prejudice to the

6  adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259-60 (9th Cir. 2010)

7  ("good cause" exists when no evidence of bad faith by moving party or prejudice to nonmoving

8  party is found).   Counsel for HHI conferred telephonically with counsel for Harmony Gold,

9  and both parties stipulate that the requested extension of time is made in good faith, not for

10  purposes of delay, and will not prejudice any party or the Court.

11    For the reasons state above, HHI respectfully requests that the Court grant this

12  stipulated motion to extend the deadline for HHI to respond to the complaint to April 24, 2017.

13  A proposed order granting the stipulated motion is attached.

14    DATED this 23rd day of March, 2017.

15
16    DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Harebrained Holdings, Inc.*

17    By   *s/ James Harlan Corning*
18    Warren J. Rheaume, WSBA #13627
    James Harlan Corning, WSBA #45177
19    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
20    Tel:  206-757-8265 | Fax: 206-757-7265
    Email:   warrenrheaume@dwt.com
21    jamescorning@dwt.com

22
23    CALFO EAKES & OSTROVSKY PLLC
    *Attorneys for Harmony Gold U.S.A., Inc.*

24
    By   *filing authorized by telephone on 3/22/17*
25    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
26    1301 Second Avenue, Suite 2800
    Seattle, WA 98101-3808
27    Phone: (206) 407-2200

STIP. MOT. & [PROPOSED] ORDER TO EXTEND HHI'S
DEADLINE TO RESPOND TO COMPLAINT
(2:17-cv-00327-TSZ) – 2

1

2

Fax: (206) 407-2224
Email:  damone@calfoeakes.com
andrewh@calfoeakes.com

3

4

5

6

7

8

PATTISHALL, MCAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP
Brett A. August *(pro hac vice)*
Jason Koransky *(pro hac vice)*
200 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015
Email:  baa@pattishall.com
jmk@pattishall.com

9

10

## II.      ORDER

11

IT IS SO ORDERED.

12

DATED this _____ day of _____, 2017.

13

14

15

16

The Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

STIP. MOT. & [PROPOSED] ORDER TO EXTEND HHI'S
DEADLINE TO RESPOND TO COMPLAINT
(2:17-cv-00327-TSZ) – 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on the date stated below, I caused the foregoing to be electronically

3   filed with the Clerk of the Court using the CM/ECF system, which will send notification of

4   such filing to all counsel of record.

5          DATED this 23rd day of March, 2017.

6

7                                        *s/ James Harlan Corning*
                                         James Harlan Corning

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE
(2:17-cv-00327-TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax