UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

    Plaintiff,

v.

HAREBRAINED SCHEMES LLC, et al.,

    Defendants.

C17-327 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation between plaintiff Harmony Gold U.S.A., Inc. and defendant Harebrained Holdings, Inc., docket no. 22, the deadline for Harebrained Holdings, Inc. to file a responsive pleading or motion is EXTENDED to April 24, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1