UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff(s), <br> Vs. <br><br> HAREBRAINED SCHEMES LLC; et al., <br><br> Defendant(s). | NO. 2:17-cv-00327-TSZ <br><br> AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET. |

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF KING       )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 10:48 A.M. on March 31st, 2017, at 8525 120th Avenue Northeast, Suite 301, Kirkland, Washington, I duly served the above-described documents in the above-described matter upon Jordan Weisman, by then and there personally delivering a true and correct copy thereof by leaving the same with Jordan Weisman, personally.

RICHARD W. KOHNENBERGER   KING CO. # 0203336

Service Fees:    12.00
Prep:            10.00
Travel:          70.00
SSA:
Wait:
Special Fee:
Aff./Notary Fee: 12.00

TOTAL   $104.00

SUBSCRIBED AND SWORN to before me on: APR 0 6 2017

JOSEPH ERIC WUOLLET
NOTARY PUBLIC in and for the State of Washington residing at: Seattle.
My commission expires: 02-25-20.