THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1-10<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-00327-TSZ<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PIRANHA GAMES INC.** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Piranha Games Inc. ("Piranha"), by and through its undersigned attorneys, submits this Corporate Disclosure statement and states as follows:

Piranha has no parent corporation or public corporation owning 10% or more of its stock.

DATED this 24th day of April, 2017.

DORSEY & WHITNEY LLP

*/s/ Paul T. Meiklejohn*
PAUL T. MEIKLEJOHN WSBA #17477
MEIKLEJOHN.PAUL@DORSEY.COM
J. MICHAEL KEYES, WSBA # 29215

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PIRANHA GAMES INC.. - 1
2:17-cv-00327-TSZ

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

KEYES.MIKE@DORSEY.COM
TODD S. FAIRCHILD, WSBA # 17654
FAIRCHILD.TODD@DORSEY.COM
RYAN B. MEYER WSBA #37832
MEYER.RYAN@DORSEY.COM
**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800

*Attorneys for Defendant Piranha Games Inc.*

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT PIRANHA GAMES INC.. - 2
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PIRANHA GAMES INC. was served on the following parties, by the method(s) indicated below, on April 24, 2017.

| | |
|---|---|
| Damon C. Elder<br>Andrew R.W. Hughes<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808 | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail |

Brett A. August
Jason Koransky
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
200 South Wacker Drive, Suite 2900
Chicago, Illinois 60606

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

/s/ Paul T. Meiklejohn

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PIRANHA GAMES INC.. - 3
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820