The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANA GAMES INC., and DOES 1-10, <br><br> Defendants. | No. 2:17-cv-00327-TSZ <br><br> HAREBRAINED DEFENDANTS' FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT |

Defendant Harebrained Schemes LLC states that its parent corporation is Harebrained Holdings, Inc., who owns 100% of its membership.

Defendant Harebrained Holdings, Inc. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED this 25th day of April, 2017.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for the Harebrained Defendants*

By  *s/ James Harlan Corning*
Warren J. Rheaume, WSBA #13627
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Phone: (206) 622-3150
Fax: (206) 757-7700
Email:  warrenrheaume@dwt.com
jamescorning@dwt.com

HAREBRAINED DEFS.' RULE 7.1 & LCR 7.1
CORPORATE DISCLOSURE STATEMENT
(No. 2:17-cv-00327-TSZ) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the document to which this certificate is attached to be delivered to the following as indicated:

| | |
|---|---|
| Damon C. Elder, WSBA #46754<br>Email: damone@calfoeakes.com<br>Andrew R.W. Hughes, WSBA #49515<br>Email: andrewh@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA  98101 | [ ] Messenger<br>[ ] U.S. Mail, postage prepaid<br>[ ] Federal Express<br>[ ] Facsimile<br>[ ] Email<br>[X] ECF |
| Brett A. August (*pro hac vice* to be filed)<br>Email: baa@pattishall.com<br>Jason Koransky (*pro hac vice* to be filed)<br>Email: jmk@pattishall.com<br>PATTISHALL, MCAULIFFE,<br>NEWBURY, HILLIARD &<br>GERALDSON LLP<br>200 South Wacker Drive, Suite 2900<br>Chicago, IL  60606 | [ ] Messenger<br>[ ] U.S. Mail, postage prepaid<br>[ ] Federal Express<br>[ ] Facsimile<br>[ ] Email<br>[X] ECF |
| Paul T. Meiklejohn WSBA #17477<br>Email: meiklejohn.paul@dorsey.com<br>J. Michael Keyes, WSBA # 29215<br>Email: keyes.mike@dorsey.com<br>Todd S. Fairchild, WSBA # 17654<br>Email fairchild.todd@dorsey.com<br>Ryan B.Meyer, WSBA #37832<br>Email: meyer.ryan@dorsey.com<br>DORSEY & WHITNEY LLP<br>Columbia Center<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA  98104-7043 | [ ] Messenger<br>[ ] U.S. Mail, postage prepaid<br>[ ] Federal Express<br>[ ] Facsimile<br>[ ] Email<br>[X] ECF |

Declared under penalty of perjury under the laws of the state of Washington, and dated at Seattle, Washington this 25th day of April, 2017.

*s/ James Harlan Corning*
James Harlan Corning

HAREBRAINED DEFS.' RULE 7.1 & LCR 7.1
CORPORATE DISCLOSURE STATEMENT
(No. 2:17-cv-00327-TSZ) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax