THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1-10<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-00327-TSZ<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that J. Michael Keyes and Ryan B. Meyer of Dorsey & Whitney LLP hereby enter their appearances on behalf of defendant Piranha Games Inc. in the above-captioned matter, without waiving any claims or defenses, including those under Fed. R. Civ. P. 12. You are hereby requested to serve all further papers in this case, except original process, upon the undersigned attorneys at the address stated below.

/ / / /

/ / / /

NOTICE OF APPEARANCE - 1
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  DATED this 26th day of April, 2017.

2

3

4                                                    DORSEY & WHITNEY LLP

5                                                    *By: s/ J. Michael Keyes*
                                                     J. MICHAEL KEYES, WSBA NO. 29215
                                                     *By: s/ Ryan B. Meyer*
6                                                    RYAN B. MEYER, WSBA NO. 37832

7                                                    **Dorsey & Whitney LLP**
                                                     Columbia Center
8                                                    701 Fifth Avenue, Suite 6100
                                                     Seattle, WA 98104-7043
9                                                    Phone: (206) 903-8800
                                                     Fax: (206) 260-9141
10
                                                     keyes.mike@dorsey.com
11                                                   meyer.ryan@dorsey.com

12                                                   *Attorneys for Defendant Piranha Games Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve a Notice of Filing on all counsel of record.

*s/ Ryan B. Meyer*
Ryan B. Meyer

NOTICE OF APPEARANCE - 3
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820