UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HARMONY GOLD U.S.A., INC.,

Plaintiff(s),

Vs.

HAREBRAINED SCHEMES LLC; et al.,

Defendant(s).

NO.  2:17-cv-00327-TSZ

AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; CIVIL COVER SHEET.

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 1:30 P.M. on May 8th, 2017, at 1209 204th Place Southeast, Bothell, Washington, I duly served the above-described documents in the above-described matter upon InMediaRes Productions, LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Loren Coleman, Owner.

MORGAN KEMPER          KING CO. # 1719946

| Service Fees: | 12.00 |
| Prep: | 10.00 |
| Travel: | 140.00 |
| SSA: | |
| Wait: | |
| Special Fee: | 50.00 |
| Aff./Notary Fee: | 12.00 |
| TOTAL | $224.00 |

SUBSCRIBED AND SWORN to before me on MAY 1 2 2017

JOSEPH ERIC WUOLLET
NOTARY PUBLIC in and for the State of Washington residing at: Seattle.
My commission expires: 02-25-20.