1

The Honorable Thomas S. Zilly

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   HARMONY GOLD U.S.A., INC.,

Case No. 2:17-cv-00327

11                                   Plaintiff,

ANSWER TO AMENDED
COMPLAINT

12        v.

13   HAREBRAINED SCHEMES LLC,
     HAREBRAINED HOLDINGS, INC., JORDAN
14   WEISMAN, PIRANA GAMES INC.,
     INMEDIARES PRODUCTIONS, LLC and
15   DOES 1-10,

16                                   Defendants.

17

18                              **ANSWER**

19        Defendants Harebrained Holdings, Inc., Harebrained Schemes, LLC, and Jordan

20   Weisman (collectively, the "Harebrained Defendants") answer Plaintiff's Amended Complaint

21   as follows.  To the extent that any allegation in the complaint is not specifically admitted, the

22   allegation is denied.

23                              **PARTIES**

24        1.      Plaintiff Harmony Gold U.S.A., Inc., is a California corporation with its

25   principal place of business in Los Angeles, California.

26

27

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 1

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

2.     Defendant Harebrained Schemes LLC is a limited liability company formed under the laws of the State of Washington with its principal place of business in Kirkland, Washington.

ANSWER:  The Harebrained Defendants admit Harebrained Schemes LLC is a Washington limited liability company with a place of business in Kirkland, Washington.  The Harebrained Defendants deny the allegations of this paragraph that are otherwise inconsistent with the above admission(s).

3.     Defendant Harebrained Holdings, Inc., is a corporation formed under the laws of the State of Washington with its principal place of business in Bellevue, Washington.  On information and belief, Harebrained Holdings, Inc., does business under the name Harebrained Schemes. (Harebrained Schemes LLC and Harebrained Holdings, Inc., are referred to collectively as "Harebrained Schemes").

ANSWER:  The Harebrained Defendants admit Harebrained Holdings Inc. is incorporated under the laws of the state of Washington with a place of business in Bellevue, Washington.  The Harebrained Defendants deny the remaining allegations in this paragraph.

4.     Defendant Jordan Weisman ("Weisman") is an individual who, on information and belief, resides in Bellevue, Washington.  On further information and belief, Weisman is the CEO and registered agent for Harebrained Schemes LLC, and is a governor of Harebrained Holdings, Inc. Weisman is the moving, active and conscious force behind Harebrained Schemes; has directed and controlled the activities of Harebrained Schemes complained of herein; has participated in, assisted in and/or is responsible for the conduct alleged herein; and

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

entered into the Settlement Agreement with Harmony Gold at issue in the breach-of-contract claim set forth in this Complaint.

ANSWER:  The Harebrained Defendants admit Jordan Weisman is an individual who resides in Bellevue, Washington, and that Mr. Weisman is the CEO and registered agent for Harebrained Schemes LLC.  The Harebrained Defendants also admit Mr. Weisman signed a document entitled "Settlement Agreement and Mutual General Release" on December 10, 1996.  The Harebrained Defendants deny the remaining allegations in this paragraph.

5.      Defendant Piranha Games Inc. ("Piranha Games") is a corporation created under the laws of British Columbia, Canada, with its principal place of business in Vancouver, British Columbia, Canada.

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

6.      Defendant InMediaRes Productions, LLC, is a limited liability company formed under the laws of the State of Washington, with its principal place of business in Lake Stevens, Washington. On information and belief, InMediaRes Productions, LLC, operates the imprint game production company Catalyst Game Labs, and hereinafter is referred to as "Catalyst Game Labs".

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

7.      On information and belief, Does 1-10 (collectively, the "Doe Defendants") are individuals and business entities who have participated or assisted in the conduct alleged herein or are otherwise responsible therefor. The identities of these Doe Defendants presently are not and cannot be known to Harmony Gold, but these persons and/or entities will be added as named defendants to this action as and when they are identified (collectively, Harebrained

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Schemes LLC, Harebrained Holdings, Inc., Weisman, Piranha Games, Catalyst Game Labs and the Doe Defendants are referred to herein as "Defendants").

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

## JURISDICTION AND VENUE

8.     This Court has jurisdiction because (i) this action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and jurisdiction is specifically conferred by 28 U.S.C. §§ 1331 and 1338(a); and (ii) this is an action between citizens of different states in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332. Jurisdiction for the Washington State common law claim is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

ANSWER:  The allegations in this paragraph are legal conclusions to which no response is required.  To the extent a response is required, the Harebrained Defendants deny the allegations.

