THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC., and DOES 1–10,<br><br>Defendants. | CASE NO. 2:17-CV-00327-TSZ<br><br>MOTION FOR ENTRY OF DEFAULT AGAINST INMEDIARES PRODUCTIONS, LLC<br><br>NOTE ON MOTION CALENDAR: JUNE 16, 2017 |

Plaintiff Harmony Gold U.S.A., Inc. ("Plaintiff") hereby moves, pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55(a), that the clerk enter default against InMediaRes Productions, LLC ("InMediaRes Productions"). Plaintiff filed its Amended Complaint in this action on May 1, 2017, which added InMediaRes Productions as a defendant. (D.E. 31.) On May 8, 2017, Plaintiff served the Amended Complaint and summons on InMediaRes Productions. Attached as Exhibit 1 is the affidavit of service on InMediaRes Productions, which Plaintiff filed with the Court on May 12, 2017. (D.E. 36.)

Although it had a response deadline of May 29, 2017, InMediaRes Productions has yet to answer the Amended Complaint, or otherwise plead. Accordingly, Plaintiff respectfully requests that the Court enter default against InMediaRes Productions.

MOTION FOR ENTRY OF DEFAULT AGAINST
INMEDIARES PRODUCTIONS, LLC
(NO. 2:17-CV-00327-TSZ) **-** 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  DATED: June 16, 2017          CALFO EAKES & OSTROVSKY PLLC

2                                 By   s/ Andrew R.W. Hughes
3                                    Damon C. Elder, WSBA #46754
                                     Andrew R.W. Hughes, WSBA #49515
4                                    1301 Second Avenue, Suite 2800
                                     Seattle, WA 98101-3808
5                                    Phone: (206) 407-2200
                                     Fax: (206) 407-2224
6                                    Email: damone@calfoeakes.com
7                                           andrewh@calfoeakes.com

8
                                     Brett A. August (admitted *pro hac vice*)
9                                    baa@pattishall.com
                                     Jason Koransky (admitted *pro hac vice*)
10                                   jmk@pattishall.com
11                                   Pattishall, McAuliffe, Newbury, Hilliard &
                                       Geraldson LLP
12                                   200 South Wacker Drive, Suite 2900
                                     Chicago, Illinois 60606
13                                   Telephone: (312) 554-8000
                                     Facsimile: (312) 554-8015
14

15                                 *Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28  MOTION FOR ENTRY OF DEFAULT AGAINST                    LAW OFFICES
    INMEDIARES PRODUCTIONS, LLC                   **CALFO EAKES & OSTROVSKY PLLC**
    (NO. 2:17-CV-00327-TSZ) - 2                      1301 SECOND AVENUE, SUITE 2800
                                                     SEATTLE, WASHINGTON 98101
                                                  TEL (206) 407-2200  FAX (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 16th day of June, 2017.

                                       *s/ Mary J. Klemz*
                                       Mary J. Klemz

MOTION FOR ENTRY OF DEFAULT AGAINST
INMEDIARES PRODUCTIONS, LLC
(NO. 2:17-CV-00327-TSZ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224