THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC., and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST INMEDIARES PRODUCTIONS, LLC <br><br> NOTED ON MOTION CALENDAR: JUNE 16, 2017 |

THIS MATTER came before the Court on Plaintiff's Motion for Entry of Default against Defendant InMediaRes Productions, LLC.  This Court, having reviewed Plaintiff's Motion, and the pleadings and papers on file, hereby entered the following Order:

1.  Plaintiff Harmony Gold U.S.A., Inc.'s Motion of Entry of Default is GRANTED; and

2.   Pursuant to Fed. R. Civ. P. 55(a), the Clerk is directed to enter default against Defendant InMediaRes Productions, LLC.

IT IS SO ORDERED.

DATED this ___ day of June, 2017.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT AGAINST
INMEDIARES PRODUCTIONS, LLC
(NO. 2:17-CV-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Presented by:

CALFO EAKES & OSTROVSKY PLLC


By   *s/ Andrew R.W. Hughes*
     Damon C. Elder, WSBA #46754
     Andrew R.W. Hughes, WSBA #49515
     1301 Second Avenue, Suite 2800
     Seattle, WA 98101-3808
     Phone: (206) 407-2200
     Fax: (206) 407-2224
     Email: damone@calfoeakes.com
            andrewh@calfoeakes.com


     Brett A. August (admitted *pro hac vice*)
     baa@pattishall.com
     Jason Koransky (admitted *pro hac vice*)
     jmk@pattishall.com
     Pattishall, McAuliffe, Newbury, Hilliard &
      Geraldson LLP
     200 South Wacker Drive, Suite 2900
     Chicago, Illinois 60606
     Telephone: (312) 554-8000
     Facsimile: (312) 554-8015

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT AGAINST
INMEDIARES PRODUCTIONS, LLC
(NO. 2:17-CV-00327-TSZ) **-** 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 16th day of June, 2017.

_s/ Mary J. Klemz_
Mary J. Klemz

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST INMEDIARES PRODUCTIONS, LLC (NO. 2:17-CV-00327-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224