UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff(s),

vs.

INMEDIARES PRODUCTIONS LLC, et al.,

Defendant(s).

No. 2:17−cv−00327−TSZ

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of the Court on Plaintiff Harmony Gold U.S.A., Inc.'s motion, and it appearing that Defendant InMediaRes Productions, LLC has failed to timely plead or otherwise defend in this action, the default of Defendant InMediaRes Productions, LLC is hereby entered.

IT IS SO ORDERED.

DATED this June 28, 2017

WILLIAM M. MCCOOL, Clerk

By: __/s/ Karen Dews__
Karen Dews
Deputy Clerk

ORDER OF DEFAULT − 1