THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10,<br><br>Defendants. | CASE NO.  2:17-cv-00327<br><br>STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF HARMONY GOLD U.S.A., INC. |

## STIPULATION

Pursuant to Local Civil Rule 83.2(b)(1), the parties hereby stipulate and agree that Jessica Stebbins Bina and the law firm of Latham & Watkins LLP shall be substituted as counsel for Plaintiff, Harmony Gold U.S.A., Inc.

Further, attorneys Brett A. August and Jason Koransky, and the law firm Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, shall withdraw as attorneys for Plaintiff, Harmony Gold U.S.A., Inc., and they shall no longer represent or have any responsibility to represent the above-named Plaintiff in this matter.

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

For the avoidance of doubt, attorneys Damon C. Elder and Andrew R.W. Hughes, and the law firm of Calfo Eakes & Ostrovsky PLLC, shall continue to represent Plaintiff, Harmony Gold U.S.A., Inc., as local counsel.

Counsel respectfully requests that all future notices, papers, pleadings, and other materials be served upon Latham & Watkins LLP and Calfo Eakes & Ostrovsky PLLC, at the addresses below stated:

DATED this 25th day of October, 2017.

CALFO EAKES & OSTROVSKY PLLC

By  s/ Damon C. Elder
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
            andrewh@calfoeakes.com

**Attorneys for Plaintiff Harmony Gold U.S.A., Inc.**

LATHAM & WATKINS LLP

By:  s/ Jessica Stebbins Bina
    Jessica Stebbins Bina
    Latham & Watkins LLP
    10250 Constellation Blvd., 3rd Floor
    Los Angeles, CA 90067
    Direct Dial:  424-653-5525
    Fax:  424-653-5501
    Email:  jessica.stebbinsbina@lw.com

**Substituting attorneys for Plaintiff Harmony Gold U.S.A., Inc.**

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 2

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: _s/ Brett A. August_____
    Brett A. August (*admitted pro hac vice*)
    _s/ Jason Koransky_____
    Jason Koransky (*admitted pro hac vice*)
    200 South Wacker Drive, Suite 2900
    Chicago, Illinois 60606
    Telephone: (312) 554-8000
    Facsimile: (312) 554-8015
    Email: baa@pattishall.com
           jmk@pattishall.com

***Withdrawing Attorneys***
***for Plaintiff Harmony Gold U.S.A., Inc.***


DORSEY & WHITNEY LLP

By:_____
    J Michael Keyes
    Paul T Meiklejohn
    Ryan Blair Meyer
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104-7043
    Telephone: (206) 903-8800
    Facsimile:  (206) 903-8820
    Email: keyes.mike@dorsey.com
           meiklejohn.paul@dorsey.com
           meyer.ryan@dorsey.com

***Attorneys for Defendant Piranha Games, Inc.***

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 3

DAVIS WRIGHT TREMAINE LLP

By: ___/s/Warren Rheaume (per electronic consent)
     James Harlan Corning
     Warren Joseph Rheaume
     1201 Third Avenue, Suite 2200
     Seattle, WA 98101-3045
     Telephone:  (206) 622-3150
     Facsimile:  (206) 757-7700
     Email: jamescorning@dwt.com
              warrenrheaume@dwt.com

**Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc. and Jordan Weisman**

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 4

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## ORDER

Pursuant to the parties' stipulation, IT IS NOW, THEREFORE ORDERED that Brett A. August and Jason Koransky and the law firm of Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, are permitted to withdraw as attorneys of record for Plaintiff Harmony Gold U.S.A., Inc.;

IT IS FURTHER ORDERED that Jessica Stebbins Bina and the law firm of Latham & Watkins LLP are hereby substituted as counsel for Plaintiff Harmony Gold U.S.A., Inc.

For the avoidance of doubt, attorneys Damon C. Elder and Andrew R.W. Hughes, and the law firm of Calfo Eakes & Ostrovsky PLLC, shall continue to represent Plaintiff, Harmony Gold U.S.A., Inc., as local counsel.

DATED this ___ day of October, 2017.

_____
THE HONORABLE THOMAS S. ZILLY

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 5

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 30th day of October, 2017.

_s/ Erica Knerr_
Erica Knerr

STIPULATION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
 (NO. 2:17-cv-00327-TSZ) - 6