WAWD - Application for Leave to Appear Pro Hac Vice (Revised 12/26/12)

# United States District Court
# Western District of Washington

| | |
|---|---|
| Harmony Gold U.S.A., Inc., | Case Number:   2:17-CV-00327-TSZ |
| Plaintiff(s) | |
| V. | |
| Harebrained Schemes LLC, Harebrained Holdings, Inc., Jordan Weisman, Piranha Games Inc., Inmediares Productions, LLC., and Does 1-10, | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Jessica Stebbins Bina _____ hereby applies for permission to appear

and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Harmony Gold U.S.A., Inc.

The particular need for my appearance and participation is:

Latham & Watkins LLP and Ms. Stebbins Bina have experience representing Plaintiff Harmony Gold U.S.A., Inc. in similar matters, and will serve as lead counsel for Plaintiff in this proceeding.

I,          Jessica Stebbins Bina          understand that I am charged with knowing and

complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Oct 30, 2017          Signature of Applicant:  s/ Jessica Stebbins Bina

Pro Hac Vice Attorney
Applicant's Name:      Jessica Stebbins Bina

Law Firm Name:      Latham & Watkins LLP

Street Address 1:      10250 Constellation Blvd

Address Line 2:      #1100

City:  Los Angeles          State: California          Zip:      90067

Phone Number w/ Area Code          424-653-5525          Bar # 248485      State  California

Primary E-mail Address:      jessica.stebbinsbina@lw.com          Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant   Jessica Stebbins Bina                          is unable to be present upon any date

assigned by the court.

Date:          Oct 30, 2017          Signature of Local Counsel:  s/ Damon C. Elder

Local Counsel's Name:      Damon C. Elder                          Bar # 46754

Law Firm Name:      Calfo Eakes & Ostrovsky PLLC

Street Address 1:      1301 2nd Ave., Ste. 2800

Address Line 2:

City:  Seattle          State: Washington          Zip:  98101

Phone Number w/ Area
Code  Example: 999-999-9999          206-407-2200

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/Jessica Stebbins Bina

**Signature**  (use an "s/" and type your name)

Oct 30, 2017

**Date Signed**