THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-cv-00327 <br><br> STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF HARMONY GOLD U.S.A., INC. |

## **STIPULATION**

Pursuant to Local Civil Rule 83.2(b)(1), the parties hereby stipulate and agree that Jessica Stebbins Bina and the law firm of Latham & Watkins LLP shall be substituted as counsel for Plaintiff, Harmony Gold U.S.A., Inc.

Further, attorneys Brett A. August and Jason Koransky, and the law firm Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, shall withdraw as attorneys for Plaintiff, Harmony Gold U.S.A., Inc., and they shall no longer represent or have any responsibility to represent the above-named Plaintiff in this matter.

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

For the avoidance of doubt, attorneys Damon C. Elder and Andrew R.W. Hughes, and the law firm of Calfo Eakes & Ostrovsky PLLC, shall continue to represent Plaintiff, Harmony Gold U.S.A., Inc., as local counsel.

Counsel respectfully requests that all future notices, papers, pleadings, and other materials be served upon Latham & Watkins LLP and Calfo Eakes & Ostrovsky PLLC, at the addresses below stated:

DATED this 25th day of October, 2017.

CALFO EAKES & OSTROVSKY PLLC

By  s/ Damon C. Elder
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
           andrewh@calfoeakes.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

LATHAM & WATKINS LLP

By:  s/ Jessica Stebbins Bina
    Jessica Stebbins Bina
    Latham & Watkins LLP
    10250 Constellation Blvd., 3rd Floor
    Los Angeles, CA 90067
    Direct Dial:  424-653-5525
    Fax:  424-653-5501
    Email:  jessica.stebbinsbina@lw.com

*Substituting attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF HARMONY GOLD U.S.A., INC.
 (NO. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| | |
|---|---|
| 1 | PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP |
| 2 | |
| 3 | By: *s/ Brett A. August* |
| | Brett A. August (*admitted pro hac vice*) |
| 4 | *s/ Jason Koransky* |
| | Jason Koransky (*admitted pro hac vice*) |
| 5 | 200 South Wacker Drive, Suite 2900 |
| | Chicago, Illinois 60606 |
| 6 | Telephone: (312) 554-8000 |
| | Facsimile: (312) 554-8015 |
| 7 | Email: baa@pattishall.com |
| 8 | jmk@pattishall.com |
| 9 | ***Withdrawing Attorneys*** |
| | ***for Plaintiff Harmony Gold U.S.A., Inc.*** |

*Withdrawing Attorneys*
*for Plaintiff Harmony Gold U.S.A., Inc.*

DORSEY & WHITNEY LLP

By:_____
   J Michael Keyes
   Paul T Meiklejohn
   Ryan Blair Meyer
   701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7043
   Telephone: (206) 903-8800
   Facsimile: (206) 903-8820
   Email: keyes.mike@dorsey.com
           meiklejohn.paul@dorsey.com
           meyer.ryan@dorsey.com

***Attorneys for Defendant Piranha Games, Inc.***

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) **-** 3

| | |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| 2 | By: /s/Warren Rheaume (per electronic consent) |
| 3 | James Harlan Corning |
| | Warren Joseph Rheaume |
| 4 | 1201 Third Avenue, Suite 2200 |
| | Seattle, WA 98101-3045 |
| 5 | Telephone: (206) 622-3150 |
| | Facsimile: (206) 757-7700 |
| 6 | Email: jamescorning@dwt.com |
| | warrenrheaume@dwt.com |
| 7 | |
| 8 | *Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc. and Jordan Weisman* |

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
 (NO. 2:17-cv-00327-TSZ) **-** 4

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS NOW, THEREFORE ORDERED that Brett A. August and Jason Koransky and the law firm of Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, are permitted to withdraw as attorneys of record for Plaintiff Harmony Gold U.S.A., Inc.;

IT IS FURTHER ORDERED that Jessica Stebbins Bina and the law firm of Latham & Watkins LLP are hereby substituted as counsel for Plaintiff Harmony Gold U.S.A., Inc.

For the avoidance of doubt, attorneys Damon C. Elder and Andrew R.W. Hughes, and the law firm of Calfo Eakes & Ostrovsky PLLC, shall continue to represent Plaintiff, Harmony Gold U.S.A., Inc., as local counsel.

DATED this 31st day of October, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF HARMONY GOLD
U.S.A., INC.
(NO. 2:17-cv-00327-TSZ) - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224