# EXHIBIT 4

```
Type of Work:       Visual Material
Registration Number / Date:
                    VAu000534107 / 2002-05-17
Title:              Macross.
Description:        Drawings.
Copyright Claimant:
                    Kabushiki Kaisha Studio Nue & Kabushiki Kaisha Big West
Date of Creation:   1982
Authorship on Application:
                    artwork: Kabushiki Kaisha Studio Nue, employer for hire.
Names:              Kabushiki Kaisha Studio Nue
                    Kabushiki Kaisha Big West

================================================================================
```