# EXHIBIT 5



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

==THIS IS TO CERTIFY== that the attached color photocopies are a true representation of the work entitled **MACROSS** deposited in the Copyright Office with claim of copyright registered under number **VAu 534-107**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on November 3, 2017.

Karyn Temple Claggett
Acting United States Register of Copyrights and Director

*Veronica Patten*

By: Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

VF-1S ファイター形態

目録1

設定画 河森 正治

VAu 534-107

アニメカット　マクロススペシャル（1話2話を同時放送）

設定画　河森　正治



アニメカット　　マクロススペシャル　（1話2話を同時放送）



VF-1S ガウォーク形態　　目録 3

設定画　河森　正治

アニメカット　マクロススペシャル・(1話2話を同時放送)



設定画　河森　正治

VF-1J ファイター形態    目録4

設定画  河森 正治

アニメカット    6話



VF-1J バトロイド形態   目録5

設定画　河森　正治

アニメカット　　3話

「VF-1J」 ガウォーク形態          目録6

設定画  河森 正治



アニメカット    マクロススペシャル （1話2話を同時放送）

VF-1D ファイター形態

目録 7

設定画 河森 正治

アニメカット　17話

設定画　河森　正治

設定画　河森 正治



アニメカット　マクロススペシャル（1話2話を同時放送）

設定画　河森 正治

設定画　河森　正治



アニメカット　　マクロススペシャル　（1話2話を同時放送）

設定画　河森　正治



アニメカット　　マクロススペシャル　（1話2話を同時放送）

設定画　河森 正治

決定

アニメカット　8話



設定画　河森　正治



アニメカット　　10話

設定画　河森　正治

アーマードバルキリー 膨慮

設定画　河森　正治



アニメカット　　9話



スパルタン                目録14

設定画　河森　正治



アニメカット　　31話



設定画　河森　正治

リガード

設定画　河森　正治



アニメカット　2話

グラージ

目録 16

設定画　河森　正治



アニメカット　　7話



SFD-1（マクロス）戦艦型　　　　　目録 17

設定画　宮武　一貴



アニメカット　4話



設定画　宮武　一貴

SFD-1（マクロス）強行型　目録18

設定画　宮武　一貴



アニメカット　5話



ファランクス

設定画　宮武　一貴

アニメカット　27話

設定画　宮武　一貴



アニメカット　　21話



目録21

設定画　宮武　一貴

≪生産砲撃デストロイド≫

アニメカット　14話

クァドラン・ロー

目録22

設定画　宮武　一貴



アニメカット　18話



ヌージャデル・ガー 目録 23

設定画　宮武　一貴



アニメカット　31話



モンスター

目録24

設定画　宮武　一貴



アニメカット　7話



目録 25

設定画　宮武　一貴

アニメカット　　マクロススペシャル　（1話2話を同時放送）

設定画　宮武　一貴

≪総合軍—宇宙軍≫

アニメカット　　10話　　　　　　　　　　4話



目録 27

設定画　宮武　一貴



アニメカット　　12話　　　　　　　　　　　6話

 

星瀬 未沙

設定画　美樹本　晴彦

アニメカット　　マクロススペシャル　（1話2話を同時放送）



目録 29

設定画　美樹本　晴彦

米一条輝 ①

アニメカット　6話

一条　輝 2

設定画　美樹本　晴彦

米一条輝 ①

アニメカット　　18話



リン・ミンメイ 1                    目録31

設定画　美樹本　晴彦

アニメカット　　5話

設定画　美樹本　晴彦

目録 32

設定画　美樹本　晴彦

アニメカット　　6話

目録 33

設定画　美樹本　晴彦

アニメカット　　9話



設定画　美樹本　晴彦



アニメカット　　マクロススペシャル　（1話2話を同時放送）



設定画　美樹本　晴彦

設定画　美樹本　晴彦

アニメカット　　6話

設定画　美樹本　晴彦

＊ グロードル艦長 ①

アニメカット　　6話

設定画　美樹本　晴彦



アニメカット　　9話

目録 38

設定画　美樹本　晴彦

アニメカット　　6話

目録 39

設定画　美樹本　晴彦

アニメカット　　11話

目録40

設定画　美樹本　晴彦

決定稿

アニメカット　　7話

目録41

設定画　美樹本　晴彦

アニメカット　　9話