# EXHIBIT 6

 The Leader in Global IP Solutions

Date: November 7, 2017

To whom it may concern:

This is to certify that the attached translation from Japanese into English is an accurate representation of the document received by this office.

The document is designated as:
- Macross

Caroline Camilo, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."


Signature of Caroline Camilo

**NEW YORK**
450 Seventh Avenue
10th Floor
New York, NY 10123, USA
P: (212) 643-8800

**SAN FRANCISCO**
111 Pine Street
Suite 1815
San Francisco, CA 94111, USA
P: (415) 580-6360

**KENT**
Corn Exchange House
49 The Pantiles
Tunbridge Wells
Kent TN2 5TE, UK
P: +44 (0)1892 549784

**HAMBURG**
Kurze Mühren 1
2nd Floor
Hamburg, Germany 20095
P: +49 (0) 407 679 6500

**JERUSALEM**
43 Emek Refaim
Entrance B
Jerusalem 9314104, Israel
P: +972 (02) 563-1728

info@morningsideip.com  |  www.morningsideIP.com

CONTENTS
MACROSS
PERFECT MEMORY

VISUAL STORY (Episode 1 to Episode 27) ……… 5
OUTSIDE STORY ……… 53
Macross Timeline ……… 54
Plundering Fleet/Kenichi MATSUZAKI ……… 56
Space of Two Years/Shoji KAWAMORI ……… 60
VISUAL STORY 2 (Episode 28 to Episode 36) ……… 69
CONBAT ACTION ……… 85
MISS MACROSS/……… Haruhiko MIKIMOTO ……… 93
THE CHARACTER OF MACROSS ……… 101
THE MECHANIC OF MACROSS  ……… 138
THE ART OF MACROSS ……… 183
Original Image Collection ……… 193
VISUAL STORY SUPPLEMENT ……… 200
THE MAKING OF MACROSS  ……… 205
STAFF & CAST COMMENTS  ……… 247
STAFF LIST  ……… 258

● Editor's Notes ●

While this edition featuring Macross experienced many difficulties, it has finally been published. We apologize that this was released far later than planned. Although we vowed when creating Gundam Century not to bring ourselves again to the brink of exhaustion on a project, what can I say as we have done it again? Put it down to the sad state of our editor. So how did we do it? Put it down to our fascination with the subject. Although it has been called trivial, in retrospect, when recalling the situation before Macross, it can be said to have ushered in a new era in Japanese anime. The cunning grasp of war, which ran counter to people's expectations taken from war mania (?) and animation, heightened the sense of danger and made it a pleasure to view. The incredibly dark humor of an ultra-modern aggressive battle group being defeated by a girl's singing voice could not be any more ironic and contrary to human nature when you think about it.

The essential Macross Perfect Memory, while expensive at 2800 yen, is edited as conscientiously as possible. All of the commentary from those who contributed to the series is original and not found elsewhere. Finally, we wish to thank Studio Nue for their timely drafting of the proofs. We also wish to extend our thanks to everyone at Artland and Anime Friend. Our appreciation goes out to everyone at Studio ASH for editing this edition. (T., editor at OUT)

MACROSS PERFECT MEMORY  (Macross Perfect Memory)
Monthly OUT August 1984 Special Edition, Published August 10, 1984, Vol. 8, No. 12, Price ¥2800

Editor: Tetsuo DAITOKU, Publisher: Yasuyuki KUGA, Printer: Kazuo SUZUKI
Printing Company: Toppan Printing Co., Ltd.
Publisher: Minori Shobo Co., Ltd.
Asahi Building, 1-10-4, Yushima, Bunkyo-ku, Tokyo 113
TEL  Sales (03) 815-5016  Editing (03) 813-6664

- Cover Illustrator: Kazutaka MIYATAKE, Haruhiko MIKIMOTO
- Cover Designer: Nobue AOKI
- Cover Page Designer: Banana Grove Studio
- Poster Illustrator: Noriyoshi OHRAI
- Text Illustrators: Kazutaka MIYATAKE, Shoji KAWAMORI, Haruhiko MIKIMOTO, Toshiki HIRANO, Hideaki SHIBATA, Yoko KADOGAMI, Fumihiko TAKAYAMA, et al.
- Text Authors: Kenichi MATSUZAKI, Shoji KAWAMORI, Masahiro HARAGUCHI, Kazuaki HATAYAMA, Yoshiyuki KASHIWAGI

