# EXHIBIT 8

FORM PA

**CERTIFICATE OF COPYRIGHT REGISTRATION**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C Curran*

**ACTING REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| PAU — 740 323 |
| PA     (PAU) |

| EFFECTIVE DATE OF REGISTRATION | | |
| --- | --- | --- |
| 3 | 28 | 85 |
| (Month) | (Day) | (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

**TITLE OF THIS WORK:**   MACROSS   Episodes 1-36

1. Booby Trap   3. Spacefold
2. Countdown   4. Lin Minmei (See PA/CON for 5-36)

**NATURE OF THIS WORK:** (See instructions)

MOTION PICTURE

**PREVIOUS OR ALTERNATIVE TITLES:**

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**
TATSUNOKO PRODUCTION COMPANY, LTD
Was this author's contribution to the work a "work made for hire"? Yes X ... No ...

**DATES OF BIRTH AND DEATH:**
Born _____ Died _____
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ } or { Domiciled in Japan
(Name of Country)                   (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire Work including animation, story, soundtrack

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ... No ...
Pseudonymous?   Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ... No ...

**DATES OF BIRTH AND DEATH:**
Born _____ Died _____
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ } or { Domiciled in _____
(Name of Country)                   (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ... No ...
Pseudonymous?   Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ... No ...

**DATES OF BIRTH AND DEATH:**
Born _____ Died _____
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ } or { Domiciled in _____
(Name of Country)                   (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ... No ...
Pseudonymous?   Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1983

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date _____
(Month)     (Day)     (Year)

Nation _____
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

HARMONY GOLD U.S.A., INC.   AND   TATSUNOKO PRODUCTION COMPANY, LTD.
8831 Sunset Blvd. Ste 300   c/o Harmony Gold U.S.A., Inc.
Los Angeles, CA. 90069   8831 Sunset Blvd. Ste 300
Los Angeles, CA 90069

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)   Agreement

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 3 pages

*Amended and added CASE by telephone conversation with Susan Christison on May 17, 1985.

EXAMINED BY

CHECKED BY

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED:
☐

RECEIVED
MAR 27 1985

DEPOSIT RECEIVED:
MAR 28 1985

REMITTANCE NUMBER AND DATE:
505997    MAR 28 85

FOR
COPYRIGHT
OFFICE
USE
ONLY

PAU    740 323

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

---

**＊PREVIOUS REGISTRATION:**

⦁ Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ... X .... No ....X.....

⦁ If your answer is "Yes," why is another registration being sought? (Check appropriate box)

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by line 6 of the application.

⦁ If your answer is "Yes," give: Previous Registration Number ........................... Year of Registration ...........................

**5**

Previous
Registra-
tion

---

**＊COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

..... English version including animation ...........................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

..... Japanese soundtrack and story ...........................

**6**

Compilation
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........................

Account Number: ...........................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Harmony Gold U.S.A., Inc.

Address: 8831 Sunset Blvd. Ste. #300    (Apt.)

Los Angeles, CA    90069
(City)    (State)    (ZIP)

**7**

Fee and
Correspond-
ence

---

**CERTIFICATION:** ＊ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Harmony Gold U.S.A., Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...........................

Typed or printed name. Frank Agrama, President    Date 3/15/85

**8**

Certification
(Application
must be
signed)

---

**MAIL
CERTIFICATE
TO**

HARMONY GOLD U.S.A., INC.
(Name)

8831 Sunset Blvd. Suite 300
(Number, Street and Apartment Number)

Los Angeles, CA    90069
(City)    (State)    (ZIP code)

(Certificate will
be mailed in
window envelope)

**9**

Address
For Return
of
Certificate

---

＊ 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/2    Jan. 1980—500,000

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.

  you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.

- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.

- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PAU — 740-323 |
| PA   PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 3 — 28 — 85 |
| (Month)   (Day)   (Year) |

CONTINUATION SHEET RECEIVED
MAR 28. 1985

Page 3 of 3 pages

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

---

**(A) Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  MACROSS

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  Harmony Gold U.S.A., Inc. 8831 Sunset Blvd. Ste. 300, Los Angeles, CA 90069.

---

**(B) Continuation of Space 2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born........ Died........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of........ (Name of Country)  or  Domiciled in........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born........ Died........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of........ (Name of Country)  or  Domiciled in........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born........ Died........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of........ (Name of Country)  or  Domiciled in........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes...... No......
Pseudonymous?  Yes...... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**(C) Continuation of Other Spaces**

**CONTINUATION OF** (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

5. The Transformation
6. The Daidarus Attack
7. Bye-Bye Mars
8. The Longest Birthday
9. Miss Macross
10. The Blind Game
11. First Contact
12. The Big Escape
13. Blue Wind
14. Gloval's Report
15. Chinatown
16. Kung Fu Dandy
17. Phantasm
18. Pineapple Salad
19. Bursting Point
20. Paradise Lost
21. Micro-Cosmos
22. Love Concert
23. Drop Out
24. Goodbye Girl
25. Virgin Road
26. The Messenger
27. Love Floats Away
28. My Album
29. Loli's Song
30. Viva Mariya
31. Satan's Dolls
32. Broken Heart
33. Rainy Night
34. Private Time
35. Romanesque
36. A Gentle Farewell