HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                    Plaintiff,

           v.

HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10,

                    Defendants.

CASE NO. 2:17-CV-00327 TSZ

**NOTICE OF SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM (DKT. 47)**

**NOTE ON MOTION CALENDAR: DECEMBER 15, 2017**

Defendant Piranha Games Inc. ("Piranha") hereby gives notice of its filing of the Supplemental Declaration of Ryan B. Meyer in Support of Piranha's Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim for the purpose of submitting as Exhibit 10 to the supplemental declaration a newly obtained document. Exhibit 10 is a copy of a certified U.S. Copyright Office Certificate of Registration for the work registered to Studio Nue and Big West as Vau 534-107. The Certificate of Registration was first received by Piranha on November 15, 2017 and, therefore, could not have been submitted previously. The Certificate of Registration and registration number correspond to the Copyright Office documents previously submitted as Exhibits 4 and 5 to the original Declaration of Ryan B. Meyer in Support of Piranha's Motion for Summary Judgment as to Plaintiff's Lack of

NOTICE OF SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN
SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO
PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGMENT
CLAIM
Case No. 2:17-cv-00327 TSZ — 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

Standing to Assert Copyright Infringement Claim. *See* Dkt. 48 at ¶¶ 5-6. Exhibit 10 is relevant to the pending motion because it corroborates Exhibits 4 and 5 and provides further evidence of Studio Nue and Big West's ownership of the Big West Characters discussed and referenced in the pending motion for summary judgment. *See, e.g.*, Dkt. 47 at 2:10-13, 4:16-5:5, 11:9-12:17.

Respectfully submitted,

DATED this 16th day of November, 2017.

**DORSEY & WHITNEY LLP**

*/s/ Ryan B. Meyer* _____
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

NOTICE OF SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN
SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO
PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGMENT
CLAIM
Case No. 2:17-cv-00327 TSZ — 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of (1) NOTICE OF SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGMENT CLAIM and (2) SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGMENT CLAIM and its EXHIBIT 10 were served on the following parties, by the method(s) indicated below, on November 16, 2017.

Damon C. Elder, WSBA #46754
damone@calfoeakes.com
Andrew R.W. Hughes, WSBA #49515
andrewh@calfoeakes.com
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

*/s/ Ryan B. Meyer*

Ryan B. Meyer

NOTICE OF SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN
SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO
PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGMENT
CLAIM
Case No. 2:17-cv-00327 TSZ — 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820