HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10,<br><br>Defendants. | CASE NO. 2:17-CV-00327-TSZ<br><br>**SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM (DKT. 47)**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 15, 2017 |

I, Ryan B. Meyer, hereby declare as follows:

1. I am an attorney at Dorsey & Whitney LLP which represents plaintiff Piranha Games Inc. ("Piranha") in this matter. The statements made below are based on my personal knowledge.

2. Attached as <u>Exhibit 10</u> is a true and correct copy of a certified U.S. Copyright Office Certificate of Registration for the work registered to Studio Nue and Big West as Vau 534-107. The Certificate of Registration corresponds to the online Copyright Office record and deposit materials submitted as Exhibits 4 and 5, respectively, to the Declaration of Ryan B. Meyer in Support of Piranha's Motion for Summary Judgment as to Plaintiff's Lack of Standing

SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM
Case No. 2:17-cv-00327-TSZ — 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

to Assert Copyright Infringement Claim. *See* Dkt. 48 at ¶¶ 5-6. Portions have been highlighted.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Signed this 16th day of November, 2017 at Seattle, Washington.


*/s/ Ryan B. Meyer*_____
Ryan B. Meyer

SUPPLEMENTAL DECLARATION OF RYAN B. MEYER IN SUPPORT OF
PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S
LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM
Case No. 2:17-cv-00327-TSZ — 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820