THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10 <br><br> Defendants. | CASE NO. 2:17-cv-00327-TSZ <br><br> **DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: DECEMBER 8, 2017 |

I, Jessica Stebbins Bina, declare as follows:

1.  I am an attorney at Latham & Watkins LLP, attorneys for Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold"), over eighteen years of age, and am competent to testify herein. I make the following statements based on my personal knowledge.

2.  I have recently become counsel of record for Harmony Gold in this matter. Very limited discovery has been conducted in the case to date. There has been only a single round of written discovery and the exchange of a few hundred pages of documents, and no depositions. It

DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD'S MOTION FOR LEAVE TO AMEND (Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY** PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

is my understanding that, prior to my entry into the case, the parties had engaged in settlement discussions which included, for the past several months, an informal stay of discovery.

3.   In May 2017, I represented Harmony Gold in a private arbitration against its licensor, Tatsunoko Production Co., Ltd. ("Tatsunoko").  The arbitration was unrelated to the instant litigation.  The arbitration was confidential, but Harmony Gold thereafter sought confirmation of the award in the Central District of California, as Tatsunoko stated it would only pay the awarded attorneys' fees if the award were judicially confirmed.

4.   It is my understanding that in or around September 2017, counsel for defendant Piranha Games, Inc. ("Piranha") approached then-counsel for Harmony Gold, and stated that it believed, based on an out-of-context sentence in the Harmony Gold/Tatsunoko arbitration award, that Harmony Gold lacked standing to assert its copyright infringement claims against Piranha. Harmony Gold's counsel immediately disputed this claim, explaining that the arbitration did not address the issues claimed by Piranha and that Harmony Gold had a valid, binding exclusive license agreement from Tatsunoko.

5.   On October 2, 2017, counsel for Piranha had a call with counsel for Harmony Gold to discuss these matters.  I participated in this call to provide factual background relating to the arbitration.  During this call, Harmony Gold's then-counsel stated that he believed Harmony Gold had inadvertently misstated some facts in its recitation of the 33-year history in its initial complaint, and that he would likely amend the complaint to address this and clarify the source and scope of Harmony Gold's rights.

6.   Harmony Gold's counsel did not immediately amend the complaint, however, as the parties continued to discuss the matter.  On October 18, 2017, Harmony Gold changed counsel in this matter to myself, and I formally substituted in as counsel of record on October 31, 2017, after obtaining a stipulation and order from all parties and the Court.  (Dkt. 46.)

DECL. OF STEBBINS BINA IN SUPPORT OF
HARMONY GOLD'S MOTION FOR LEAVE TO
AMEND (Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

7. Shortly thereafter, I reached out to Piranha's counsel to continue the discussion regarding Piranha's mistaken understanding of the Harmony Gold/Tatsunoko arbitration award. After an initial call on or about November 6, 2017, on November 8, 2017, Piranha's counsel informed me that Piranha intended to immediately move for summary judgment on its theory that Harmony Gold lacked standing. I again disputed Piranha's claims and reiterated Harmony Gold's intention to promptly amend the complaint to more fully address the parties' history. Nonetheless—and apparently in an attempt to beat Harmony Gold to the punch—Piranha filed a motion for summary judgment on November 13, 2017. (Dkt. 47.)

8. On November 21, 2017, Harmony Gold circulated a proposed amended complaint to defendants' counsel, asking whether counsel would stipulate to the proposed amendment. As the amendment addresses only Harmony Gold's history, and does not seek in any way to expand the scope of defendants' liability or otherwise prejudice defendants' defense in this matter, Harmony Gold anticipated a courteous response. Instead, Piranha's counsel responded: "Before deciding on whether we will oppose the motion to amend the complaint a second time, could you please tell us whether you will be consenting to Piranha's motion for summary judgment?"

9. I asked defendants again on the evening of November 21 and the morning of November 22 if they would consent to amendment. Counsel for both Piranha and Harebrained Schemes confirmed on November 22, 2017, that they intended to oppose amendment.

10. Attached as Exhibit A is a true and correct copy of the email exchange between myself and defendants' counsel, including the foregoing communications.

11. Attached as Exhibit B is a true and correct copy of the email exchange between myself and defendants' counsel of the foregoing communications, with the addition of the response from counsel for Piranha.

DECL. OF STEBBINS BINA IN SUPPORT OF
HARMONY GOLD'S MOTION FOR LEAVE TO
AMEND (Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY** PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 22nd day of November, 2017, at Los Angeles, California.


