THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10 <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: DECEMBER 8, 2017 |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to Amend Amended Complaint.  This Court, having reviewed the relevant motions, and the pleadings and papers on file, hereby enters the following ORDER:

1.   Plaintiff Harmony Gold U.S.A., Inc. is granted leave to amend the Amended Complaint in accordance with Exhibits 1 and 2 attached to Plaintiff's Motion.

IT IS SO ORDERED.

DATED this ___ day of November, 2017.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO AMEND AMENDED COMPLAINT
(NO. 2:17-CV-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224