The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1-10,<br><br>Defendants. | No. 2:17-cv-00327-TSZ<br><br>HAREBRAINED DEFENDANTS' JOINDER IN DEFENDANT PIRANHA GAMES, INC.'S MOTION FOR SUMMARY JUDGMENT (DKT. 47) |

Defendants Harebrained Schemes LLC, Harebrained Holdings Inc., and Jordan Weisman (collectively, the "Harebrained Defendants") join in Defendant Piranha Games, Inc.'s Motion for Summary Judgment (Dkt. 47).  The arguments advanced in the Motion apply equally to Plaintiffs' copyright infringement claim (Count I) against the Harebrained Defendants, and that claim should therefore be dismissed as to the Harebrained Defendants.

DATED this 4th day of December, 2017.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for the Harebrained Defendants*

By  *s/ James Harlan Corning*
     Warren J. Rheaume, WSBA #13627
     James Harlan Corning, WSBA #45177
     1201 Third Avenue, Suite 2200
     Seattle, WA  98101-3045
     Phone: (206) 622-3150
     Fax: (206) 757-7700
     Email:  warrenrheaume@dwt.com
                 jamescorning@dwt.com

HAREBRAINED DEFS.' JOINDER IN MOT. FOR SUMM. J. (DKT. 47)
(No. 2:17-cv-00327-TSZ) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the state of Washington that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will effect service of the document on all counsel of record in this matter.

*s/ James Harlan Corning*
James Harlan Corning

HAREBRAINED DEFS.' JOINDER IN MOT. FOR SUMM. J. (DKT. 47)
(No. 2:17-cv-00327-TSZ) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax