HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC., )    CASE NO. 2:17-CV-00327-TSZ
                                               )
                    Plaintiff,                 )
                                               )
          v.                                   )    **[PROPOSED] ORDER DENYING**
                                               )    **PIRANHA GAMES' OPPOSITION TO**
                                               )    **PLAINTIFF'S MOTION FOR LEAVE**
                                               )    **TO FILE A SECOND AMENDED**
HAREBRAINED SCHEMES LLC,      )    **COMPLAINT (ECF No. 51)**
HAREBRAINED HOLDINGS, INC., JORDAN )
WEISMAN, PIRANHA GAMES INC. and DOES )    **NOTE ON MOTION CALENDAR:**
1–10,                                         )    **DECEMBER 8, 2017**
                                               )
                                               )    **ORAL ARGUMENT REQUESTED**
                                               )
                    Defendants.               )
_____ )

This matter came before the Court on plaintiff Harmony Gold U.S.A., Inc.'s Motion for Leave to File a Second Amended Complaint (ECF No. 51).  The Court has reviewed the motion and all materials submitted in support of and in opposition to the motion.  The Court has also considered Piranha's Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim (ECF No. 47) and all materials submitted in support of and in opposition to that motion.  The Court has heard oral argument of counsel on both motions.

The record shows that plaintiff's proposed amendments to the Amended Complaint are futile because plaintiff lacks standing to assert its copyright infringement claims, and that defect

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT (ECF No. 51)
Case No. 2:17-cv-00327-TSZ — Page 1

cannot be cured by the proposed amendments.  The record also shows that plaintiff unduly delayed requesting leave to amend its complaint a second time, because the proposed amendments reflect information that was known by plaintiff, or should have been known by plaintiff, well before it filed its original complaint.  For all of these reasons, and for the reasons set forth in this Court's order granting defendant Piranha Games Inc.'s motion for summary judgment, Plaintiff's Motion for Leave to File a Second Amended Complaint is denied.

SO ORDERED this ____ day of _____, 20__.


_____
The Honorable Thomas S. Zilly
United States District Court Judge

Presented by:

DORSEY & WHITNEY LLP

*/s/ Todd S. Fairchild*
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT (ECF No. 51)
Case No. 2:17-cv-00327-TSZ — Page 2