HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10,<br><br>　　　　　　　Defendants. | Case No. 2:17-CV-00327-TSZ<br><br>**DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF PIRANHA GAMES' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF No. 51)**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 8, 2017**<br><br>**ORAL ARGUMENT REQUESTED** |

Todd S. Fairchild declares as follows:

1. I am an attorney practicing with the law firm of Dorsey & Whitney LLP, which represents defendant Piranha Games Inc. ("Piranha") in this matter. The statements made below are based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the August 23, 2017 Amended Judgment Confirming Arbitration Award from the case captioned *Harmony Gold, USA, Inc. v. Tatsunoko Production Co., Ltd.*, Case No. 2:17-cv-06034-PA-MRW (C.D. Cal.). The Amended Judgment confirms the June 27, 2017 Arbitration Award between Harmony Gold U.S.A., Inc. ("Harmony Gold") and Tatsunoko Production Co., Ltd. ("Tatsunoko"). The Arbitration Award

DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF PIRANHA GAMES' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF No. 51)
Case No. 2:17-cv-00327-TSZ — Page 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

is attached as Exhibit A to the Amended Judgment.  Portions have been highlighted.

3. Attached as Exhibit 2 is a true and correct copy of a certified U.S. Copyright Office Certificate of Registration for the work registered to Studio Nue and Big West under Registration No. Vau 534-107, followed by a true and correct certified copy of the deposit materials for U.S. Copyright Registration No. Vau 534-107, which show images of the Big West Characters that are the subject of Studio Nue and Big West's copyright registration.  Portions have been highlighted.

4. Attached as Exhibit 3 is a true and correct copy of an amendment dated January 20, 2003 to the license agreement between Tatsunoko and Harmony Gold pertaining to the *Macross* Motion Picture and the Big West Characters.  Harmony Gold produced this document during discovery in this lawsuit as Bates No. HG00000050.  Portions have been highlighted.

5. Piranha filed its Motion for Summary Judgment (ECF. No. 47) after numerous discussions with opposing counsel regarding the significance of the Federal Court Judgment (Ex. 1 hereto) and other evidence.  Harmony Gold's position has always been that the Judgment does not mean what it says.  Harmony Gold also expressed an intention to amend its complaint a second time to explain the source of its alleged copyrights.  Piranha waited five weeks after Harmony Gold's attorneys first indicated that they planned to seek leave to amend.  When the motion for leave to amend was not forthcoming, Piranha filed its Motion for Summary Judgment.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Signed this 4th day of December, 2017 at Seattle, Washington.

/s/ Todd S. Fairchild_____
Todd S. Fairchild

DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF PIRANHA GAMES' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF No. 51)
Case No. 2:17-cv-00327-TSZ — Page 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820