The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMES INC.,
INMEDIARES PRODUCTIONS, LLC, and
DOES 1-10,

Defendants.

No. 2:17-cv-00327-TSZ

HAREBRAINED DEFENDANTS'
JOINDER IN DEFENDANT
PIRANHA GAMES, INC.'S
OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE
SECOND AMENDED
COMPLAINT (DKT. 55)

Defendants Harebrained Schemes LLC, Harebrained Holdings Inc., and Jordan

Weisman (collectively, the "Harebrained Defendants") join in Defendant Piranha Games, Inc.'s

Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 55).

DATED this 4th day of December, 2017.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for the Harebrained Defendants*

By  *s/ James Harlan Corning*
    Warren J. Rheaume, WSBA #13627
    James Harlan Corning, WSBA #45177
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Phone: (206) 622-3150
    Fax: (206) 757-7700
    Email:  warrenrheaume@dwt.com
            jamescorning@dwt.com

HAREBRAINED DEFS.' JOINDER IN OPP'N TO PLF.'S MOT.
FOR LEAVE TO FILE AM. COMPL. (DKT. 55)
(No. 2:17-cv-00327-TSZ) – 1

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the state of Washington that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will effect service of the document on all counsel of record in this matter.

*s/ James Harlan Corning*
James Harlan Corning

HAREBRAINED DEFS.' JOINDER IN OPP'N TO PLF.'S MOT.
FOR LEAVE TO FILE AM. COMPL. (DKT. 55)
(No. 2:17-cv-00327-TSZ) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax