THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

　　　　　Plaintiff,

　　v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, PIRANHA GAMES
INC. and DOES 1–10,

　　　　　Defendants.

CASE NO.  2:17-cv-00327-TSZ

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO SEAL**

The Court, having considered Petitioner Harmony Gold, U.S.A., Inc.'s ("Harmony Gold") Motion to Seal, pursuant to Local Rule 5(g), finds that there is good cause to seal portions of Harmony Gold's Opposition to Defendants' Motion for Summary Judgment and the Declarations of Jessica Stebbins Bina.  The Court finds that there are compelling reasons sufficient to outweigh the public's interest in disclosure and to justify sealing the unredacted versions of the above material.

IT IS HEREBY ORDERED that the unredacted versions of Harmony Gold's Opposition to Defendants' Motion for Summary Judgment and the Declaration of Jessica Stebbins Bina shall remain under seal with this Court and will not be filed on the Court's Docket.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL (Case No. 2:17-cv-00327-TSZ) **-** 1

DATED this ___ day of _____, 2017.


_____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

CALFO EAKES & OSTROVSKY PLLC


By:  _s/ Andrew R.W. Hughes_____
      Damon C. Elder, WSBA #46754
      Andrew R.W. Hughes, WSBA #49515
      1301 Second Avenue, Suite 2800
      Seattle, WA  98101
      Phone:  (206) 407-2200
      Fax:  (206) 407-2224
      Email:  damone@calfoeakes.com
              andrewh@calfoeakes.com


LATHAM & WATKINS LLP


By:  _s/ Jessica Stebbins Bina_____
      Jessica Stebbins Bina
      10250 Constellation Blvd., 3rd Floor
      Los Angeles, CA  90067
      Telephone: (424) 653-5525
      Facsimile: (424) 653-5501
      Email:  Jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL (Case No. 2:17-cv-00327-TSZ) **-** 2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 11th day of December, 2017.

*s/ Susie Clifford*
Susie Clifford

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL (Case No. 2:17-cv-00327-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224