THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

    Plaintiff,

    v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, PIRANHA GAMES
INC., INMEDIARES PRODUCTIONS,
LLC, and DOES 1–10,

    Defendants.

CASE NO.  2:17-cv-00327-TSZ

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

THIS MATTER came before the Court on Defendants' Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim.  The Court, having heard oral argument and considered the parties' submissions hereby ORDERS that Defendants' Motion is DENIED in its entirety.

DATED this ___ day of _____, 2017.

_____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

PRESENTED BY:

CALFO EAKES & OSTROVSKY PLLC


By:  *s/ Andrew R.W. Hughes*_____
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
          andrewh@calfoeakes.com


LATHAM & WATKINS LLP


By: *s/ Jessica Stebbins Bina*_____
    Jessica Stebbins Bina
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA  90067
    Telephone: (424) 653-5525
    Facsimile: (424) 653-5501
    Email:  Jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 11th day of December, 2017.

*s/ Susie Clifford*
Susie Clifford

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224