THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10 <br> Defendants. | CASE NO. 2:17-cv-00327-TSZ <br><br> **DECLARATION OF FRANK AGRAMA IN SUPPORT OF HARMONY GOLD, U.S.A., INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> **NOTE ON MOTION CALENDAR: DECEMBER 15, 2017** <br><br> **ORAL ARGUMENT REQUESTED** |

I, Frank Agrama, declare as follows:

1. I am the current Chairman of Harmony Gold, U.S.A., Inc. ("Harmony Gold"). I am over eighteen years of age, and am competent to testify herein. I make this declaration in support of Harmony Gold's opposition to defendants' motion for summary judgment. The facts set forth below are based on my personal knowledge. If called as a witness, I could and would competently and truthfully testify to these matters.

2. In 1983, I formed Harmony Gold and served as President until 2015. I have since served in my current position as Chairman of Harmony Gold.

DECL. OF F. AGRAMA IN OPPOSITION TO PIRANHA'S MOTION FOR SUMMARY JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

3. In 1984, Harmony Gold and Japan-based Tatsunoko Production Co. Ltd. ("Tatsunoko") entered into an exclusive license agreement (the "1984 Agreement"). Pursuant to the 1984 Agreement, Tatsunoko granted Harmony Gold both a joint copyright interest and an exclusive international license in and to three animated works, one of which was "Macross." The 1984 Agreement was executed with the intent that Harmony Gold would create and exploit a new English-language television program, "Robotech," utilizing the animation and other elements from all three programs. Pursuant to the 1984 Agreement, Harmony Gold created "Robotech," which aired in the United States beginning in 1985.

4. Harmony Gold and Tatsunoko renewed the 1984 Agreement in 1991 (the "1991 Agreement"). Under the 1991 Agreement, Harmony Gold retained an exclusive license in the three underlying programs—including "Macross." Over the years, the parties have amended the 1991 Agreement several times, and through these amendments, the 1991 Agreement remains valid today.

5. Beginning in the early 1990s, Tatsunoko and Big West, Inc. ("Big West") / Studio Nue Co. ("Studio Nue") began disputing their respective rights to "Macross." To my understanding, these disputes involved, at a general level, whether Tatsunoko or Big West had the right to make animated sequels to "Macross" based on the original characters contained in the series, whether Tatsunoko or Big West owned the copyright in the "Macross" television series, and the compensation paid between and among Tatsunoko and Big West pursuant to their various agreements. Harmony Gold was not a party to these disputes.

6. In 1999, Tatsunoko and Harmony Gold amended the 1991 Agreement, extending its term through March 14, 2011. This Amendment was dated as of August 6, 1998. At the request of Tatsunoko, Harmony Gold agreed in this amendment not to make a "sequel" to any of the three underlying programs. The 1998 Amendment expressly affirmed all of Harmony Gold's other rights in and to the programs as stated in the 1991 Agreement.

DECL. OF F. AGRAMA IN OPPOSITION TO PIRANHA'S MOTION FOR SUMMARY JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224

7. Harmony Gold and Tatsunoko extended their agreement again in 2002, so that Harmony Gold's exclusive license now extends through March 14, 2021.

8. In or about the fall of 2005, Harmony Gold and Tatsunoko began discussing a further amendment to restore Harmony Gold's right to make sequels to "Macross," in the hopes of Harmony Gold ultimately making a live-action "Robotech" film based on all three properties. Harmony Gold and Tatsunoko eventually executed such an amendment. To the best of my recollection, and based on my review of the related correspondence, this amendment was executed in or around June 2006. It was dated as of January 20, 2003, to coincide with the date a Japanese court confirmed that Tatsunoko held the copyright in the "Macross" series.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 11th day of December, 2017, at Los Angeles, California.

By: _____
Frank Agrama

DECL. OF F. AGRAMA IN OPPOSITION TO
PIRANHA'S MOTION FOR SUMMARY
JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 11th day of December, 2017.

                                                *s/ Susie Clifford*
                                                Susie Clifford

DECL. OF F. AGRAMA IN OPPOSITION TO PIRANHA'S MOTION FOR SUMMARY JUDGMENT (Case No. 2:17-cv-00327-TSZ) **-** 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224