HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                Plaintiff,

       v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMES INC. and DOES
1–10,

                Defendants.

CASE NO. 2:17-CV-00327 TSZ

**NOTICE REGARDING
PLAINTIFF'S MOTION TO
SEAL PORTIONS OF
HARMONY GOLD U.S.A.,
INC.'S OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND
SUPPORTING DECLARATION
OF JESSICA STEBBINS BINA**

Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., Jordan Weisman, and Piranha Games Inc. hereby notify the Court that they will not file a brief in opposition to plaintiff's Motion to Seal Portions of Harmony Gold U.S.A., Inc.'s Opposition to Defendants' Motion for Summary Judgment and Supporting Declaration of Jessica Stebbins Bina. *See* Dkt. 59.

Respectfully submitted,

NOTICE REGARDING PLAINTIFF'S MOTION TO SEAL PORTIONS OF
HARMONY GOLD U.S.A., INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF JESSICA
STEBBINS BINA
Case No. 2:17-cv-00327 TSZ — 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED this 12th day of December, 2017.

DORSEY & WHITNEY LLP

*/s/ Ryan B. Meyer*
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*


*/s/ Warren J. Rheaume*
Warren J. Rheaume, WSBA No. 13627
James H. Corning, WSBA No. 45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*Attorneys for Defendants Harebrained Schemes LLC,
Harebrained Holdings, Inc., and Jordan Weisman*

NOTICE REGARDING PLAINTIFF'S MOTION TO SEAL PORTIONS OF
HARMONY GOLD U.S.A., INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF JESSICA
STEBBINS BINA
Case No. 2:17-cv-00327 TSZ — 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of NOTICE REGARDING PLAINTIFF'S

MOTION TO SEAL PORTIONS OF HARMONY GOLD U.S.A., INC.'S OPPOSITION TO

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING

DECLARATION OF JESSICA STEBBINS BINA was served on the following parties, by the

method(s) indicated below, on December 12, 2017.

Damon C. Elder, WSBA #46754
damone@calfoeakes.com
Andrew R.W. Hughes, WSBA #49515
andrewh@calfoeakes.com
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

*/s/ Ryan B. Meyer*

Ryan B. Meyer

NOTICE REGARDING PLAINTIFF'S MOTION TO SEAL PORTIONS OF
HARMONY GOLD U.S.A., INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF JESSICA
STEBBINS BINA
Case No. 2:17-cv-00327 TSZ — 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820