HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> STIPULATION TO EXTEND NOTING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING TO DECEMBER 22, 2017 |

Pursuant to Local Civil Rule 7(l), and at the request of Defendants, Plaintiff Harmony Gold U.S.A., Inc. and Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., Jordan Weisman, and Piranha Games Inc. stipulate that Defendants' Motion for Summary Judgment as to Lack of Standing (Dkt. 47), which presently has a noting date of December 15, 2017, shall be re-noted to December 22, 2017. Defendants' reply memorandum will be filed on December 22, 2017.

STIPULATION TO EXTEND NOTING
DATE OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AS TO LACK OF
STANDING TO DECEMBER 22, 2017 - 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED:  December 13, 2017

Respectfully submitted,

*/s/ Ryan B. Meyer*
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

*/s/ Warren J. Rheaume*
Warren J. Rheaume, WSBA No. 13627
James H. Corning, WSBA No. 45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman*

*/s/ Jessica Stebbins Bina*
Jessica Stebbins Bina (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

STIPULATION TO EXTEND NOTING
DATE OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AS TO LACK OF
STANDING TO DECEMBER 22, 2017 - 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of STIPULATION TO EXTEND NOTING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING TO DECEMBER 22, 2017 was served on the following parties, by the method(s) indicated below, on December 13, 2017.

Damon C. Elder, WSBA #46754
damone@calfoeakes.com
Andrew R.W. Hughes, WSBA #49515
andrewh@calfoeakes.com
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

/s/ Ryan B. Meyer
Ryan B. Meyer

STIPULATION TO EXTEND NOTING
DATE OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AS TO LACK OF
STANDING TO DECEMBER 22, 2017 - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820