HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                 Plaintiff,

      v.

HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10,

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:17-CV-00327 TSZ

**PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY TO HARMONY GOLD'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF TODD S. FAIRCHILD**

**NOTE ON MOTION CALENDAR: DECEMBER 22, 2017**

Pursuant to Local Civil Rule 5(g), Defendant Piranha Games Inc. ("Piranha") respectfully requests that this Court permit Piranha to file under seal unredacted versions of (1) Piranha's Reply to Plaintiff Harmony Gold U.S.A., Inc.'s ("Harmony Gold") Opposition to Defendants' Motion for Summary Judgment as to Lack of Standing ("Reply Memorandum") and (2) the supporting Declaration of Todd S. Fairchild ("Fairchild Declaration"). These documents contain information that Harmony Gold alleges is, or may be, confidential to one or more third parties. Harmony Gold previously moved to seal portions of documents submitted in opposition to the pending motion for summary judgment because they contain the same allegedly confidential information. *See* Dkt. 59, 60. Defendants did not file an opposition to Harmony Gold's motion to

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY TO HARMONY GOLD'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF TODD S. FAIRCHILD
Case No. 2:17-cv-00327 TSZ — 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

seal (Dkt. 69), and that motion is still pending. Accordingly, Piranha seeks leave to file unredacted versions of the Reply Memorandum and the Fairchild Declaration under seal to preserve the confidentiality of the information contained therein, to the extent the Court deems any of it to be confidential. Piranha will also file publicly accessible, redacted versions of the Reply Memorandum and Fairchild Declaration.

Harmony Gold's counsel has confirmed that Harmony Gold will not oppose this motion to seal and that, because this motion to seal and Harmony Gold's previously-filed motion to seal (Dkt. 59) relate to the same material, the two motions should be decided together and noted for December 22, 2017.

A Proposed Order [Granting]/[Denying] the Motion to Seal is filed concurrently herewith.

## II.    CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 5(g)(3)(A)

On December 21, 2017, counsel for Piranha (Todd Fairchild and Ryan Meyer) and Harmony Gold (Jessica Stebbins Bina) met and conferred by telephone in an attempt to reach agreement on the need to file the documents under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Based on Harmony Gold's concern that the documents may contain the confidential information of third parties, counsel for Piranha agreed to file unredacted versions of the documents under seal. Counsel for Harmony Gold confirmed that Harmony Gold would not oppose Piranha's motion and that Piranha's motion and Harmony Gold's previously-filed motion to seal (Dkt. 59) cover the same material and should be decided together. Accordingly, counsel for Piranha and Harmony Gold agreed that both motions should be noted for December 22, 2017.

## III.    SPECIFIC STATEMENT OF THE APPLICABLE LEGAL STANDARD AND THE REASONS FOR KEEPING DOCUMENT UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 5(g)(3)(B)

Piranha files this motion to seal portions of its Reply Memorandum and the Fairchild

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
TO HARMONY GOLD'S OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF TODD S.
FAIRCHILD
Case No. 2:17-cv-00327 TSZ — 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

Declaration at the request of Harmony Gold and its counsel. As the party who designated the information as confidential, Harmony Gold has the burden of satisfying Local Civil Rule 5(g)(3)(B). Harmony Gold previously filed a motion to seal pertaining to this same information (Dkt. 59), but the Court has not yet decided that motion.

## V.    **CONCLUSION**

For the reasons stated above, Piranha respectfully requests this Court's permission to file portions of its Reply Memorandum and the Fairchild Declaration under seal. Redacted versions of these documents will be filed publicly.

DATED this 22nd day of December, 2017.

Respectfully submitted,

*DORSEY & WHITNEY LLP*

*/s/ Todd S. Fairchild* _____
*Paul T. Meiklejohn, WSBA No. 17477*
*Todd S. Fairchild, WSBA No. 17654*
*Ryan B. Meyer, WSBA No. 37832*
*DORSEY & WHITNEY LLP*
*701 Fifth Avenue, Suite 6100*
*Seattle, WA 98104*

*Attorneys for Defendant Piranha Games Inc.*

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY TO HARMONY GOLD'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF TODD S. FAIRCHILD
Case No. 2:17-cv-00327 TSZ — 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of (1) PIRANHA'S UNOPPOSED MOTION

TO SEAL PORTIONS OF PIRANHA'S REPLY TO HARMONY GOLD'S OPPOSITION TO

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING

DECLARATION OF TODD S. FAIRCHILD and (2) PROPOSED ORDER

[GRANTING]/[DENYING] PIRANHA'S MOTION TO SEAL was served on the following

parties, by the method indicated below, on December 22, 2017.

| | |
|---|---|
| Damon C. Elder, WSBA #46754<br>damone@calfoeakes.com<br>Andrew R.W. Hughes, WSBA #49515<br>andrewh@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808 | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail |

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*/s/ Todd S. Fairchild*
Todd S. Fairchild

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
TO HARMONY GOLD'S OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF TODD S.
FAIRCHILD
Case No. 2:17-cv-00327 TSZ — 4

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820