HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                              Plaintiff,

        v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMESGAMES INC.
and DOES 1–10,

                              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:17-CV-00327-TSZ

**[PROPOSED] ORDER
[GRANTING]/[DENYING]
PIRANHA'S UNOPPOSED MOTION
TO SEAL PORTIONS OF PIRANHA'S
REPLY TO HARMONY GOLD'S
OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT AND SUPPORTING
DECLARATION OF TODD S.
FAIRCHILD**

**NOTE ON MOTION CALENDAR:
DECEMBER 22, 2017**

The Court, having considered Defendant Piranha Games Inc.'s ("Piranha") Motion to Seal Portions of Piranha's Reply to Plaintiff Harmony Gold U.S.A., Inc.'s ("Harmony Gold") Opposition to Defendants' Motion for Summary Judgment and Supporting Declaration of Todd S. Fairchild, pursuant to Local Rule 5(g), finds that there is [good cause]/[not good cause] to seal portions of Piranha's Reply to Harmony Gold's Opposition to Defendants' Motion for Summary Judgment and the Declaration of Todd S. Fairchild. The Court finds that there [are]/[are not] compelling reasons sufficient to outweigh the public's interest in disclosure and to justify sealing the unredacted versions of the above material.

[PROPOSED] ORDER [GRANTING]/[DENYING] PIRANHA'S UNOPPOSED
MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY TO HARMONY GOLD'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
SUPPORTING DECLARATION OF TODD S. FAIRCHILD
Case No. 2:17-cv-00327-TSZ — 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS HEREBY ORDERED that the unredacted versions of Piranha's Reply to Harmony Gold's Opposition to Defendants' Motion for Summary Judgment and the Declaration of Todd S. Fairchild [shall remain under seal with this Court and will not be filed on the Court's Docket. Redacted versions of those documents shall remain publicly available on the Court's Docket.]/[shall be unsealed and filed on the Court's Docket].

IT IS SO ORDERED.

DATED this ____ day of _____, 2018.

_____
The Honorable Thomas S. Zilly
UNITED STATES DISTRICT COURT JUDGE

Presented on this 22nd day of December, 2017 by:

DORSEY & WHITNEY LLP

*/s/ Todd S. Fairchild*_____
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

[PROPOSED] ORDER [GRANTING]/[DENYING] PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY TO HARMONY GOLD'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF TODD S. FAIRCHILD
Case No. 2:17-cv-00327-TSZ — 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820