HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> **DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF PIRANHA'S REPLY IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM (Dkt. 47)** <br><br> **REDACTED** <br><br> **NOTE ON MOTION CALENDAR: DECEMBER 22, 2017** |

I, Todd S. Fairchild, hereby declare as follows:

1.  I am an attorney practicing with the law firm of Dorsey & Whitney LLP, which represents defendant Piranha Games Inc. ("Piranha") in this matter.  The statements made below are based on my personal knowledge, unless the context indicates otherwise.

2.  In the months before Piranha filed its pending motion for summary judgment (Dkt. 47), I participated in several telephone conference calls with current and former counsel for plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold").  During at least one of those calls, Harmony Gold's current counsel (Ms. Stebbins Bina) stated her belief that ▮

DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF PIRANHA'S REPLY IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM
Case No. 2:17-cv-00327-TSZ — 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  ███████████████████████████████████████ that would support Harmony Gold's claim that it had received a valid assignment of copyrights in the Big West Characters identified in Piranha's pending motion for summary judgment. Ms. Stebbins Bina stated that Harmony Gold would not spend the time or resources necessary to obtain those documents unless defendants were to file a dispositive motion.

3. In her declaration (Dkt. 67 at ¶ 9), Ms. Stebbins Bina states her understanding that the parties agreed to an informal stay of discovery in this case. The parties never agreed to stay any discovery. Counsel for Piranha served interrogatories and document requests on Harmony Gold many months ago. During the months leading up to Piranha filing its motion for summary judgment, counsel for Piranha requested and received from counsel for Harmony Gold various documents relating to Harmony Gold's alleged standing to assert its copyright infringement claims. There is no stipulation or agreement between the parties that prevented or relieved Harmony Gold from seeking any documents or information it allegedly needs to prove that it received a valid assignment of copyrights in the Big West Characters.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge and belief.

Signed this 22nd day of December, 2017 at Seattle, Washington.

                         */s/ Todd S. Fairchild*
                         Todd S. Fairchild

DECLARATION OF TODD S. FAIRCHILD IN SUPPORT OF PIRANHA'S REPLY IN SUPPORT OF PIRANHA'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM
Case No. 2:17-cv-00327-TSZ — 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820