| | |
|---|---|
| | THE HONORABLE THOMAS S. ZILLY |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10 <br> Defendants. | CASE NO. 2:17-cv-00327-TSZ <br><br> **PLAINTIFF HARMONY GOLD U.S.A. INC'S NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS' REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **NOTE ON MOTION CALENDAR: DECEMBER 22, 2017** |

Pursuant to Local Civil Rule 7(g), Plaintiff Harmony Gold U.S.A., Inc. hereby gives notice of its intent to file a surreply on December 27, 2017, requesting that the Court strike certain material and arguments in Defendant Piranha Games Inc's Reply in Support of Piranha's Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim (Dkt. No. 72), the supporting Declaration of Todd Fairchild filed therewith (Dkt. No. 73), and Harebrained Defendants' Reply in Support of Defendant Piranha Games, Inc.'s Motion for Summary Judgment (Dkt. No. 76).

PLTF HARMONY GOLD'S NOTICE OF
INTENT TO FILE SURREPLY
(Case No. 2:17-cv-00327-TSZ) **-** 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| | |
|---|---|
| 1 | |
| 2 | DATED: December 26, 2017.   CALFO EAKES & OSTROVSKY PLLC |

By  *s/ Damon C. Elder*
   Damon C. Elder, WSBA #46754
   Andrew R.W. Hughes, WSBA #49515
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 407-2200
   Fax:  (206) 407-2224
   Email:  damone@calfoeakes.com
         andrewh@calfoeakes.com

LATHAM & WATKINS LLP


By:  *s/ Jessica Stebbins Bina*
   Jessica Stebbins Bina
   10250 Constellation Blvd., Suite 1100
   Los Angeles, CA  90067
   Telephone: (424) 653-5525
   Facsimile: (424) 653-5501
   Email:  jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

PLTF HARMONY GOLD'S NOTICE OF
INTENT TO FILE SURREPLY
(Case No. 2:17-cv-00327-TSZ) **-** 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 26th day of December, 2017.

                                                       *s/Susie Clifford*
                                                       Susie Clifford

PLTF HARMONY GOLD'S NOTICE OF
INTENT TO FILE SURREPLY
(Case No. 2:17-cv-00327-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224