THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10<br><br>Defendants. | CASE NO. 2:17-cv-00327-TSZ<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF HARMONY GOLD, U.S.A., INC.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 22, 2017 |

I, Jessica Stebbins Bina, declare as follows:

    1.    I am an attorney at Latham & Watkins LLP, attorneys for plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold"), over eighteen years of age, and am competent to testify herein. I make this declaration in support of Harmony Gold's opposition to defendants' motion for summary judgment. The facts set forth below are based on my personal knowledge. If called as a witness, I could and would competently and truthfully testify to these matters.

SUPPLEMENTAL DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD'S SURREPLY AND MOTION TO STRIKE (Case No. 2:17-cv-00327-TSZ) **-** 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY** PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

2. I first communicated with defendants in this matter in or around early October 2017. At the time, I was not yet counsel of record for Harmony Gold. Instead, I was brought in to provide facts due to my background as counsel of record in the Harmony Gold/Tatsunoko arbitration. I understood at the time that the parties were engaged in settlement negotiations and an accompanying informal stay of discovery.

3. During the course of my early conversations with defendant Piranha's counsel, counsel stated that they believed Harmony Gold did not possess standing to pursue its infringement claims in this matter. Counsel asked for documentation relating to Harmony Gold's ownership claims. I provided such documentation. However, I also informed counsel that there were additional third party materials that would need to be sought through discovery. In this context, I explained to counsel for Piranha that it did not make sense for me to pursue third party discovery (during settlement discussions and an informal discovery stay) if we could reach resolution of the matter without such third party discovery.

4. To the best of my recollection, I never stated or suggested that I would seek such discovery *only* in response to a dispositive motion. Nor would I have made such a statement, because I always understood that such discovery would be needed if Piranha continued to challenge Harmony Gold's standing in this case. To the contrary, my statement regarding the time and expense of discovery was made in the context of what I understood to be settlement discussions and an informal, agreed-upon discovery stay.

5. I became counsel of record in this case at the end of October 2017. Approximately one week later, on November 8, 2017, counsel for Piranha informed me that Piranha intended to move for summary judgment on the issue of standing. In response, I specifically informed Piranha that such a motion would be contrary to the facts as I understood them, and that I intended to use both formal and informal means to try to obtain the third party evidence needed to rebut Piranha's argument.

SUPPLEMENTAL DECL. OF STEBBINS BINA IN
SUPPORT OF HARMONY GOLD'S SURREPLY AND
MOTION TO STRIKE (Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

6.  On or about November 8, 2017, I also specifically told Piranha's counsel that I would seek discovery pursuant to Rule 56(d) in response to any summary judgment motion. I have consistently told Piranha's counsel that, should they continue to challenge Harmony Gold's standing in this case, Harmony Gold would need to seek—and would seek—third party discovery from relevant third parties in Japan.

7.  I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 27th day of December, 2017, at Los Angeles, California.

By: *s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

SUPPLEMENTAL DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD'S SURREPLY AND MOTION TO STRIKE (Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 27th day of December, 2017.

                                                *s/ Mary J. Klemz*
                                                Mary J. Klemz

SUPPLEMENTAL DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD'S SURREPLY AND MOTION TO STRIKE (Case No. 2:17-cv-00327-TSZ) **-** 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224