UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

    Plaintiff,

v.

HAREBRAINED SCHEMES LLC, et al.,

    Defendants.

C17-327 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to seal, docket no. 59, is GRANTED. The unredacted versions of plaintiff's response, docket no. 65, to defendant Piranha Games Inc.'s motion for summary judgment, in which other defendants have joined, and the Declaration of Jessica Stebbins Bina, docket no. 66, as amended, docket no. 68, shall remain under seal.

(2) Defendant Piranha Games Inc.'s unopposed motion to seal, docket no. 71, is also GRANTED. The unredacted versions of such defendant's reply, docket no. 74, in support of its motion for summary judgment, and the Declaration of Todd S. Fairchild, docket no. 75, shall remain under seal.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of January, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1