THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff(s),<br><br>vs.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-00327-TSZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |

## **STIPULATION**

Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") and Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., Jordan Weisman, and Piranha Games Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit the following stipulation:

On May 12, 2017, the Court issued a Minute Order Setting Trial Date and Related Dates in this action (Dkt. 35);

---

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES
(CASE NO. 2:17-cv-00327-TSZ) – 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1   On June 28, 2017, the clerk issued an Order of Default against Defendant InMediaRes Productions, LLC for failing to timely plead or otherwise defend in this action (Dkt. 42);

Plaintiff Harmony Gold changed counsel in October 2017 (Dkt. 46);

On November 13, 2017, Defendant Piranha Games Inc. filed a Motion for Summary Judgment (Dkt. 47), which was joined by Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc. and Jordan Weisman (Dkt. 54) which is currently pending before the Court;

On November 22, 2017, Plaintiff Harmony Gold filed a Motion for Leave to Amend Amended Complaint (Dkt. 51), which is currently pending before the Court;

The Parties wish to defer further discovery until April 2, 2018, to avoid incurring fees and expenses that may be wasted depending upon the outcome of the pending motions; and

For the above reasons, and to secure the just, speedy, and inexpensive determination of this action, the Parties agree that it is for the mutual benefit of all of the Parties to continue the current case deadlines in this action. The Parties do not anticipate the need for any further extensions of these deadlines, and they will be prepared to proceed with the case pursuant to the schedule set forth below.

THE PARTIES STIPULATE, through their respective counsel, and jointly move the Court, to extend the following deadlines:

Deadline to file motions related to discovery:  July 16, 2018

Fact discovery cut-off:  September 3, 2018

Disclosure of expert testimony and expert reports:  September 3, 2018

Expert discovery cut-off:  October 15, 2018

Deadline to file dispositive motions:  November 1, 2018

Deadline to file motions in limine:  January 4, 2019

Agreed pretrial order:  January 11, 2019

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES
(CASE NO. 2:17-cv-00327-TSZ) – 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

<u>Deadline to file trial briefs, proposed voir dire questions and jury instructions</u>: January 11, 2019

<u>Pre-trial conference</u>:  January 18, 2019 at 1:30 p.m.

<u>Jury trial date</u>:  February 1, 2019

IT IS SO STIPULATED.

DATED this 2nd day of February, 2018.

                              CALFO EAKES & OSTROVSKY PLLC


By     *s/ Andrew R.W. Hughes*
    Andrew R.W. Hughes, WSBA #49515
    Damon C. Elder, WSBA# 46754
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone: (206) 407-2200
    Fax: (206) 407-2224
    Email:  damone@calfoeakes.com
             andrewh@calfoeakes.com


LATHAM & WATKINS LLP


By     *s/ Jessica Stebbins Bina*
    Jessica Stebbins Bina
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA 90067
    Phone: (424) 653-5525
    Facsimile: (424) 653-5501
    Email:  Jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES
(CASE NO. 2:17-cv-00327-TSZ) – 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DORSEY & WHITNEY LLP

By  *s/ Todd S. Fairchild*
    Paul T. Meiklejohn, WSBA #17477
    J. Michael Keyes, WSBA #29215
    Todd S. Fairchild, WSBA #17654
    Ryan B. Meyer, WSBA #37832
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104
    Phone: (206) 903-8800
    Fax: (206) 903-8820

*Attorneys for Defendant Piranha Games Inc.*

DAVIS WRIGHT TREMAINE LLP

By  *s/ James Harlan Corning*
    Warren J. Rheaume, WSBA #13627
    James Harlan Corning, WSBA #45177
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    Phone: (206) 622-3150
    Fax: (206) 757-7700
    Email: warrenrheaume@dwt.com
           jamescorning@dwt.com

*Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman*

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES
(CASE NO. 2:17-cv-00327-TSZ) – 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

# [PROPOSED] ORDER

The following Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

Pursuant to the Parties' stipulation, and having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED that the following deadlines are continued as set forth below:

| | |
|---|---|
| Deadline to file motions related to discovery | July 16, 2018 |
| Fact discovery cut-off | September 3, 2018 |
| Disclosure of expert testimony and expert reports | September 3, 2018 |
| Expert discovery cut-off | October 15, 2018 |
| Deadline to file dispositive motions | November 1, 2018 |
| Deadline to file motions in limine | January 4, 2019 |
| Agreed pretrial order | January 11, 2019 |
| Deadline to file trial briefs, proposed voir dire questions and jury instructions | January 11, 2019 |
| Pre-trial conference | January 18, 2019 at 1:30 p.m. |
| Jury trial date | February 1, 2019 |

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES
(CASE NO. 2:17-cv-00327-TSZ) – 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

1  All other dates and deadlines not inconsistent with this Order, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 35, including the deadlines for joining additional parties and amending pleadings, shall remain in full force and effect.

DATED this _____ day of February, 2018.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES
(CASE NO. 2:17-cv-00327-TSZ) – 6

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

1
2   The undersigned certifies that on February 2, 2018, I electronically filed the foregoing
3   with the Clerk of the Court using the CM/ECF system, which will send notification of such
4   filing to all CM/ECF participants.
5   DATED this 2nd day of February, 2018.
6
7                                           *s/ Mary J. Klemz*
                                             Mary J. Klemz
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE
(CASE NO. 2:17-cv-00327-TSZ) – 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224