UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

        Plaintiff,

    v.

HAREBRAINED SCHEMES LLC, et al.,

        Defendants.

C17-327 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 51, is GRANTED as follows. Plaintiff shall electronically file its Second Amended Complaint within seven (7) days of the date of this Minute Order.

(2) Defendant Piranha Games Inc.'s motion for summary judgment regarding plaintiff's lack of standing, docket no. 47, which was joined by defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman, docket no. 54, is STRICKEN without prejudice.

(3) Plaintiff is ADVISED that, if the Court ultimately concludes that plaintiff lacks standing, the Court will consider imposing sanctions pursuant to Federal Rule of Civil Procedure 11.

(4) Pursuant to the parties' stipulation, docket no. 81, the following dates and deadlines are continued as indicated:

| **JURY TRIAL DATE** | **February 4, 2019** |
|---|---|
| Disclosure of expert testimony | June 1, 2018 |
| Discovery motions filing deadline | August 2, 2018 |

MINUTE ORDER - 1

| Discovery completion deadline | September 14, 2018 |
| --- | --- |
| Dispositive motions filing deadline | October 11, 2018 |
| Motions in limine filing deadline | January 3, 2019 |
| Agreed pretrial order due | January 14, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 14, 2019 |
| Pretrial conference | January 25, 2019 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 35, shall remain in full force and effect.

 (5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

 Dated this 12th day of February, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk