1  THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
8  WESTERN DISTRICT OF WASHINGTON

9  HARMONY GOLD U.S.A., INC.,                    CASE NO.  2:17-cv-00327-TSZ

10              Plaintiff,

11       v.                                      **SECOND AMENDED COMPLAINT**

12  HAREBRAINED SCHEMES LLC,
    HAREBRAINED HOLDINGS, INC.,
13  JORDAN WEISMAN, PIRANHA GAMES
    INC., INMEDIARES PRODUCTIONS,
14  LLC, and DOES 1–10

15              Defendants.

16

17       Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") alleges as follows:

18                              **PARTIES**

19       1.      Plaintiff Harmony Gold U.S.A., Inc., is a California corporation with its principal

20  place of business in Los Angeles, California.

21       2.      Defendant Harebrained Schemes LLC is a limited liability company formed under

22  the laws of the State of Washington with its principal place of business in Kirkland, Washington.

23       3.      Defendant Harebrained Holdings, Inc., is a corporation formed under the laws of

24  the State of Washington with its principal place of business in Bellevue, Washington.  On

25  information and belief, Harebrained Holdings, Inc., does business under the name Harebrained

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) **- 1**

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  Schemes. (Harebrained Schemes LLC and Harebrained Holdings, Inc., are referred to

2  collectively as "Harebrained Schemes").

3      4.    Defendant Jordan Weisman ("Weisman") is an individual who, on information

4  and belief, resides in Bellevue, Washington. On further information and belief, Weisman is the

5  CEO and registered agent for Harebrained Schemes LLC, and is a governor of Harebrained

6  Holdings, Inc.  Weisman is the moving, active and conscious force behind Harebrained Schemes;

7  has directed and controlled the activities of Harebrained Schemes complained of herein; has

8  participated in, assisted in and/or is responsible for the conduct alleged herein; and entered into

9  the Settlement Agreement with Harmony Gold at issue in the breach-of-contract claim set forth

10  in this Complaint.

11      5.    Defendant Piranha Games Inc. ("Piranha Games") is a corporation created under

12  the laws of British Columbia, Canada, with its principal place of business in Vancouver, British

13  Columbia, Canada.

14      6.    Defendant InMediaRes Productions, LLC, is a limited liability company formed

15  under the laws of the State of Washington, with its principal place of business in Lake Stevens,

16  Washington.  On information and belief, InMediaRes Productions, LLC, operates the imprint

17  game production company Catalyst Game Labs, and hereinafter is referred to as "Catalyst Game

18  Labs".

19      7.    On information and belief, Does 1–10 (collectively, the "Doe Defendants") are

20  individuals and business entities who have participated or assisted in the conduct alleged herein

21  or are otherwise responsible therefor.  The identities of these Doe Defendants presently are not

22  and cannot be known to Harmony Gold, but these persons and/or entities will be added as named

23  defendants to this action as and when they are identified (collectively, Harebrained Schemes

24  LLC, Harebrained Holdings, Inc., Weisman, Piranha Games, Catalyst Game Labs and the Doe

25  Defendants are referred to herein as "Defendants").

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1

## JURISDICTION AND VENUE

2  8.     This Court has jurisdiction because (i) this action arises under the Copyright Act,

3  17 U.S.C. § 101 *et seq.*, and jurisdiction is specifically conferred by 28 U.S.C. §§ 1331 and

4  1338(a); and (ii) this is an action between citizens of different states in which the value of the

5  amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest

6  and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332.  Jurisdiction for the

7  Washington State common law claim is conferred in accordance with the principles of

8  supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

9  9.     Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) in that Defendants

10 Harebrained Schemes LLC, Harebrained Holdings, Inc., Weisman and Catalyst Game Labs

11 reside in this judicial district.  Venue is proper under 28 U.S.C. § 1391(c)(3) in that Defendant

12 Piranha Games is a foreign resident based in Vancouver, British Columbia, Canada, and on

13 information and belief there is no other judicial district in which venue would be more

14 appropriate.  Venue is also proper under 28 U.S.C. § 1391(b)(2) as a substantial part of the

15 events or omissions giving rise to the claims herein occurred in this judicial district.

