THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., | CASE NO. 2:17-cv-00327-TSZ |
| Plaintiff, | **PRAECIPE TO ATTACH REGARDING DEFENDANT PIRANHA GAMES INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| vs. | |
| HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, | |
| Defendants. | **JURY TRIAL DEMANDED** |

The Court filed a SECOND NOTICE REGARDING LACK OF PROPER SIGNATURE regarding Defendant Piranha Games Inc.'s ("Piranha") Answer to and Affirmative Defenses to Plaintiff's Second Amended Complaint ("Answer"), which Answer was filed on February 26, 2018 as Docket Entry 84. The Answer was incorrectly signed. Submitted herewith is a corrected signature page for attachment to the Answer previously filed by Piranha. The undersigned apologizes to the Court and to counsel for other parties for any inconvenience caused by the incorrect filing.

PRAECIPE TO ATTACH REGARDING
DEFENDANT PIRANHA GAMES INC.'S
ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S SECOND
AMENDED COMPLAINT
CASE NO 2:17-CV-00327-TSZ - 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED:  February 27, 2018

Respectfully submitted,

DORSEY & WHITNEY LLP


By   */s/ Paul T. Meiklejohn*_____
Paul T. Meiklejohn, WSBA No. 17477
meiklejohn.paul@dorsey.com
J. Michael Keyes, WSBA No. 29215
keyes.mike@dorsey.com
Ryan B. Meyer, WSBA No. 37832
meyer.ryan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8746
Fax: (206) 299-3594

*Attorneys for Defendant Piranha Games Inc.*

PRAECIPE TO ATTACH REGARDING
DEFENDANT PIRANHA GAMES INC.'S
ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S SECOND
AMENDED COMPLAINT
CASE NO 2:17-CV-00327-TSZ - 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820

# **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of PRAECIPE TO ATTACH REGARDING DEFENDANT PIRANHA GAMES INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT and CORRECTED SIGNATURE PAGE TO DEFENDANT PIRANHA GAMES INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT were served on the following parties, by the method(s) indicated below, on February 27, 2018.

Damon C. Elder
Andrew R.W. Hughes
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

*/s/ Paul T. Meiklejohn*

PRAECIPE TO ATTACH REGARDING
DEFENDANT PIRANHA GAMES INC.'S
ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S SECOND
AMENDED COMPLAINT
CASE NO 2:17-CV-00327-TSZ - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820