DATED:  February 26, 2018

Respectfully submitted,

DORSEY & WHITNEY LLP

By __*/s/ Paul T. Meiklejohn*_____   __
Paul T. Meiklejohn, WSBA No. 17477
meiklejohn.paul@dorsey.com
J. Michael Keyes, WSBA No. 29215
keyes.mike@dorsey.com
Ryan B. Meyer, WSBA No. 37832
meyer.ryan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8746
Fax: (206) 299-3594

*Attorneys for Defendant Piranha Games Inc.*

DEFENDANT PIRANHA GAMES INC.'S
ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S SECOND
AMENDED COMPLAINT
CASE NO 2:17-CV-00327-TSZ - 46

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820