# EXHIBIT 5

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kaye Leigh Clayett*

Acting United States Register of Copyrights and Director



**FORM VA**
For a Work of the Visual Arts

**VAu 534 – 107**

VA          VAu

**EFFECTIVE DATE OF REGISTRATION**

May          17          2002
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**
MACROSS

**NATURE OF THIS WORK ▼** See Instructions
Drawings

**PREVIOUS OR ALTERNATIVE TITLES ▼**
None.

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**
**NAME OF AUTHOR ▼**
a    Kabushiki Kaisha Studio Nue

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Japan

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork            ☐ Photograph   ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork            ☐ Photograph   ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design  ☐ Architectural work

---

**3**
a  **Year In Which Creation of This Work Was Completed**
1982
◄ Year   This Information must be given in all cases.

b  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◄ Nation

---

**4**
See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kabushiki Kaisha Studio Nue
3-1-18 Shimo-Shakujii, Nerima-ku
Tokyo 177-0042 JAPAN

Kabushiki Kaisha Big West
3-19-8 Nishihara, Shibuya-ku
Tokyo 151-0066 JAPAN

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Studio Nue assigned a part of the copyright to BigWest.

**APPLICATION RECEIVED**
MAY 17 2002
**ONE DEPOSIT RECEIVED**
MAY 17 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | Wm | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6** a  b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Mitchell P. Brook, Esq.
Luce, Forward, Hamilton & Scripps LLP
11988 El Camino Real, Ste. 200
San Diego, California 92130

b

Area code and daytime telephone number ▶ ( 858 ) 720-6300          Fax number ▶ ( 858 ) 720-6306

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of K.K. Studio Nue, K.K. Big West
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mitchell P. Brook                    Date▶ May 16, 2002

Handwritten signature (X) ▼
☞ X *Mitchell Brook*

| Certificate will be mailed in window envelope to this address: | **Name ▼** Mitchell P. Brook, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | **Number/Street/Apt ▼** Luce, Forward, Hamilton & Scripps, LLP 11988 El Camino Real, Ste. 200 | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | As of July 1, 1999, the filing fee for Form VA is $30. |
| | **City/State/ZIP ▼** San Diego, California 92130 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999          ♲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



*LIBRARY OF CONGRESS*

Copyright Office
of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **MACROSS** deposited in the Copyright Office with claim of copyright registered under number **VAu 534-107**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached photocopies are the best possible electrostatic positive prints available**.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on November 3, 2017.

    Karyn Temple Claggett
    Acting United States Register of Copyrights and Director

    *Veronica Patten.*

By: Veronica Patten
  Supervisory Copyright Specialist
  Records Research and Certification Section
  Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

VF-1S ファイター形態　　　目録1

設定画　河森 正治

VAu 534 – 107



アニメカット　マクロススペシャル（1話2話を同時放送）



VF-1S ストロイド形態

目録2

設定画　河森　正治



アニメカット　マクロススペシャル　（1話2話を同時放送）



VF-1S ガウォーク形態　　　　　目録3

設定画　河森 正治



アニメカット　マクロススペシャル (1話2話を同時放送)



設定画　河森　正治



アニメカット　6話



目録 5

設定画　河森　正治



アニメカット　3話



「VF-1」 バルキーリー形態
目録6

設定画　河森 正治



アニメカット　マクロススペシャル（1話2話を同時放送）



VF-1D ファイター形態　　目録7

設定画　河森 正治



アニメカット　17話



## VF-1D バトロイド形態

目録8

設定画　河森　正治



アニメカット　　マクロススペシャル（1話2話を同時放送）



設定画　河森　正治



アニメカット　マクロススペシャル　（1話2話を同時放送）



VB-1A ファイター形態　　目録10

設定画　河森 正治



アニメカット　　マクロススペシャル（1話2話を同時放送）



設定画　河森　正治



アニメカット　　8話



設定画　河森　正治



アニメカット　10話



設定画　河森　正治



アニメカット　9話



スパルタン

設定画　河森　正治



アニメカット　31話



設定画　河森　正治



アニメカット　2話



クラージ

設定画　河森 正治



アニメカット　7話



SFD-1（マクロス）戦艦型

設定画　宮武　一貴



アニメカット　4話





目録 18

設定画　宮武　一貴



アニメカット　5話



ファランクス

設定画　宮武 一貴



アニメカット　27話





設定画 宮武 一貴



アニメカット 21話



目録21

設定画　宮武　一貴



《生生地界デザイロト》

アニメカット　14話





設定画　宮武 一貴



アニメカット　18話





設定画　宮武 一貴



アニメカット　　31話



設定画　宮武 一貴



アニメカット　7話



設定画　宮武　一貴



アニメカット　　マクロススペシャル　（1話2話を同時放送）



設定画　宮武　一貴



アニメカット　　10話　　　　　　　　　4話



設定画　宮武　一貴



アニメカット　12話　　　　　　　6話




設定画　美樹本 晴彦



アニメカット　マクロススペシャル（1話2話を同時放送）



設定画　美樹本　晴彦



アニメカット　6話



一 条 輝 2

設定画　美樹本　晴彦



アニメカット　18話



設定画　美樹本 晴彦



アニメカット　5話



設定画　美樹本　晴彦



アニメカット　　6話



目録 33

設定画 美樹本 晴彦



アニメカット 9話





目録34

設定画　美樹本　晴彦

 

アニメカット　マクロススペシャル　（1話2話を同時放送）



目録 35

設定画　美樹本　晴彦



アニメカット　6話



設定画　美樹本　晴彦



アニメカット　6話



設定画　美樹本　晴彦



アニメカット　　9話



目録 38

設定画　美樹本　晴彦



アニメカット　6話



目録 39

設定画　美樹本　晴彦



アニメカット　　11話



設定画　美樹本　晴彦



アニメカット　7話



設定画　美樹本　晴彦



アニメカット　　9話

