# EXHIBIT 7

Tatsunoko Production Co. Ltd.
3-22-12 Minami-Cho
Kokubunjo-Shi
Tokyo, Japan

As of January 20, 2003

Re:   Macross

Dear Mr. Narushima:

This amendment is entered into as of January 20, 2003 by and between Tatsunoko Production Co. Ltd. ("Licensor") and Harmony Gold USA, Inc. ("Licensee") in reference to that certain Agreement between Licensor and Licensee dated March 15, 1991.

For good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, Licensor hereby grants to Licensee whatever rights Licensor has (if any) in the copyright of the original 36 episode series Macross (the "Series").

Licensee expressly acknowledges that Licensor is not granting Licensee any rights to create derivative works using the original 41 characters as contained in the Series.

TATSUNOKO PRODUCTION CO. LTD.          HARMONY GOLD USA, INC.