THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HARMONY GOLD U.S.A., INC.,

Plaintiff,

vs.

HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10,

Defendants.

CASE NO. 2:17-cv-00327-TSZ

**PRAECIPE TO SUBSTITUTE CORRECTED VERSION OF [PROPOSED] ORDER GRANTING PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM (ECF 87-1)**

Earlier today, March 8, 2018, defendant Piranha Games Inc. ("Piranha") filed an incorrect version of its [Proposed] Order Granting Piranha's Second Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim (Dkt. 87-1). Piranha files this praecipe to request that the Clerk substitute in the court file the attached, corrected version of the [Proposed] Order. The undersigned apologizes to the Court and to counsel for any inconvenience caused by the incorrect filing.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED: March 8, 2018

Respectfully submitted,

DORSEY & WHITNEY LLP

By __/s/ Ryan B. Meyer____________

Paul T. Meiklejohn, WSBA No. 17477
meiklejohn.paul@dorsey.com
J. Michael Keyes, WSBA No. 29215
keyes.mike@dorsey.com
Ryan B. Meyer, WSBA No. 37832
meyer.ryan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8746
Fax: (206) 299-3594

*Attorneys for Defendant Piranha Games Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, true and correct copies of the foregoing PRAECIPE TO SUBSTITUTE CORRECTED VERSION OF [PROPOSED] ORDER GRANTING PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM (ECF 87-1) were served on the following parties using the Court's ECF system.

Damon C. Elder, WSBA #46754
damone@calfoeakes.com
Andrew R.W. Hughes, WSBA #49515
andrewh@calfoeakes.com
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 757-8265
Fax: (206) 757-7265

*Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman*

*/s/ Ryan B. Meyer*
Ryan B. Meyer



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820