HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> NOTICE OF MOTION RENOTED FOR PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 13, 2018 |

Pursuant to Local Civil Rule 7(l), and at the request of Plaintiff Harmony Gold U.S.A., Inc., defendant Piranha Games Inc. hereby gives notice that Piranha's Second Motion for Summary Judgment as to Lack of Standing (Dkt. 87), which presently has a noting date of March 30, 2018, shall be renoted to April 13, 2018.

NOTICE OF MOTION RENOTED FOR
PIRANHA'S SECOND MOTION FOR
SUMMARY JUDGMENT AS TO LACK OF
STANDING (DKT. 87) TO APRIL 13, 2018
- 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  DATED: March 9, 2018

Respectfully submitted,

*/s/ Ryan B. Meyer*
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

NOTICE OF MOTION RENOTED FOR PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 13, 2018
- 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of NOTICE OF MOTION RENOTED FOR PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 13, 2018 was served on the following parties, by the method(s) indicated below, on March 9, 2018.

| | |
|---|---|
| Damon C. Elder, WSBA #46754<br>damone@calfoeakes.com<br>Andrew R.W. Hughes, WSBA #49515<br>andrewh@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808 | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail |

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ryan B. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　Ryan B. Meyer

NOTICE OF MOTION RENOTED FOR PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 13, 2018 - 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820