The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMES INC.,
INMEDIARES PRODUCTIONS, LLC, and
DOES 1-10,

Defendants.

No. 2:17-cv-00327-TSZ

HAREBRAINED DEFENDANTS'
JOINDER IN DEFENDANT
PIRANHA GAMES, INC.'S
SECOND MOTION FOR
SUMMARY JUDGMENT
(DKT. 87)

Defendants Harebrained Schemes LLC, Harebrained Holdings Inc., and Jordan Weisman (collectively, the "Harebrained Defendants") join in Defendant Piranha Games, Inc.'s Second Motion for Summary Judgment (Dkt. 87).  The arguments advanced in the Second Motion apply equally to Plaintiffs' copyright infringement claim (Count I) against the Harebrained Defendants, and that claim should therefore be dismissed as to the Harebrained Defendants.

DATED this 13th day of March, 2018.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for the Harebrained Defendants*

By  *s/ Warren J. Rheaume*
    Warren J. Rheaume, WSBA #13627
    James Harlan Corning, WSBA #45177
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Phone: (206) 622-3150
    Fax: (206) 757-7700
    Email:  warrenrheaume@dwt.com
            jamescorning@dwt.com

HAREBRAINED DEFS.' JOINDER IN 2nd MOT. FOR SUMM. J. (DKT. 87)
(No. 2:17-cv-00327-TSZ) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the state of Washington that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will effect service of the document on all counsel of record in this matter.

*s/ Warren J. Rheaume*
Warren J. Rheaume

HAREBRAINED DEFS.' JOINDER IN 2nd MOT. FOR SUMM. J. (DKT. 87)
(No. 2:17-cv-00327-TSZ) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax