THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1-10<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-00327-TSZ<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Todd S. Fairchild of Dorsey & Whitney LLP hereby enters his appearance on behalf of defendant Piranha Games Inc. in the above-captioned matter, without waiving any claims or defenses, including those under Fed. R. Civ. P. 12. You are hereby requested to serve all further papers in this case, except original process, upon the undersigned attorney at the address stated below.

/ / / /

NOTICE OF APPEARANCE - 1
2:17-cv-00327-TSZ

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2  DATED this 14th day of March, 2018.    DORSEY & WHITNEY LLP
3
                                          By:    s/ Todd S. Fairchild
                                          TODD S. FAIRCHILD, WSBA No. 17654
4
5                                         PAUL T. MEIKLEJOHN, WSBA No. 17477
                                          J. MICHAEL KEYES, WSBA No. 29215
6                                         RYAN B. MEYER, WSBA No. 37832
                                          Columbia Center
7                                         701 Fifth Avenue, Suite 6100
                                          Seattle, WA 98104-7043
8                                         Phone: (206) 903-8800
                                          Fax: (206) 260-9141
9                                         meiklejohn.paul@dorsey.com
                                          keyes.mike@dorsey.com
10                                        fairchild.todd@dorsey.com
                                          meyer.ryan@dorsey.com
11
12
                                          *Attorneys for Defendant Piranha Games Inc.*
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF APPEARANCE - 2
2:17-cv-00327-TSZ

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve a Notice of Filing on all counsel of record.

                                        *s/ Todd S. Fairchild*
                                        Todd S. Fairchild

NOTICE OF APPEARANCE - 3
2:17-cv-00327-TSZ

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820