THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, PIRANHA GAMES
INC., INMEDIARES PRODUCTIONS, LLC,
and DOES 1–10,

Defendants.

CASE NO.  2:17-CV-00327-TSZ

PLAINTIFF'S MOTION FOR ISSUANCE
OF A LETTER OF REQUEST
(LETTER ROGATORY)

NOTED FOR HEARING APRIL 6, 2018

Plaintiff Harmony Gold U.S.A. Inc. ("Harmony Gold"), by and through its undersigned attorneys, hereby files this Motion for Issuance of a Letter of Request (Letter Rogatory), and would show the Court as follows:

Harmony Gold seeks to serve discovery requests on Big West, Inc.—a foreign non-party based in Japan.  To obtain this service, Harmony Gold requests the Court's assistance, pursuant to 28 U.S.C. § 1781, in the issuance of the following Request for International Judicial Assistance (Letter Rogatory) for Big West, Inc. (Japan), attached hereto as **Exhibit 1**.

WHEREFORE, Harmony Gold respectfully requests that the Court grant this Motion for Issuance of a Letter of Request (Letter Rogatory) in its entirety, and execute the attached Letter

PLAINTIFF'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST
(LETTER ROGATORY)
(Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

of Request (Letter Rogatory) for Big West, Inc., by signing said letters, affixing the Certificates and Seal of the Court thereto, and returning the Letter of Request (Letter Rogatory) to the undersigned counsel for Harmony Gold so that the documents may be forwarded to the Appropriate Judicial Authority of Japan.

DATED: March 22, 2018   CALFO EAKES & OSTROVSKY PLLC

By *s/ Damon C. Elder*
 Damon C. Elder, WSBA #46754
 Andrew R.W. Hughes, WSBA #49515
 1301 Second Avenue, Suite 2800
 Seattle, WA  98101
 Phone:  (206) 407-2200
 Fax:  (206) 407-2224
 Email:  damone@calfoeakes.com
   andrewh@calfoeakes.com

LATHAM & WATKINS LLP

By: *s/ Jessica Stebbins Bina*
 Jessica Stebbins Bina
 10250 Constellation Blvd., 3rd Floor
 Los Angeles, CA  90067
 Telephone: (424) 653-5525
 Facsimile: (424) 653-5501
 Email:  jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

PLAINTIFF'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST
(LETTER ROGATORY)
(Case No. 2:17-cv-00327-TSZ) **-** 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 22nd day of March, 2018.

*s/ Erica Knerr*
Erica Knerr

PLAINTIFF'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST
(LETTER ROGATORY)
(Case No. 2:17-cv-00327-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224