9.     Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) in that Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., Weisman and Catalyst Game Labs reside in this judicial district. Venue is proper under 28 U.S.C. § 1391(c)(3) in that Defendant Piranha Games is a foreign resident based in Vancouver, British Columbia, Canada, and on information and belief there is no other judicial district in which venue would be more appropriate. Venue is also proper under 28 U.S.C. § 1391(b)(2) as a substantial part of the events or omissions giving rise to the claims herein occurred in this judicial district.

ANSWER:  The Harebrained Defendants admit they reside in this judicial district.  The remaining allegations in this paragraph are legal conclusions to which no response is required.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

To the extent a response is required, the Harebrained Defendants deny the remaining allegations.

## FACTS

### Harmony Gold and the History of "Robotech"

10.    This case involves animated giant warrior robots. In about 1980, Japan-based Tatsunoko Production Company, Ltd. ("Tatsunoko"), created a series of original warrior robots and incorporated them into an animated television series in Japan named "Macross." Tatsunoko was the exclusive owner and producer of the Macross television series in Japan.

ANSWER:  The Harebrained Defendants admit the Complaint appears to allege claims involving animated giant warrior robots.  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

11.    In the 1980s, Tatsunoko produced two additional animated television series in Japan that incorporated its futuristic warrior robots — "Mospeada" and "The Southern Cross"—for which it was also the exclusive owner in Japan.

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

12.    In 1984, Tatsunoko granted entertainment production company Harmony Gold an exclusive license to adapt the Macross, Mospeada and The Southern Cross series for a television series in the United States, which Harmony Gold named "Robotech."  In 1985, the first of 85 episodes of the Harmony Gold-produced Robotech animated series aired in the United States. (Hereinafter, all of Harmony Gold's Macross, Mospeada, The Southern Cross and Robotech shows, characters, products and derivative works are referred to as "Robotech.")

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

13.     Tatsunoko also granted Harmony Gold an exclusive license to market in the United States products incorporating Robotech warrior robots, such as books, toys, video games, films, comic books and apparel. Harmony Gold possesses this exclusive license to this day.

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

14.     Harmony Gold and Tatsunoko are owners of a large portfolio of United States Copyright Registrations for animated programs, books, comic books and other materials incorporating images of the Robotech warrior robots, including the following:

- "Macross: Booby Trap" (PA 252,486); February 7, 1985 registration date
- "Mospeada" (PAu 740,321); March 28, 1985 registration date
- "Southern Cross" (PAu 740,322); March 28, 1985 registration date
- "Macross" (PAu 740,323); March 28, 1985 registration date
- "Robotech" (PA 260,432); August 22, 1985 registration date
- "Robotech II: The Sentinels" (PA 370,656); August 11, 1987 registration date
- "Robotech II: The Sentinels; Episodes 1, 2 and 3" (PAu 1,117,191); August 11, 1987 registration date
- "Robotech 3000" (PAu 2,415,945); May 26, 1999 registration date.

The certificates for these registrations are attached as Exhibit A.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

<u>ANSWER</u>:  The Harebrained Defendants admit there are documents attached as Exhibit A to the complaint that appear to be copies of copyright registrations.  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis deny them.

15.     The warrior robots depicted in the Robotech copyright registrations owned by Harmony Gold include, but are not limited to, the following:

| Robotech Warrior Robot Name | Robotech Warrior Robot Image |
| --- | --- |
| Armored Valkyrie |  |
| Destroid Defender |  |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Destroid Phalanx |  |
| Destroid Spartan |  |
| Destroid Tomahawk |  |

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 8

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Officer's Pod (Glaug) |  |
| Super Valkyrie |  |
| Valkyrie VF-1A |  |

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 9

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5   | ValkyrieVF-1S |  |

6
7
8
9
10   ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to
11   form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

12
13   16.   Harmony Gold has the exclusive right to make copies of, distribute, publicly
14   perform, display and make derivative works of the Robotech warrior robots in the United
15   States.
16   ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to
17   form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

18
19   Harmony Gold's Prior Litigation Against Weisman
20   17.   In 1995, Harmony Gold filed a copyright infringement and unfair competition
21   complaint against FASA Corporation, which was owned by Weisman, and Virtual World
22   Entertainment for infringement of the Robotech copyrights by the warrior robot designs in the
23   defendants' "BattleTech" virtual reality computer games, role playing games, merchandise and
24   a planned animated television series and toy line.
25   ANSWER:  The Harebrained Defendants admit Harmony Gold USA, Inc. filed suit
26   against FASA Corporation in or around 1995 alleging copyright infringement.  The
27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Harebrained Defendants presently lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis denies them.