1

2

- Text Layout: BGS (Satoe MINATO), Kenji SATO, Nobue AOKI, Yoshitaka MIYAMOTO, István, Do.PLAN, Naotaka FUJIMORI
- Editor: Studio ASH (Shoichi TSUJI, Makoto SHINDO, Shinjiro OKAZAKI)
- Assistance: HANA Koganei, Sachio KIKUGAWA, Hideki ANINO, Naoko YAMAMOTO, Miki NISHIMURA
- Animation Photography: Akinori NAKAJIMA
- Cooperation: BigWest, Mainichi Broadcasting, Tatsunoko Production, Studio Nue, Anime Friend, Artland

© Minori Shobo 1983 All rights reserved            © BigWest, Mainichi Broadcasting

GLAUG
One-Man Battle Pod/Glaug

- Overall Height: 16.55 m, Overall Weight: 41.2 t
- Engine: Roiquonmi thermonuclear reactor (output: 3.9 GGV)
- Main Armament: Large-bore impact cannon x 2
- Secondary Armament: Small-bore impact gun x 2
- Long-range, electron-beam cannon x 1
- Small-bore, laser anti-personnel cannon x 2
- Close-combat seeker missile x 6
- Manufacturer: Developed and manufactured at Roiquonmi No. 330048902 Zentraedi fully automatic weapons plant

This close-combat weapon last appeared in the first space war which occurred in the early stages of the dissolution conflict that occurred in the Stellar Republic which had spanned several thousand years.

Because this weapon was built from a basic structure for warfare on the front line, it had great practical value. Because it also had a high survival rate for the occupant, there was a rush of orders from the front line. The spots holding weapons were rationally placed, there were many variations, and it could be launched into a multi-force front. Therefore, it was a very popular weapon in its heyday.

280,000 cycles ago, the Supervision Army damaged the fully-automated production system in an all-fronts attack on the Roiquonmi weapons factories. It has since been relatively difficult to find this weapon.

(Device for Quamzin)

Due to this situation, 280,000 cycles had passed before the Quamzin unit was used. The unit used by Quamzin was discovered in good condition at an armament warehouse and had been developed about 3700 cycles ago. It was thought to be brand new. Quamzin is said to have had three different units of this type.

AA: Identifying mark; BB: Quamzin banner; CC: Military rank; DD: Seat; EE: Head display; FF: O interior cross-section; GG: Cockpit; HH: Detailed application; II: (Launcher); JJ: (Quamzin grade booster attached to a launcher catapult)

Glaug with Large Air-Combat Booster

170

SDR-04-MK XII: Outer Space Perimeter Defense/Phalanx

- Overall Height (to top of searchlight): 12.05 m, Overall Weight: 47.2 t
- Main Engine: Kranss-Maffai MT828 thermonuclear reactor (output: 2800 SHP)
- Auxiliary Engine: Shinnakasu Industries CT 03 miniature thermonuclear reactor (output: 970 KW)
- Armament: Howard SHIN-SHM-10 Derringer short-range high-maneuverability self-guided missile pods with 22 missiles x 2
- Self-Defense Equipment: Texco DARDA-3C glazer radar for electronic system destruction, large three-part positionable laser searchlight
- Manufacturer: Developed and manufactured at the SDF-I Macross onboard weapons manufacturing facility

The SDR-04-MK XII Phalanx was developed for specifically for space to defend the SDF-1 Macross, the LVS-101 Prometheus, and the SLV-111 Daedalus after their emergency deployment in space as part of the Macross strategy system when vulnerabilities became a problem due to delays in deploying the fleet defense network.

The MKX Defender sister unit, which had been deployed initially in July 2009 and rolled out in December 2009, had poor cost performance due to the complexity of the sighting and firing systems. The number of units deployed did not expand, the ship-specific offset anti-aircraft system was considered wrong, and a predetermined number could not be secured. In this situation, the SDF-1 Macross set to work developing and manufacturing a supplemental system at on-board armament manufacturing facilities.

This was planned as a close-combat Destroid using the power plant of MBR-04 Destroids available aboard the SLV-111 Daedalus on an emergency basis.