By: *s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD'S MOTION FOR LEAVE TO AMEND (Case No. 2:17-cv-00327-TSZ) - 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 22nd day of November, 2017.

<i>s/ Erica Knerr</i><br>
Erica Knerr

DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD'S MOTION FOR LEAVE TO AMEND (Case No. 2:17-cv-00327-TSZ) - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

# EXHIBIT A

**Stebbins Bina, Jessica (CC)**

| | |
|---|---|
| **From:** | Rheaume, Warren <WarrenRheaume@dwt.com> |
| **Sent:** | Wednesday, November 22, 2017 10:38 AM |
| **To:** | Stebbins Bina, Jessica (CC) |
| **Cc:** | Meiklejohn.Paul@dorsey.com; meyer.ryan@dorsey.com; fairchild.todd@dorsey.com; Corning, James; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; Greenman, Elizabeth (CC) |
| **Subject:** | Re: Harmony Gold v. Piranha et al |

Jessica, your understanding is correct. I will call you later today.

Best.

**Warren J. Rheaume** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8265 | Mobile: (206) 235-7801 | Fax: (206) 757-7265
Email: warrenrheaume@dwt.com | Website: www.dwt.com
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.


On Nov 22, 2017, at 10:18 AM, "Jessica.StebbinsBina@lw.com" <Jessica.StebbinsBina@lw.com> wrote:

> Counsel,
>
> Based on your email last night, and as we have not heard further from you, we understand you will not stipulate to amendment. If that is not the case, please let us know immediately as we intend to file our motion this afternoon.
>
> Best regards,
>
> **Jessica Stebbins Bina**
>
> **LATHAM & WATKINS LLP**
> 10250 Constellation Blvd., 3rd Floor
> Los Angeles, CA 90067
> Direct Dial: +1.424.653.5525
> Fax: +1.424.653.5501
> Email: jessica.stebbinsbina@lw.com
> http://www.lw.com
>
> **From:** Stebbins Bina, Jessica (CC)
> **Sent:** Tuesday, November 21, 2017 9:43 PM
> **To:** Meiklejohn.Paul@dorsey.com
> **Cc:** meyer.ryan@dorsey.com; fairchild.todd@dorsey.com; jamescorning@dwt.com; warrenrheaume@dwt.com; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; Greenman, Elizabeth (CC)
> **Subject:** Re: Harmony Gold v. Piranha et al

Of course not. As we have repeatedly explained, we thoroughly disagree with your position and indeed to proceed with our case. Please let us know if you will stipulate to amendment promptly as we intend to file tomorrow.

Best regards,

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com
http://www.lw.com

**From:** Meiklejohn.Paul@dorsey.com
**Sent:** Nov 21, 2017 7:07 PM
**To:** "Stebbins Bina, Jessica (CC)" <Jessica.StebbinsBina@lw.com>
**Cc:** meyer.ryan@dorsey.com; fairchild.todd@dorsey.com; jamescorning@dwt.com; warrenrheaume@dwt.com; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; "Greenman, Elizabeth (CC)" <Elizabeth.Greenman@lw.com>
**Subject:** Re: Harmony Gold v. Piranha et al

Hi Jessica,

Before deciding on whether we will oppose the motion to amend the complaint a second time, could you please tell us whether you will be consenting to Piranha's motion for summary judgment?

Paul

Sent from my iPhone

On Nov 21, 2017, at 10:31 AM, "Jessica.StebbinsBina@lw.com" <Jessica.StebbinsBina@lw.com> wrote:

> All,
>
> As previously discussed with Piranha prior to my entry into this case and again approximately two weeks ago, Harmony Gold intends to amend the complaint to more thoroughly state some of the pertinent history relating to its rights in and to the Robotech warrior robots. Attached please find a proposed amended complaint, in clean and redline from the current complaint. As we are well in advance of the deadline to amend, please let me know promptly if defendants will stipulate to the entry of the same.
>
> Please don't hesitate to reach out with any questions or concerns. We anticipate that in the absence of a stipulation, we will need to move to amend promptly, and potentially as soon as tomorrow, given Piranha's decision to file for summary judgment on the existing complaint after being informed of our intention to

amend.

Best regards,

Jessica Stebbins Bina

LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com<mailto://jessica.stebbinsbina@lw.com>
http://www.lw.com<http://www.lw.com>

_____

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.


Latham & Watkins LLP

_____

<Harmony Gold \_ Second Amended Complaint (clean copy).pdf>

<Harmony Gold - Amended Complaint (redline of SAC to FAC).pdf>

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.