16

## FACTS

17 Harmony Gold and the History of "Robotech"

18 10.     This case involves animated giant warrior robots.  In or around 1982, Japan-based

19 Tatsunoko Production Company, Ltd. ("Tatsunoko"), together with Japan-based Big West and

20 Studio Nue, created a series of original warrior robots and incorporated them into an animated

21 television series in Japan named "Macross."  Although ownership in various elements of

22 "Macross" was jointly held by Tatsunoko, Big West, and Studio Nue, by agreement between the

23 parties, Tatsunoko has always had the exclusive right to license "Macross" internationally,

24 including all international rights in and to the characters and artwork contained in "Macross."

25

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) **- 3**

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Consistent with this agreement, Big West and Studio Nue have never exploited "Macross" outside of Japan.

11.  In the early 1980s, Tatsunoko produced two additional animated television series in Japan that incorporated its futuristic warrior robots — "Mospeada" and "The Southern Cross"— for which it was also the exclusive owner in Japan.

12.  In 1984, Tatsunoko granted entertainment production company Harmony Gold an exclusive license to adapt the Macross, Mospeada and The Southern Cross series for a television series in the United States, which Harmony Gold named "Robotech."  Harmony Gold's exclusive license to "Macross" expressly included all rights to the artwork, animation, and characters contained in "Macross" including all rights to exclusively exploit the artwork, animation, and characters.  In 1985, the first of 85 episodes of the Harmony Gold-produced Robotech animated series aired in the United States. (Hereinafter, all of Harmony Gold's Macross, Mospeada, The Southern Cross and Robotech shows, characters, products and derivative works are referred to as "Robotech.")  Consistent with its agreement with Tatsunoko, Harmony Gold obtained a copyright registration in "Macross," including the animation, story, and soundtrack, in all 36 episodes of the series (PAu 740,323; March 28, 1985 registration date).

13.  Tatsunoko also granted Harmony Gold an exclusive license to market in the United States all merchandise incorporating Robotech warrior robots, such as books, toys, video games, films, comic books and apparel.  Harmony Gold possesses this exclusive license to this day.

14.  In 1991, Tatsunoko and Harmony Gold renewed Harmony Gold's exclusive license for Macross, Mospeada, and The Southern Cross, including Harmony Gold's exclusive license in and to the "Macross" artwork, animation, characters, and merchandising rights in the United States, and through a series of operative amendments, this license remains valid today.

15.  Harmony Gold and Tatsunoko are owners of a large portfolio of United States Copyright Registrations for animated programs, books, comic books and other materials

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

incorporating images of the Robotech warrior robots, including, without limitation, the following:

- "Macross: Booby Trap" (PA 252,486); February 7, 1985 registration date;
- "Mospeada" (PAu 740,321); March 28, 1985 registration date;
- "Southern Cross" (PAu 740,322); March 28, 1985 registration date;
- "Macross" (PAu 740,323); March 28, 1985 registration date;
- "Robotech" (PA 260,432); August 22, 1985 registration date;
- "Robotech II: The Sentinels" (PA 370,656); August 11, 1987 registration date;
- "Robotech II: The Sentinels; Episodes 1, 2 and 3" (PAu 1,117,191); August 11, 1987 registration date; and
- "Robotech 3000" (PAu 2,415,945); May 26, 1999 registration date.

The certificates for these registrations are attached as Exhibit A.