18.      This prior litigation concluded when the parties agreed to a "Settlement Agreement and Mutual General Release" (the "Settlement Agreement"), which had an effective date of December 19, 1996, and to which Weisman was a signatory.  In addition to agreeing to a monetary payment, Weisman and his co-defendants agreed that they would not "make any use, and will not authorize [their] licensees to make any use, of the visual design images of the twelve (12) Battlemechs listed below except as provided in this agreement."  These 12 "Battlemechs" include those detailed below in Paragraph 28, which presents side-by-side comparisons of Harebrained Schemes' and Weisman's current warrior robot designs and the corresponding Harmony Gold Robotech designs.  Weisman also agreed to the entry of a permanent injunction and acknowledged that violating the use restriction would cause Harmony Gold "irreparable harm."  Further, Weisman agreed that he would not "contest, nor [would he] assist any other person or entity in contesting, Harmony Gold's exclusive ownership worldwide, excluding Japan," of the Robotech merchandising rights.  This Settlement Agreement is confidential, and therefore has not been attached to this Complaint.

ANSWER:  The Harebrained Defendants admit Mr. Weisman signed a document entitled "Settlement Agreement and Mutual General Release" on December 10, 1996.  To the extent the remainder of the paragraph purports to interpret and give legal effect to that document, such allegations are legal conclusions to which no response is required.  To the extent a response is required, the Harebrained Defendants deny the remaining allegations.

Current Unauthorized Copying by Defendant Piranha Games

19.      Defendant video game production company Piranha Games developed and distributes an online game named "MechWarrior Online" incorporating warrior robots, which it calls "A BattleTech Game."  In April 2013, Piranha Games submitted a proposed design to

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 11

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Harmony Gold for an animated warrior robot for use in MechWarrior Online to get an opinion from Harmony Gold if this new design infringed Harmony Gold's Robotech copyrights. Harmony Gold determined that Piranha Games' design was derivative of its copyrighted Destroid Tomahawk warrior robot, and Harmony Gold's outside counsel sent an e-mail to Piranha Games' founder and president Russ Bullock informing him of that decision. On information and belief, Piranha Games never used this proposed 2013 design.

ANSWER:  The Harebrained Defendants admit Piranha Games is a video game production company that developed and distributes an online game named "MechWarrior Online," a game which incorporates warrior robots and is referred to as "A BattleTech Game." The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis deny them.

20.     In May 2013, Mr. Bullock sent another proposed design for a MechWarrior Online warrior robot to Harmony Gold's counsel.  Harmony Gold determined that Piranha Games' new design was derivative of Harmony Gold's copyrighted Zentradei OBP warrior robot, and therefore infringed Harmony Gold's registered copyrights. Harmony Gold's counsel again informed Mr. Bullock of that determination via e-mail.  On information and belief, Piranha Games never used this other proposed 2013 design.

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

21.     In July 2016, Harmony Gold discovered infringing images that were derivative works of its Destroid Tomahawk warrior robot featured on the website of Catalyst Game Labs, a purveyor of board games.  A blog post from Catalyst Game Labs reads, "It's been an absolute blast working withy [sic] Matt Newman, Russ Bullock (and of course their whole great team) generating these lore vignettes."  The following image of the infringing robot warriors appeared on the blog post by Catalyst:

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 12

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax



1
2
3
4
5    ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to
6    form a belief about the truth of the allegations in this paragraph, and on that basis deny them.
7
8       22.    Harmony Gold's counsel immediately e-mailed Mr. Bullock regarding this
9    infringement, and in his response Mr. Bullock admitted that Piranha Games had developed
10   these warrior robot designs, and that Catalyst Game Labs created fan fiction around these
11   designs. He also wrote: "At Piranha we make no claim to any use or legal right to the Robotech
12   Macross designs that are owned by Harmony Gold."
13      ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to
14   form a belief about the truth of the allegations in this paragraph, and on that basis deny them.
15
16      23.    Despite Mr. Bullock's admission that Piranha Games does not have the right to
17   use Harmony Gold's copyrighted Robotech designs, Piranha Games is doing exactly that
18   without Harmony Gold's permission. Piranha Games operates a website for its MechWarrior
19   Online game at www.mwomercs.com. On this site, Piranha Games displays the following
20   images of robot warriors that infringe Harmony Gold's copyrights and that appear to be used in
21   the MechWarrior Online game:
22
23
24
25
26
27