Utilizing a simple structure that depended upon a thermonuclear power system and a simplified targeting and delivery system for guided armaments, the Phalanx specialized in close defense and space operations.

The radar system can be used as a destructive weapon for attack via direct gamma-ray irradiation, and most are equipped with missiles to lower production costs. The development plan is considered a success.

It does suffer from the disadvantage of a shorter range when utilizing the thermonuclear propulsion nozzles, but this is offset by greater performance in outer space and hardly any operational redundancies.

Because the SDR-04-MKXII Phalanx is a weapon system developed on an emergency basis, different types can be prepared depending on the situation, including a version with Gatling guns mounted in the head.

Considering the combination of weaponry, the Phalanx can be considered an effective system with more than sufficient results.

AA: Detailed application; BB: (Tiltable searchlight)

163

MBR-07-MKII: Close-Range Combat/Spartan

Overall Height: 11.3 m (shoulder), Overall Weight: 29.4 t
- Engine: Gigenheimer Roy 2004 thermonuclear reactor (output: 3200 SHP)
- Robotics: Bifors close-combat self-guided rocket launcher with 12 rockets x 2
- Guns: Astra TZ-IV gun cluster x 1 (laser gun, 32 mm machine cannon, 180 mm grenade launcher, 12.7 mm machine gun, flamethrower)
Mauler RQV-10 anti-aircraft laser guns x 2
Norman Banks CH2-TYPED claw hand x 2
- Manufacturer: Centinental/Kransman joint development

MBR-07-MKII

The MBR-07 (Spartan), which came in second in the walking weapons development competition, entered the design phase in July 2003, one year and two months after the MBR-04 series Destroids.

The Spartan entered trial production in February 2005 and roll out of the MKI units occurred in January 2008. The TV aiming system was strengthened and anti-aircraft weaponry was added to the MKII No. 1, which was introduced in June 2008. All MKI units were later upgraded to MK II units.

Unlike the MBR-04 series, the MBR-07 series was developed jointly by Centinental and the Kransmann Group. Using a more powerful engine than the 04 series, the weapon was conceived ideally as operated entirely without an electric power system to realize a high-output, highly mobile Destroid. However, problems with development of the Gigenheimer 2000 engine and the power transmission system delayed production.

The MBR-07 series lags far behind the 04 series in terms of variations due to problems developing the power transmission system.

However, despite poor productivity, large numbers of Spartans, which combine heavy armor and high mobility to generate effective fighting force in close combat, were deployed to the front lines due to high praise from operators in non-combat exercises.

AA: Open engine cover; BB: Cockpit

163

MBR-04-MKVI: Heavy Assault/Tomahawk

Overall Height (to head): 11.27 m, Overall Weight: 31.3 t
- Main Engine: Kranss-Maffai MT808 thermonuclear reactor (output: 2800 SHP)
- Auxiliary Engine: GE EM9G fuel generator (output: 450 KW)
- Main Armament: Mauler PBG-11 liquid-cooled electrically-charged particle beam gun x 2; Ramington M-89 12.7 mm air-cooled machine gun x 2
- Sub-Armament: Astra TZ-III gun cluster x 2 (laser gun, 25 mm machine cannon, 180 mm grenade launcher, flamethrower)
- Robotic Armament:
· Bifors close-combat self-guided rocket launcher with 12 rockets x 2
· Erlikon anti-aircraft self-guided missile option pack with 6 missiles x 1
- Development and Manufacturer: Viggers/Chrauler joint development

The MBR-04 was the first practical Destroid. The initial design was created in May 2000, initial trial production occurred in December 2003, the MBR-04MKI rolled out in February 2007, the MKIII (Tomahawk) rolled out in November 2007, and the MKX rolled out in March 2009. The MBR-04-MKI was the only one with a rocket launcher. (The MKI was named the Destroid, but this became the generic name for all subsequent models so the initial version is now known as the "Mark I").

The MBR04 still has much latent potential and many versions have been developed simultaneously to effectively utilize its strengths.

The MBR-04-MKVI Tomahawk is the first in the series with massive firepower.

Because both arms of the MK-J were removed, its close-combat potential decreased. However, it was praised in training and good results can be obtained in most types of combat without arms. The Tomahawk has moved into the mass production phase.