Latham & Watkins LLP

# EXHIBIT B

**Stebbins Bina, Jessica (CC)**

| | |
|---|---|
| **From:** | Meiklejohn.Paul@dorsey.com |
| **Sent:** | Wednesday, November 22, 2017 10:53 AM |
| **To:** | Stebbins Bina, Jessica (CC) |
| **Cc:** | meyer.ryan@dorsey.com; fairchild.todd@dorsey.com; jamescorning@dwt.com; warrenrheaume@dwt.com; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; Greenman, Elizabeth (CC) |
| **Subject:** | RE: Harmony Gold v. Piranha et al |

Hi Jessica,

      Piranha will not stipulate to amendment.

      Paul

**From:** Jessica.StebbinsBina@lw.com [mailto:Jessica.StebbinsBina@lw.com]
**Sent:** Wednesday, November 22, 2017 10:18 AM
**To:** Meiklejohn, Paul <Meiklejohn.Paul@dorsey.com>
**Cc:** Meyer, Ryan <meyer.ryan@dorsey.com>; Fairchild, Todd <fairchild.todd@dorsey.com>; jamescorning@dwt.com; warrenrheaume@dwt.com; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; Elizabeth.Greenman@lw.com
**Subject:** RE: Harmony Gold v. Piranha et al

Counsel,

Based on your email last night, and as we have not heard further from you, we understand you will not stipulate to amendment. If that is not the case, please let us know immediately as we intend to file our motion this afternoon.

Best regards,

**Jessica Stebbins Bina**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com
http://www.lw.com

**From:** Stebbins Bina, Jessica (CC)
**Sent:** Tuesday, November 21, 2017 9:43 PM
**To:** Meiklejohn.Paul@dorsey.com
**Cc:** meyer.ryan@dorsey.com; fairchild.todd@dorsey.com; jamescorning@dwt.com; warrenrheaume@dwt.com; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; Greenman, Elizabeth (CC)
**Subject:** Re: Harmony Gold v. Piranha et al

Of course not. As we have repeatedly explained, we thoroughly disagree with your position and indeed to proceed with our case. Please let us know if you will stipulate to amendment promptly as we intend to file tomorrow.

Best regards,

Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com
http://www.lw.com

---

**From:** Meiklejohn.Paul@dorsey.com
**Sent:** Nov 21, 2017 7:07 PM
**To:** "Stebbins Bina, Jessica (CC)" <Jessica.StebbinsBina@lw.com>
**Cc:** meyer.ryan@dorsey.com; fairchild.todd@dorsey.com; jamescorning@dwt.com; warrenrheaume@dwt.com; JMK@pattishall.com; BAA@pattishall.com; damone@calfoeakes.com; "Greenman, Elizabeth (CC)" <Elizabeth.Greenman@lw.com>
**Subject:** Re: Harmony Gold v. Piranha et al

Hi Jessica,

Before deciding on whether we will oppose the motion to amend the complaint a second time, could you please tell us whether you will be consenting to Piranha's motion for summary judgment?

Paul

Sent from my iPhone

On Nov 21, 2017, at 10:31 AM, "Jessica.StebbinsBina@lw.com" <Jessica.StebbinsBina@lw.com> wrote:

> All,
>
> As previously discussed with Piranha prior to my entry into this case and again approximately two weeks ago, Harmony Gold intends to amend the complaint to more thoroughly state some of the pertinent history relating to its rights in and to the Robotech warrior robots. Attached please find a proposed amended complaint, in clean and redline from the current complaint. As we are well in advance of the deadline to amend, please let me know promptly if defendants will stipulate to the entry of the same.
>
> Please don't hesitate to reach out with any questions or concerns. We anticipate that in the absence of a stipulation, we will need to move to amend promptly, and potentially as soon as tomorrow, given Piranha's decision to file for summary judgment on the existing complaint after being informed of our intention to amend.
>
> Best regards,
>
> Jessica Stebbins Bina
>
> LATHAM & WATKINS LLP
> 10250 Constellation Blvd., 3rd Floor
> Los Angeles, CA 90067

Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com<mailto:jessica.stebbinsbina@lw.com>
http://www.lw.com<http://www.lw.com>

_____

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.

Latham & Watkins LLP

_____

<Harmony Gold \_ Second Amended Complaint (clean copy).pdf>

<Harmony Gold - Amended Complaint (redline of SAC to FAC).pdf>

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.

Latham & Watkins LLP