16.     The warrior robots depicted in the Robotech copyright registrations owned by Harmony Gold include, but are not limited to, the following:

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| Robotech Warrior Robot Name | Robotech Warrior Robot Image |
|---|---|
| Armored Valkyrie |  |
| Destroid Defender |  |

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| | |
|---|---|
| Destroid Phalanx |  |
| Destroid Spartan |  |
| Destroid Tomahawk |  |

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) **-** 7

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| | |
|---|---|
| Officer's Pod (Glaug) |  |
| Super Valkyrie |  |

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| Valkyrie VF-1A |  |
| Valkyrie VF-1S | |

Japanese Litigation Between Big West and Tatsunoko

     17.     In the early 2000s, Big West and Studio Nue on the one hand, and Tatsunoko, on the other hand, underwent a series of litigations in Japan to determine—as between these parties—who owned what rights in and to "Macross."

     18.     While the Japanese court decisions limited Tatsunoko's right to make derivative works based on the "Macross" characters, they confirmed that Tatsunoko owned the copyright in

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

the "Macross" series to the exclusion of Big West and Studio Nue, and that Tatsunoko owned the exclusive right to license "Macross" internationally, thereby validating Tatsunoko's exclusive license of the "Macross" copyright and related international rights to Harmony Gold.

19.     Harmony Gold is informed, and believes, that Tatsunoko's exclusive right to license the works internationally was subsequently confirmed by agreement between Tatsunoko and Big West.

20.     As a result of the litigation between Tatsunoko and Big West, Tatsunoko and Harmony Gold amended their license agreement, first in 1998 and then again in 2003, to remove Harmony Gold's exclusive right to make derivative films or television works based on the "Macross" character images, which include the Robotech warrior robots.  However, Harmony Gold continues to have the exclusive right to make copies of, distribute, publicly perform, display, and merchandize the "Macross" character images, including the Robotech warrior robots, in the United States, with full rights to enforce each and all of its exclusive rights.

<u>Harmony Gold's Prior Litigation Against Weisman</u>

21.     In 1995, Harmony Gold filed a copyright infringement and unfair competition complaint against FASA Corporation, which was owned by Weisman, and Virtual World Entertainment for infringement of the Robotech copyrights by the warrior robot designs in the defendants' "BattleTech" virtual reality computer games, role playing games, merchandise and a planned animated television series and toy line.

22.     This prior litigation concluded when the parties agreed to a "Settlement Agreement and Mutual General Release" (the "Settlement Agreement"), which had an effective date of December 19, 1996, and to which Weisman was a signatory.  In addition to agreeing to a monetary payment, Weisman and his co-defendants agreed that they would not "make any use, and will not authorize [their] licensees to make any use, of the visual design images of the twelve (12) Battlemechs listed below except as provided in this agreement."  These 12 "Battlemechs"

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1    include those detailed below in Paragraph 28, which presents side-by-side comparisons of

2    Harebrained Schemes' and Weisman's current warrior robot designs and the corresponding

3    Harmony Gold Robotech designs. Weisman also agreed to the entry of a permanent injunction

4    and acknowledged that violating the use restriction would cause Harmony Gold "irreparable

5    harm."  Further, Weisman agreed that he would not "contest, nor [would he] assist any other

6    person or entity in contesting, Harmony Gold's exclusive ownership worldwide, excluding

7    Japan," of the Robotech merchandising rights.  This Settlement Agreement is confidential, and

8    therefore has not been attached to this Complaint.

9                    <u>Current Unauthorized Copying by Defendant Piranha Games</u>

10            23.    Defendant video game production company Piranha Games developed and

11    distributes an online game named "MechWarrior Online" incorporating warrior robots, which it

12    calls "A BattleTech Game."  In May 2013, Piranha Games submitted a proposed design to

13    Harmony Gold for an animated warrior robot for use in MechWarrior Online to get an opinion

14    from Harmony Gold if this new design infringed Harmony Gold's Robotech copyrights.

15    Harmony Gold determined that Piranha Games' design unlawfully copied its copyrighted

16    Destroid Tomahawk warrior robot, and Harmony Gold's outside counsel sent an e-mail to

17    Piranha Games' founder and president Russ Bullock informing him of that decision.  On

18    information and belief, Piranha Games never used this proposed 2013 design.