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 13

| Piranha Games' Infringing Image | Harmony Gold's Copyrighted Image |
|---|---|
|  (Rifleman) |  Destroid Defender |
|  (Archer) |  Destroid Spartan |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



(Warhammer)



Destroid Tomahawk



(Marauder/Marauder IIC)



Officer's Pod (Glaug)

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 15

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10



(Phoenix Hawk)



Super Valkyrie

11
12

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to

13

form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

14
15

24.     On October 3, 2016, Harmony Gold's counsel sent a letter to Mr. Bullock and

16

Weisman (as MechWarrior Online is branded as "A BattleTech Game"), demanding that this

17

infringement stop, and demanding that Mr. Bullock and Weisman disclose the relationship

18

between Piranha Games and Harebrained Schemes for the creation of MechWarrior Online.

19

Piranha Games retained U.S. counsel and denied that the robot warriors in MechWarrior Online

20

infringe Harmony Gold's copyrights.

21

ANSWER:  The Harebrained Defendants admit Harmony Gold's counsel sent a letter to

22

Mr. Weisman on or around October 3, 2016.  That letter speaks for itself, and the Harebrained

23

Defendants deny the allegations in this paragraph to the extent they solely characterize or

24

purport to describe the contents of that letter.  The Harebrained Defendants lack knowledge or

25

information sufficient to form a belief about the truth of the allegations in this paragraph, and

26

on that basis deny them.

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

25.     To this date, Piranha Games' infringement continues.

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

Current Unauthorized Copying by Defendants Harebrained Schemes and Weisman

26.     Defendant video game production studio Harebrained Schemes is in the process of developing a new PC video game named "BattleTech." The BattleTech website at www.battletechgame.com reads, "Jordan Weisman, the creator of BattleTech and MechWarrior, is back with the first turn-based BattleTech game for PC in over two decades. BATTLETECH will feature modern turn-based combat, PVP multiplayer, and a story-driven, Mercenaries-style campaign set in the 3025 era of the BattleTech universe."

ANSWER:  The Harebrained Defendants admit Harebrained Schemes is developing a PC video game, and that the website at www.battletechgame.com contains certain statements about Mr. Weisman and the game.  Those statements speak for itself.  The Harebrained Defendants deny the allegations of this paragraph that are otherwise inconsistent with the above admissions.

27.     Harebrained Schemes held two crowdfunding campaigns for its BattleTech game. As of February 28, 2017, its Kickstarter campaign had raised $2,785,537.13 from 41,733 backers, and its BackerKit campaign had raised $433,058.95 from 49,404 backers.

ANSWER:  The Harebrained Defendants admit Harebrained Schemes held several crowdfunding campaigns for its BattleTech game.  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, and on that basis deny them.

28.     On its websites at www.harebrained-schemes.com and www.battletechgame.com, Harebrained Schemes displays the following images of robot

warriors that infringe Harmony Gold's copyrights.  On information and belief, these are depictions of the warrior robots that will be featured in the upcoming BattleTech video game:

| Harebrained Schemes' Infringing Image | Harmony Gold's Original Image |
|---|---|
|  |   Officer's Pod (Glaug) |
| |   Armored Valkyrie |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

 

Destroid Spartan

ANSWER:  The Harebrained Defendants admit Harebrained Schemes operates www.harebrained-schemes.com and www.battletechgame.com.  The Harebrained Defendants deny that any of the images purported in this paragraph to be displayed by Harebrained Schemes on certain websites infringe any valid, existing copyright of Harmony Gold.  The Harebrained Defendants deny the remaining allegations in this paragraph.

29.     Joe DiNunzio, Chief Financial Officer for Harebrained Holdings, Inc., responded on November 7, 2016, to the October 3, 2016, letter from Harmony Gold's counsel described above in Paragraph 24. In that letter, he claimed that, "Our use of these designs and images is solely through licenses we have obtained from Piranha Games. Our relationship with Piranha Games is solely as a licensee of certain intellectual property."