AA: Front of pilot seat tilts forward; BB: Detailed application

161

ADR-04-MK X: Interceptor/Defender

- Overall Height (to antenna): 10.73 m, Overall Weight: 27.1 t
- Main Engine: Kranss-Maffai MT828 thermonuclear reactor (output: 2800 SHP)
- Auxiliary Engine: GE EM10T fuel generator (output: 510 KW)
- Armament: Erlikon 78 mm liquid-cooled high-speed automatic cannon Type 966 PFG Contraves set (Erlikon Contraves II) x 2
- Development and Manufacturer: Viggers/Chrauler joint development

This is one version of the Destroid walking weapon systems acquired during development of the MBR-04-MK I Mark One, and includes the anti-aircraft Contraves system for use during the early stages of battle developed as a joint effort by Viggers-Chrauler under direction from the United Nations.

The anti-tank class wide-bore guns each fire 500 rounds per minute and all four barrels firing in combination can unleash 2,000 rounds per minute. The 78 mm rounds are fired via the Erlikon Contraves system at an impressive muzzle velocity of 3,300 meters per second. Designed for the purpose of super-long-range firing in space, it was very expensive and faced significant difficulties in mass production.

Destroid Development History

The "Destroid" is a walking weapon developed using OverTechnology for deployment on the Macross. Trial production of Types 01 through 03 has been completed. When the practical Type 04 eventually arrived, the war had almost concluded and, for good or ill, its massive destructive force, which had never before been achieved by humans, brought the war to a close.

AA: Detailed application; BB: Weapon bay; CC: Guns (double magazine); DD: Aiming camera moves vertically

161

SUPER VALKYRIE Equipped with Outer Space Booster/Super Valkyrie

- Overall Length: 14.0 m, Overall Wingspan: 14.7 m, Overall Height: 5.5 m
- Engine: P&H+EF-2001
- Armament: Missile pod × 2, etc.

The original Valkyrie fighter was a vulnerable craft during emergency near Earth orbit deployment and was severely impaired operationally. The Super Valkyrie was developed for use outside of the atmosphere and is equipped with two boosters and a propellant tank to expand its range and extend its operating time in space. Compared to the original version, it has improved acceleration, maneuverability, and armor. It also has improved firepower thanks to being equipped with micro-missiles.

AA: For outer space deployment (Valkyrie with booster) #28 C-1 to C17 (C-22 to C44 are normal and do not have a booster) general purpose VF-1A; BB: VF-1J (mixed purpose); CC: GERWALK mode; DD: Booster pack; EE: Micro-missile pod; FF: Propellant tank; GG: Booster tank; HH: Missile pod; II: Booster nozzle; JJ: Micro-missiles; KK: VF-1S model; LL: Micro-missile firing ports; MM: High-performance Vanier nozzle; NN: Swept wing away from nozzle …; OO: Shutters closed for space flight; PP: High-performance Vanier nozzle; QQ: Propellant tank (containing both accelerant and coolant); RR: Horizon line during landing; SS: Rear of missile pod; TT: Note--Rear of side tank shaded; UU: Propellant tank (containing both accelerant and coolant); VV: Missile pod; WW: Booster tank; XX: Booster nozzle; YY: Missile launch port; ZZ: Missile launch port cover; AAA: Missile exhaust slits; BBB: Micro-missiles; CCC: Propellant tank; DDD: High-performance Vanier nozzle; EEE: Micro-missile pod; FFF: Note--Rear of side tank shaded

157

VF-IA·J·D·S: Tactical Combat Battroid/Armored Valkyrie VF-1J

Overall Weight: 34.7 t

- Valkyrie Protector Weapon System, Overall Weight: 16.2t
  Shinnakasu Heavy Industries GBP-IS
- Armament:      Erlikon GH-32 grenade crushers x 56
                 Erlikon GA-100 high-speed armor-penetrating crushers x 6
                 Ramington H-22T large hand grenades x 6

Because the VF-1 series suffers from basic problems such as (1) weak armor when used as a ground weapon and (2) too much unnecessary power when used as a ground weapon, the GBP-IS armor system was anticipated at the start of the Valkyrie development program.