19            24.    Later in May 2013, Mr. Bullock sent another proposed design for a MechWarrior

20    Online warrior robot to Harmony Gold's counsel.  Harmony Gold determined that Piranha

21    Games' new design unlawfully copied Harmony Gold's copyrighted Zentradei OBP warrior

22    robot, and therefore infringed Harmony Gold's registered copyrights.  Harmony Gold's counsel

23    again informed Mr. Bullock of that determination via e-mail.  On information and belief, Piranha

24    Games never used this other proposed 2013 design.

25

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224

25.      In July 2016, Harmony Gold discovered infringing images that unlawfully copied works of its Destroid Tomahawk warrior robot featured on the website of Catalyst Game Labs, a purveyor of board games.  A blog post from Catalyst Game Labs reads, "It's been an absolute blast working withy [sic] Matt Newman, Russ Bullock (and of course their whole great team) generating these lore vignettes."  The following image of the infringing robot warriors appeared on the blog post by Catalyst Game Labs:



26.      Harmony Gold's counsel immediately e-mailed Mr. Bullock regarding this infringement, and in his response Mr. Bullock admitted that Piranha Games had developed these warrior robot designs, and that Catalyst Game Labs created fan fiction around these designs.  He also wrote:  "At Piranha we make no claim to any use or legal right to the Robotech Macross designs that are owned by Harmony Gold."

27.      Despite Mr. Bullock's admission that Piranha Games does not have the right to use Harmony Gold's copyrighted Robotech designs, Piranha Games is doing exactly that without Harmony Gold's permission.  Piranha Games operates a website for its MechWarrior Online game at www.mwomercs.com.  On this site, Piranha Games displays the following images of robot warriors that infringe Harmony Gold's copyrights and that appear to be used in the MechWarrior Online game:

///

///

///

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| Piranha Games' Infringing Image | Harmony Gold's Copyrighted Image |
|---|---|
| <br>(Rifleman) | <br>(Destroid Defender) |
| <br>(Archer) | <br>(Destroid Spartan) |

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



(Warhammer)



(Destroid Tomahawk)



(Marauder/Marauder IIC)



(Officer's Pod/Glaug)

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) **-** 14

1
2
3
4
5
6
7
8
9
10





(Phoenix Hawk)                    (Super Valkyrie)

11

12        28.      On October 3, 2016, Harmony Gold's counsel sent a letter to Mr. Bullock and

13   Weisman (as MechWarrior Online is branded as "A BattleTech Game"), demanding that this

14   infringement stop, and demanding that Mr. Bullock and Weisman disclose the relationship

15   between Piranha Games and Harebrained Schemes for the creation of MechWarrior Online.

16   Piranha Games retained U.S. counsel and denied that the robot warriors in MechWarrior Online

17   infringe Harmony Gold's copyrights.

18        29.      To this date, Piranha Games' infringement continues.

19        <u>Current Unauthorized Copying by Defendants Harebrained Schemes and Weisman</u>

20        30.      Defendant video game production studio Harebrained Schemes is in the process

21   of developing a new PC video game named "BattleTech."  The BattleTech website at

22   www.battletechgame.com reads, "Jordan Weisman, the creator of BattleTech and MechWarrior,

23   is back with the first turn-based BattleTech game for PC in over two decades.  BATTLETECH

24   will feature modern turn-based combat, PVP multiplayer, and a story-driven, Mercenaries-style

25   campaign set in the 3025 era of the BattleTech universe."

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 15

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1    31.    Harebrained Schemes held two crowdfunding campaigns for its BattleTech game.

2  As of April 28, 2017, its Kickstarter campaign had raised $2,785,537.13 from 41,733 backers,

3  and its BackerKit campaign had raised $433,058.95 from 49,404 backers.