ANSWER:  The Harebrained Defendants admit that on or around November 7, 2016, Joe DiNunzio wrote a letter to Harmony Gold's counsel.  That letter speaks for itself.  The Harebrained Defendants deny the allegations of this paragraph that are otherwise inconsistent with the above admissions.

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 19

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

30.     Subsequently, on November 18, 2016, counsel for Weisman and Harebrained Schemes responded to the October 3 letter from Harmony Gold's counsel as follows:

> HBS entered into a license agreement with Piranha Games to license certain content for use in a HBS game. We have certain confidentiality obligations with respect to the license agreement so we cannot comment as to specific details. However, we can say that the license agreement makes general commitments about Piranha's rights in the licensed materials provided to HBS, but that the parties did not specifically address the ownership of the 2016 designs.

ANSWER:  The Harebrained Defendants admit that on or around November 18, 2016, counsel for Harebrained Schemes and Mr. Weisman wrote a letter to Harmony Gold's counsel. That letter speaks for itself.  The Harebrained Defendants deny the allegations of this paragraph that are otherwise inconsistent with the above admissions.

31.     To this date, Harebrained Schemes' and Weisman's infringement continues.

ANSWER:  The Harebrained Defendants deny the allegations in this paragraph.

#### Current Unauthorized Copying By Defendant Catalyst Game Labs

32.     Catalyst Game Labs produces a board game and roleplaying game named "BattleTech."

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

33.     For its BattleTech game, Catalyst Game Labs develops, releases, distributes and sells sourcebooks to create new playing scenarios for players of the game. In 2016, Catalyst Game Labs released a BattleTech sourcebook named "Combat Manual: Mercenaries." This sourcebook contains numerous images of robot warriors that infringe Harmony Gold's copyrights, including the following:

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| Catalyst Game Labs' Infringing Image in Combat Manual:  Mercenaries | Harmony Gold's Copyrighted Image |
|---|---|
|  | <br>(Destroid Tomahawk) |
| | <br>(Officer's Pod/Glaug) |

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 21

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax



(Destroid Tomahawk)



(Destroid Tomahawk)




(Destroid Tomahawk)

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 22

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
|  |  |
| | (Destroid Tomahawk) |
|  |  |
| | (Destroid Tomahawk) |
|  |  |
| | (Destroid Tomahawk) |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

34.     Catalyst Game Labs also develops, releases, distributes and sells new rule books for its BattleTech game. In 2016, it released a new rule book named "BattleTech: Campaign Operations." This rule book contains several images of robot warriors that infringe Harmony Gold's copyrights, including the following:

| Catalyst Game Labs' Infringing Image in BattleTech Manual:  Campaign Operations | Harmony Gold's Copyrighted Image |
|---|---|



(Officer's Pod/Glaug)

(Destroid Tomahawk)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
|  |  |
| | (Destroid Tomahawk) |
|  |  |
| | (Destroid Spartan) |

ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

## COUNT I
## COPYRIGHT INFRINGEMENT — ALL DEFENDANTS

35.    Harmony Gold repeats and realleges the allegations contained in Paragraphs 1 through 34 as if fully set forth herein.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   ANSWER:  The Harebrained Defendants repeats and incorporates by references each of

2   its above responses to those paragraphs.

3

4   36.   Harmony Gold owns the copyrights to numerous Robotech warrior robots,

5   including those identified above.

6   ANSWER:  The Harebrained Defendants lack knowledge or information sufficient to

7   form a belief about the truth of the allegations in this paragraph, and on that basis deny them.

8

9   37.   Defendants have infringed Harmony Gold's copyrights to these warrior robots

10   through their unauthorized copying, distribution and display of warrior robots that are

11   substantially similar to those owned by Harmony Gold, and that are derivative of the

12   copyrighted Robotech warrior robots owned by Harmony Gold.

13   ANSWER:  The Harebrained Defendants deny the allegations in this paragraph as they

14   pertain to the Harebrained Defendants.  The Harebrained Defendants lack knowledge or

15   information sufficient to form a belief about the truth of the remaining allegations in this

16   paragraph, and on that basis deny them.