A fairly large number of GBP-IS units are provided as basic equipment when troops are deployed with Valkyrie.

Once installed as a protector weapon system, Valkyrie can be considered an effective ground weapon with a good balance of armor and weapons.

Because the shape differs substantially before and after installation, a GBP-IS equipped Valkyrie is called the "Armored Valkyrie" by troops. However, its official name is the VF-1J Valkyrie.

A GBP-IS equipped Valkyrie is much heavier than non-armored versions, but it is able to hover when after burners are fired.

A Valkyrie cannot enter aircraft mode when equipped with GBP-IS, but is a very simple front-line protector. It can be abandoned quickly in an emergency and is popular with pilots.

AA: U.N. SPACY (Armored Valkyrie GBP-IS Protector Destruction Scene); BB: < Weapon Attack System >; CC: Ultra-high performance micro-missiles (Erlikon GH-32 grenade crushers x 52), Launches attached to shoulders, chest, thighs, and back; DD: High-speed attack (Erlikon GA-1 high-speed armor-penetrating crushers), 3 launchers x 2; EE: Shoulder launcher; FF: Chest launcher; GG: Cover blows off prior to launch; HH: High-performance nozzle

156

VF-IA·J·D·S Tactical Combat Battroid/Valkyrie Battroid
Battroid Development History

It was decided to develop this combat weapon in addition to the Destroid system from information obtained from the crash-landing on Macross. The Battroid system pushes mobility and flexibility to the limit. Unlike the Destroid, which was developed under the direction of army forces, the Battroid was developed under the direction of air, navy, and marine forces, and each developing company sought materials for a jet combat device. The team of Stonewell and Bellcom were the first to complete a Destroid in February 2001, but it did not meet the massive performance demands. Pained by delays in planning, they subcontracted with powerplant producer Shinnakasu Heavy Industry and ground weapons developer Centinental to complete a basic design by 2005.

Trial production started at the beginning of 2006, but development of an unprecedented weapon system proved difficult and the first mass produced units did not reach the joint forces until November 2008.

The Battroid was developed as a manned machine forming a part of the Macross strategic system and was mass-produced by many companies to get reinforcements to Macross in time. As a result, there are slight differences in the models produced by the different manufacturers.

AA: VF-1J Valkyrie; BB: Gun placement separate (no guns are installed); CC: Detailed application of model and super UP stopper; DD: VF-1D Battroid; EE: Gun pods are set in place immediately after transformation; FF: Laser cannon; GG: TV array

154

# MACROSS PERFECT MEMORY



# GLAUG ワンマン戦闘ポッド
## グラージ

○全高　16.55ｍ　全備重量41.2ｔ
○発動機ロイコンミ熱核反応炉　出力3.9GGV
○主砲　大口径インパクト・キャノン×2
○副砲　小口径インパクト・ガン×2
○長射程荷電粒子ビーム砲×1
○小口径レーザー対人機銃×2
○近接戦用追尾ミサイル×6
○製造　ロイコンミ第330048902ゼントラーディ全自動兵器廠開発
　　　製造

　数千年に渡る銀河帝国の分裂戦争の初期に起こった一大開発競争の最後に現れた格闘戦兵器。

　前線での戦訓を元に基本構成から造り上げられた兵器であるため、実用価値が高く、搭乗兵員の生還率も高いため、前線から注文が殺到した名機である。

　兵装保持スポットの設定も合理的で、バリエーションも多く、多数が戦線へと投入されたから、最盛期には人気も高く、非常にポピュラーな兵器であった。

　現在より28万周期の昔、監察軍のロイコンミ兵器廠全面攻撃の際、グラージ自動製造システムが崩壊した。以後、グラージは消耗の一途をたどり、現在では比較的めずらしい兵器とされている。

《カムジン用機》

　前記のような事情により、カムジン機も製造以来28万周期を経過した代物であるが、同機は3700周期昔に開けられた兵器倉庫より出てきた物で、ほぼ新品と考えてよい。カムジンは同タイプ機を3機個人的に保有していると言われている。