4    32.    On its websites at www.harebrained-schemes.com and www.battletechgame.com,

5  Harebrained Schemes displays the following images of robot warriors that infringe Harmony

6  Gold's copyrights.  On information and belief, these are depictions of the warrior robots that will

7  be featured in the upcoming BattleTech video game:



| Harebrained Schemes' Infringing Image | Harmony Gold's Original Image |
|---|---|
|  | (Officer's Pod/Glaug) |
|  | (Armored Valkyrie) |

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224

1

2

3

4

5

6

7

8

9

10

11



(Destroid Spartan)

12    33.    Joe DiNunzio, Chief Financial Officer for Harebrained Holdings, Inc., responded

13 on November 7, 2016, to the October 3, 2016, letter from Harmony Gold's counsel described

14 above in Paragraph 24.  In that letter, he claimed that, "Our use of these designs and images is

15 solely through licenses we have obtained from Piranha Games.  Our relationship with Piranha

16 Games is solely as a licensee of certain intellectual property."

17    34.    Subsequently, on November 18, 2016, counsel for Weisman and Harebrained

18 Schemes responded to the October 3 letter from Harmony Gold's counsel as follows:

19        HBS entered into a license agreement with Piranha Games to license certain
         content for use in a HBS game.  We have certain confidentiality obligations with
20        respect to the license agreement so we cannot comment as to specific details.
         However, we can say that the license agreement makes general commitments
21        about Piranha's rights in the licensed materials provided to HBS, but that the
         parties did not specifically address the ownership of the 2016 designs.
22
      35.    To this date, Harebrained Schemes' and Weisman's infringement continues.
23

24

25

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 17

1    <u>Current Unauthorized Copying by Defendant Catalyst Game Labs</u>

2    36.    Catalyst Game Labs produces a board game and roleplaying game named

3    "BattleTech."

4    37.    For its BattleTech game, Catalyst Game Labs develops, releases, distributes and

5    sells sourcebooks to create new playing scenarios for players of the game.  In 2016, Catalyst

6    Game Labs released a BattleTech sourcebook named "Combat Manual: Mercenaries."  This

7    sourcebook contains numerous images of robot warriors that infringe Harmony Gold's

8    copyrights, including the following:

9

| Catalyst Game Labs' Infringing Image in Combat Manual: Mercenaries | Harmony Gold's Copyrighted Image |
|---|---|
|  | (Destroid Tomahawk) |

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224



(Officer's Pod/Glaug)

(Destroid Tomahawk)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224



(Destroid Tomahawk)

(Destroid Tomahawk)

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224





(Destroid Tomahawk)



(Destroid Tomahawk)

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224





(Destroid Tomahawk)





(Destroid Tomahawk)

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

38.     Catalyst Game Labs also develops, releases, distributes and sells new rule books for its BattleTech game.  In 2016, it released a new rule book named "BattleTech: Campaign Operations."  This rule book contains several images of robot warriors that infringe Harmony Gold's copyrights, including the following:



| Catalyst Game Labs' Infringing Image in BattleTech: Campaign Operations | Harmony Gold's Copyrighted Image |
|---|---|
| | (Officer's Pod/Glaug) |
| | (Destroid Tomahawk) |

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224



(Destroid Spartan)

## COUNT I
## COPYRIGHT INFRINGEMENT — ALL DEFENDANTS

39.     Harmony Gold repeats and realleges the allegations contained in Paragraphs 1 through 38 as if fully set forth herein.

40.     Harmony Gold owns the copyrights to numerous Robotech warrior robots, including those identified above.

41.     Defendants have infringed Harmony Gold's copyrights to these warrior robots through their unauthorized copying, distribution and display of warrior robots that are substantially similar to those owned by Harmony Gold, and that infringe upon Harmony Gold's exclusive rights to reproduce, distribute, display, and merchandize the Robotech warrior robots.

42.     Defendants had access to Harmony Gold's copyrighted Robotech images prior to Defendants' unauthorized and infringing uses of the images.