17

18   38.   Defendants had access to Harmony Gold's copyrighted Robotech images prior

19   to Defendants' unauthorized and infringing uses of the images.

20   ANSWER:  The Harebrained Defendants deny the allegations in this paragraph as they

21   pertain to the Harebrained Defendants.  The Harebrained Defendants lack knowledge or

22   information sufficient to form a belief about the truth of the remaining allegations in this

23   paragraph, and on that basis deny them.

24

25   39.   Defendants' actions have irreparably damaged and, unless enjoined, will

26   continue to irreparably damage Harmony Gold. Harmony Gold has no adequate remedy at law

27   for these wrongs and injuries. Harmony Gold is, therefore, entitled to a preliminary and

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 26

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   permanent injunction restraining and enjoining Defendants and their agents, servants,

2   employees, attorneys and all persons acting in concert with them from infringing Harmony

3   Gold's copyrights.

4        ANSWER:  The allegations in this paragraph are legal conclusions to which no

5   response is required.  To the extent a response is required, the Harebrained Defendants deny the

6   allegations in this paragraph as they pertain to the Harebrained Defendants.  The Harebrained

7   Defendants lack knowledge or information sufficient to form a belief about the truth of the

8   remaining allegations in this paragraph, and on that basis deny them.

9

10       40.    Defendants have infringed Harmony Gold's copyrights willfully.

11       ANSWER:  The Harebrained Defendants deny the allegations in this paragraph as they

12  pertain to the Harebrained Defendants.  The Harebrained Defendants lack knowledge or

13  information sufficient to form a belief about the truth of the remaining allegations in this

14  paragraph, and on that basis deny them.

15

16       41.    Harmony Gold is entitled to recover damages sustained from Defendants'

17  unlawful conduct, including Defendants' profits; Harmony Gold's damages; or, alternatively, at

18  Harmony Gold's election, statutory damages.

19       ANSWER:  The allegations in this paragraph are legal conclusions to which no

20  response is required.  To the extent a response is required, the Harebrained Defendants deny the

21  allegations in this paragraph as they pertain to the Harebrained Defendants.  The Harebrained

22  Defendants lack knowledge or information sufficient to form a belief about the truth of the

23  remaining allegations in this paragraph, and on that basis deny them.

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**COUNT II**
**(BREACH OF CONTRACT AGAINST WEISMAN AND**
**HAREBRAINED SCHEMES)**

42.     Harmony Gold repeats and realleges the allegations contained in Paragraphs 1 through 34 as if fully set forth herein.

<u>ANSWER</u>:  The Harebrained Defendants repeats and incorporates by references each of its above responses to those paragraphs.

43.     Harmony Gold and Weisman entered into a contract (i.e., the Settlement Agreement) in December 1996, which is still valid and in effect today. The Settlement Agreement prohibits Weisman from using colorable imitations of certain Robotech warrior robots owned by Harmony Gold, including making derivative works of these warrior robots.

<u>ANSWER</u>:  The Harebrained Defendants admit Mr. Weisman signed a document entitled "Settlement Agreement and Mutual General Release" on December 10, 1996.  To the extent the remainder of the paragraph purports to interpret and give legal effect to that document, such allegations are legal conclusions to which no response is required.  To the extent a response is required, the Harebrained Defendants deny the remaining allegations.

44.     As shown in Paragraphs 26–31 above, Weisman, through and with Harebrained Schemes, has created and announced plans to copy, display and distribute warrior robots that are unauthorized derivative works of Harmony Gold's Robotech warrior robots which Weisman agreed in the Settlement Agreement not to use. Therefore, under the law of the State of Washington, Weisman and Harebrained Schemes have breached the Settlement Agreement.

<u>ANSWER</u>:  The Harebrained Defendants deny the allegations in this paragraph.

45.     As a result of this breach of the Settlement Agreement through Weisman's own actions and those of his company Harebrained Schemes, Harmony Gold has suffered and is suffering monetary damages in an amount to be determined at trial.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

ANSWER:  The allegations in this paragraph are legal conclusions to which no response is required.  To the extent a response is required, the Harebrained Defendants deny the allegations in this paragraph.

## **AFFIRMATIVE DEFENSES**

The Harebrained Defendants assert the following defenses to Plaintiff's claims.  By setting forth these affirmative defenses, the Harebrained Defendants do not assume any burden of proof as to any fact issue or other element of any cause of action that properly belongs to Plaintiff.  The Harebrained Defendants reserve the right to amend or supplement their affirmative defenses.