▲○内部断面ラフ

▼識別マーク

▼カムジン艦隊旗

階級表▼

▲コクビット

▲コクビット　ディテールアップバージョン

▲コクビット

《ランチャー・カタパルトに装着されたカムジン・グラージ・ブースター》

## 大型空戦ブースター付グラージ

# SDR-04-MK XII

**大気圏外近接防御型**
**ファランクス**



〈ディテールアップバージョン〉

〈可倒式サーチライト〉

| | | |
|---|---|---|
| 全高（サーチライト上端まで） | 12.05m | 全備重量 47.2t |

○主機　クランス・マッファイ　MT 828　熱核反応炉　出口2
　　　　800 SHP
○副機　新中州重工　CT 03　小型熱核発電機　出力 970KW
○火器　短射程高機動　自己誘導ミサイルハワードSHIN-SH
　　　　M-10　デリンジャーミサイル　22発ポッド×2
○探知兵器　テクスコDARDA-3C電子系破壊用グレーザ・レー
　　　　ダ
　　　　大型三連可変集束レーザ・サーチライト
○開発製造機関　SDF-1マクロス艦内兵器廠　開発製造
SDF-1マクロス及びLVS-101プロメテウス、SLV-1
11ダイダロスの緊急地球外展開に際し、艦隊防御網の配備遅延
による脆弱性が問題となったマクロス戦略システムへの梃入れ策
として、急遽開発されたのがSDR-04MKXⅡファランクスで
ある。開発開始2009年7月、ロールアウト2009年12月姉
妹機のMKXディフェンダーが、照準、送弾システムの複雑さゆ
えのコスト・パフォーマンスの悪さから、部隊配備機数がのびず、
艦固有のオフセット対空システムも艤装計画が狂って所定数が確
保できぬ状況であったSDF-1マクロスは、艦内に設けられた
兵器廠で補完システムの開発製造に踏み切ることとなった。
SLV-111ダイダロス艦内には多数のMBR-04デストロイ
ド歩行システムの駆動系が積載されており、同システムを応急的
に利用した局地戦用デストロイドが計画された。
近接防御用として大気圏外での使用を前提に開発されたファラン
クスは、動力系の総てを熱核化しており、又、ディフェンダーで
の経験から、照準、誘導送弾システムの単純化が図られた。
その結果、レーダーシステムはガンマ線直接照射方式を採用して
そのまま破壊兵器としての能力も合わせ持つ事となり、兵装も総
て撃ち放しミサイルとして、量産コストの引き下げが得られ、開
発計画は一応の成功を見た。
兵器システムとしては、熱核システム一人型推進ノズルの採用で、
宇宙空間における高機動能力を求めた代償から、交戦時間レンジ
が極めて小さくなり、運用面でリタンダンシーがほとんどない事
が欠点として上げられる。
SDR-04-MKXⅡファランクスは、応急的に開発された兵器シ
ステムのため、兵装の調達状況に応じて、ガトリング砲を頭部に
搭載した型等、兵装に数種類のタイプが存在している。
間に合わせ的兵器と考えると、ファランクスは充分以上の効果を
示した有効なシステムであると言えるだろう。

# MBR-07-MK II

**近接格闘攻撃型**
**スパルタン**

| | | |
|---|---|---|
| 全高　11.31m | （肩） | 全備重量 29.4t |

○発動機　グゲンハイマー　ロイ 2004　熱核反応炉　出力 32
　　　　00 SHP
○ロケット系　ビフォーズ12連発近接自己誘導ロケット弾ランチャ
　　　　ー×2
○ガン　アストラTZ-Ⅳ　ガン、クラスター×1
　　　（レーザー砲、32mm機関砲、180mmグレネードランチャー）
　　　（12.7mm マシンガン、火炎放射器）
　　　　対空用　マウラー　RQV-10対空レーザー機銃×2
　　　格闘用クローハンド　ノーマンバンクスCH2-TYPED×2
○開発製造メーカー　センチネンタル・クランスマン共同開発
MBR-07-MKII
　MBR-07（スパルタン）シリーズは、歩行兵器開発競争の二
番手に立つ物で、設計開始はMBR-04シリーズに遅れること
1年2ヶ月、2003年7月に始められた。
　試作開始2005年2月、MKIロールアウトは2008年1月。
TV照準システムを強化し、対空兵装を付加したMKII号機は
2008年6月に引き渡された。後にMKIタイプは総てMKII
タイプに改装されている。
MBR-04シリーズに対抗するMBR-07シリーズはセンチネ
ンタル・クランスマングループにより共同開発された。04シリ
ーズよりも強力な発動機の採用により、副動力系なしで総ての兵
装を駆動させ、高出力に物を言わせた機動力の高いデストロイド
を得る、という理想主義的発想の基本設計は、動力伝達系のトラ
ブルとグゲンハイマーDT 2000 シリーズ高出力発動機の開発
遅延から量産化への移行が遅れた。
MBR-07シリーズは04シリーズの後ろを追う形となり、動
力伝達系の発展の難かしさも伴って、バリエーションの展開が極
めて小さいシリーズとなった。
しかしながらスパルタンの重装甲と高速性は、近接戦闘時には非
常に有効な戦力となり、演習戦抜会等においても運用者側からの
評価は高く、生産性が低いにもかかわらず、かなりの数が第一線
に配備されている。