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

43.     Defendants' actions have irreparably damaged and, unless enjoined, will continue to irreparably damage Harmony Gold.  Harmony Gold has no adequate remedy at law for these wrongs and injuries.  Harmony Gold is, therefore, entitled to a preliminary and permanent injunction restraining and enjoining Defendants and their agents, servants, employees, attorneys and all persons acting in concert with them from infringing Harmony Gold's copyrights.

44.     Defendants have infringed Harmony Gold's copyrights willfully.

45.     Harmony Gold is entitled to recover damages sustained from Defendants' unlawful conduct, including Defendants' profits; Harmony Gold's damages; or, alternatively, at Harmony Gold's election, statutory damages.

## COUNT II
## (BREACH OF CONTRACT AGAINST WEISMAN AND HAREBRAINED SCHEMES)

46.     Harmony Gold repeats and realleges the allegations contained in Paragraphs 1 through 45 as if fully set forth herein.

47.     Harmony Gold and Weisman entered into a contract (*i.e.*, the Settlement Agreement) in December 1996, which is still valid and in effect today.  The Settlement Agreement prohibits Weisman from using colorable imitations of certain Robotech warrior robots owned by Harmony Gold, including making works substantially similar to, or making derivative works of, these warrior robots.

48.     As shown in Paragraphs 30–35 above, Weisman, through and with Harebrained Schemes, has created and announced plans to copy, display and distribute warrior robots that are substantially similar to, and unauthorized derivative works of, Harmony Gold's Robotech warrior robots which Weisman agreed in the Settlement Agreement not to use.  Therefore, under the law of the State of Washington, Weisman and Harebrained Schemes have breached the Settlement Agreement.

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224

49.     As a result of this breach of the Settlement Agreement through Weisman's own actions and those of his company Harebrained Schemes, Harmony Gold has suffered and is suffering monetary damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Harmony Gold prays that the Court:

1.   Preliminarily and permanently enjoin Defendants, their agents, servants, employees, attorneys and all those acting in concert with them from infringing Harmony Gold's copyrights;

2.   Award Harmony Gold its damages or Defendants' profits, or alternatively, at Harmony Gold's election, statutory damages, as a result of Defendants' infringement of Harmony Gold's copyrights;

3.   Award Harmony Gold its monetary damages it has incurred on account of Harebrained Schemes' and Weisman's breach of the Settlement Agreement;

4.   Issue an order requiring Harebrained Schemes and Weisman, their agents, servants, employees, attorneys and all those acting in concert with them to abide by the Settlement Agreement;

5.   Award Harmony Gold its costs and reasonable attorney's fees in this action; and

6.   Award Harmony Gold such other and further relief as the Court deems just and proper.

///
///
///
///
///
///

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) **- 26**

1   DATED:  February 12, 2018.          CALFO EAKES & OSTROVSKY PLLC

2

3                                        By:  s/ Andrew R.W. Hughes_____
4                                            Damon C. Elder, WSBA #46754
                                             Andrew R.W. Hughes, WSBA #49515
5                                            1301 Second Avenue, Suite 2800
                                             Seattle, WA  98101
6                                            Phone:  (206) 407-2200
                                             Fax:  (206) 407-2224
7                                            Email:  damone@calfoeakes.com
                                                     andrewh@calfoeakes.com
8

9                                        LATHAM & WATKINS LLP
10                                       Jessica Stebbins Bina (admitted *pro hac vice*)
                                         *jessica.stebbinsbina@lw.com*
11                                       10250 Constellation Blvd., Suite 1100
                                         Los Angeles, California 90067
12                                       Telephone:  (424) 653-5500
                                         Facsimile:  (424) 653-5501
13
                                         *Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 12th day of February, 2018.


*s/ Mary J. Klemz*
Mary J. Klemz

SECOND AMENDED COMPLAINT
(Case No. 2:17-cv-00327-TSZ) - 28