1.      Plaintiff's claims fail to state a claim upon which relief may be granted.

2.      Plaintiff's claims are barred, in whole or in part, because Plaintiff's copyrights are invalid and/or unenforceable, including by reason of lack of originality and lack of copyrightable subject matter.

3.      Plaintiff's claims are barred, in whole or in part, because the alleged violations of copyrights by the Harebrained Defendants are *de minimis*, nominative, and/or fair uses permitted under law.

4.      Plaintiff's claims are barred, in whole or in part, because the Harebrained Defendants' conduct was in good faith and with non-willful intent, at all times.

5.      Plaintiff's claims are barred, in whole or in part, because critical parts or portions of Plaintiff's alleged protected copyrights are invalid due to consisting of unprotectable scenes a faire.

6.      Plaintiff's claims are barred, in whole or in part, because Plaintiff does not own some or all of the works of authorship that form the subject of the claims for relief.

7.      Plaintiff's claims are barred, in whole or in part, because some or all of the works of authorship that form the subject of the claims for relief are not original to Plaintiff and, therefore, Plaintiff lacks standing to pursue these claims.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

8.    The occurrences referred to in Plaintiff's Complaint and all damages, if any, resulting therefrom were caused by the acts or omissions by third parties over whom the Harebrained Defendant had no control.

## **PRAYER FOR RELIEF**

The Harebrained Defendants respectfully request that the Court (a) dismiss Plaintiff's claims with prejudice; (b) deny all relief requested by Plaintiff; (c) award the Harebrained Defendants their reasonable attorneys' fees and costs in defending this action; and (d) grant such other and further relief as may be just and proper.


DATED this 15th day of May, 2017.


DAVIS WRIGHT TREMAINE LLP
*Attorneys for the Harebrained Defendants*


By  s/ James Harlan Corning
Warren J. Rheaume, WSBA #13627
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Phone: (206) 622-3150
Fax: (206) 757-7700
E-mail:   warrenrheaume@dwt.com
          jamescorning@dwt.com

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 30

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that I caused the document to which this certificate is attached to be

3 delivered to the following as indicated:

4     Damon C. Elder, WSBA #46754        [  ] Messenger
      Email: damone@calfoeakes.com       [  ] U.S. Mail, postage prepaid
5     Andrew R.W. Hughes, WSBA #49515    [  ] Federal Express
      Email: andrewh@calfoeakes.com      [  ] Facsimile
6     CALFO EAKES & OSTROVSKY PLLC       [  ] Email
7     1301 Second Avenue, Suite 2800     [X] ECF
      Seattle, WA  98101

8

9     Brett A. August (*pro hac vice* to be filed)   [  ] Messenger
      Email: baa@pattishall.com          [  ] U.S. Mail, postage prepaid
10    Jason Koransky (*pro hac vice* to be filed)    [  ] Federal Express
      Email: jmk@pattishall.com          [  ] Facsimile
11    PATTISHALL, MCAULIFFE,             [  ] Email
      NEWBURY, HILLIARD &                [X] ECF
12    GERALDSON LLP
13    200 South Wacker Drive, Suite 2900
      Chicago, IL  60606

14

15    Paul T. Meiklejohn WSBA #17477     [  ] Messenger
      Email: meiklejohn.paul@dorsey.com  [  ] U.S. Mail, postage prepaid
16    J. Michael Keyes, WSBA # 29215     [  ] Federal Express
      Email: keyes.mike@dorsey.com       [  ] Facsimile
17    Todd S. Fairchild, WSBA # 17654    [  ] Email
      Email fairchild.todd@dorsey.com    [X] ECF
18    Ryan B.Meyer, WSBA #37832
      Email: meyer.ryan@dorsey.com
19    DORSEY & WHITNEY LLP
20    Columbia Center
      701 Fifth Avenue, Suite 6100
21    Seattle, WA  98104-7043

22    Declared under penalty of perjury under the laws of the state of Washington, and dated at

23 Seattle, Washington this 15th day of May, 2017.

24

25

26                                    *s/ James Harlan Corning*
                                      James Harlan Corning
27

HAREBRAINED DEFS.' ANSWER TO AMENDED COMPLAINT
(2:17-cv-00327) - 31