エンジンカバー開

コクピット



# MBR-04-MKVI 重装破撃型 トマホーク

全高（頭部まで）11.27m 全備重量31.3t
○主機　クランス・マッファイ　MT808　熱核反応炉　出力2800 SHP
副機　GE　EM9G　燃料発電機　出力450kW
○主砲　マウラー　PBG-11　液冷式荷電粒子ビーム砲×2
対人用　ラミントン　M-89　12.7mm空冷マシンガン×2
サブ・ガン　アストラ　TZ-III　ガン　クラスター×2
（レーザー砲　25mm機関砲
180mmグレネードランチャー　火災放射器）
ロケット兵器・ビフォーズ　12連発近接自己誘導ロケット弾ランチャー×2
・エリコーン　対空自己誘導ミサイル　6連発オプションパック×1

・開発製造メーカー　ビガース・クラウラー　共同開発
MBR-04はデストロイドとして最初の実用型となった兵器である。設計開始200年5月、試作開始2003年12月、MBR-04MKIロールアウト2007年2月
〔トマホーク〕MKIIIロールアウト2007年11月
〔ディフェンダー〕MKXロールアウト2009年3月
MBR-04-MKI（MKIの名称をデストロイドと言う。後にこれが兵器体系の総称となってしまい、最初の型はそのまま《マークワン》と呼ばれるようになった）は兵装がロケットランチャーのみであった。
MBR-04システムの潜在能力にはさらに余裕があり、その力を有効に利用すべく、多くの発展型の開発が同時に進められた。
MBR-04-MKVIトマホークはシリーズ中最強力の火力を有するタイプである。
MK-Jの両腕を取り去ったため、格闘戦時の能力は低下した。しかしながら演習による評価では、両腕を使う状況に移行するまでに、大半の戦闘は終了してしまうという結果が得られ、トマホークは量産に移される事となった。

# ADR-04-MKX 対突迎撃型 ディフェンダー

○全高（アンテナまで）10.73m　全備重量27.1t
主機　クランス・マッファイ　MT828　熱核反応炉　出力2800 SHP
○副機　GE　EM10T　燃料発電機　出力510kW
○高角速射砲　エリコーン　78mm　液冷高速自動キャノンTVPE966 PFG　コントラベスセット×2
（俗称　エリコーン、コントラベスII）
開発メーカー　ビガース、クラウラー共同開発
MBR-04-MKIマークワン開発時に獲得されたデストロイド歩行システムの発展的運用型の1つとして、ビガース・クラウラー両社より戦争末期に対空用コントラベスシステムを搭載した型が統合軍当局に提示され、開発が承認された。
MBR-04-MKXは前世紀においては対戦車砲クラスであった大口径弾を1砲身当たり毎分500発、4門合計毎分2000発を発射できる能力を有する対空兵器として出現した。
エリコーンコントラベス・システムより発射される78mm砲弾の初速は3300m/secと大きく、又、その照準システムは宇宙空間での超遠距離射撃を目標に開発されたため、非常に高価なものとなり、量産の大きな障害となった。

ディテールアップバージョン





デストロイド開発史
マクロスの墜落によってもたらされたオーバー・テクノロジー（超越技術）の歩行兵器《デストロイド》は、タイプ01から03までが試作のみに終わり、ようやくタイプ04が実用に達した時には、統合戦争はほぼ結着がついており、幸か不幸かその強大な破壊力を人類に向かって発揮することもなく、終戦を迎えた。

161

# SUPER-VALKYRIE
## 大気圏外専用ブースター装着型
## スーパー・バルキリー



全長　14.0m　全翼　14.7m　全高　5.5m
○エンジン　Ｐ＆Ｈ＋ＥＦ－2001
○兵装　　ミサイルポッド×2　etc
従来のファイターバルキリーは、緊急地球外展開に際しては脆弱な機体のため、運用面で大きな障害となった。大気圏外での使用を前提に開発されたスーパー・バルキリーは2基のブースターとプロペラントタンクを装備し、宇宙空間での行動時間の延長及び行動範囲の拡大をはかったタイプである。標準タイプに較べ、加速性、機動性、防弾能力及びマイクロミサイル装備による火力の向上がされている。

157

# VF-IA・J・D・S 戦術戦闘バトロイド

## アーマード・バルキリー・VF-1J



全備重量　34.7t
- バルキリー用プロテクター・ウェポンシステム　重量16.2t
新中州重工GBP-IS
- 兵装　エリコーンGH-32グレネード・クラッシャー×56
エリコーンGA-100高速徹甲クラッシャー×6
ラミントンH-22T大型ハンドグレネード×6

VF-1シリーズの持つ根元的問題点①陸上兵器としての装甲の弱さ②陸上兵器として必要以上の高出力を解消するため、バルキリー開発計画当初より予定されていた装甲システムがGBP-ISである。

GBP-ISはバルキリーの部隊配備と同時にかなりの数が各部隊に基本装備として与えられた。

プロテクター・ウェポン・システムを装着して初めてバルキリーは、バランスのとれた装甲と武装を合わせ持つ有効な陸上兵器と呼べるようになる。

装着前後の形状が大きく異なるため、GBP-ISをつけたバルキリーを、兵員達は特に《アーマード・バルキリー》と呼んで区別するが、正式には《VF-1J・バルキリー》の名が変ることはない。

GBP-ISを装着したバルキリーの自重はほぼ倍化するが、アフターバーナーを噴かせればホバリングも可能である。

又、GBP-ISを装着した状態では、バルキリーは飛行形態をとる事が出来ないが、プロテクターの排除は非常に簡単であり、緊急時には捨ててのがれる事も可能で、この装備はパイロット達に好評であった。

〈攻撃体制・兵装関系〉

超高機動マイクロミサイル
《エリコーンGH-32グレネード・クラッシャー》計52発
●両肩・胸・両脚側面及び後方にランチャー装備

# VF-IA·J·D·S 戦術戦闘バトロイド

## バルキリー・バトロイド



バトロイド開発史

　マクロスの墜落で得られた情報により開発が決定された戦術兵器には、デストロイド系統の他に、機動性と運用の柔軟性を極限まで追求したバトロイドの系統がある。陸軍主体で開発されたデストロイドと違い、空、海、海兵隊主導で開発されたバトロイドは、陸戦能力の他にも空戦能力が要求され、開発各社はその素材をジェット戦闘機に求めた。ストンウェル・ベルコム両社の設計チームはデストロイドよりも早く２００１年２月に結成されたが、あまりに過大な要求性能は現実的なものではなかった。計画の遅延に苦慮した両社は新たなパートナーとして動力系の新中州重工と、陸上兵器メーカー、センチネンタル社を迎え、陣容を一新した開発チームが基本設計を終えたのは２００５年も終わりのことであった。

試作開始は２００６年初頭であるが、前代未聞の兵器システムとあって開発は難行し、量産第１号機が統合軍に引き渡されたのは２００８年11月にまでずれこんだ。

バトロイドは、マクロス戦略システムの一環を成す搭載機として開発された物だけに、部隊配備をマクロス進宙に間に合わせねばならず、各社で並行生産されたため、機体により装備に若干の違いが生じている。

〈VF-IJ〉
・バルキリー。

銃は別設定
（この銃は設定では
　ありません）

モデル及び超ＵＰ止メ絵用
ディティールアップバージョン

レーザー砲

VF-ID 複座型
・バトロイド

変形直後は、
ガンポッドは
このようにセ
ットされます。

ＴＶアイ