THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HARMONY GOLD U.S.A., INC.,

               Plaintiff,

    v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, PIRANHA GAMES
INC., INMEDIARES PRODUCTIONS, LLC,
and DOES 1–10,

               Defendants.

CASE NO.  2:17-CV-00327-TSZ

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR ISSUANCE
OF A LETTER OF REQUEST
(LETTER ROGATORY)

THIS MATTER came before the Court on Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory).  This Court, having reviewed the relevant motions, pleadings, and papers on file, hereby enters the following ORDER:

Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) is GRANTED in its entirety.

IT IS SO ORDERED.

DATED this ___ day of March, 2018.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
ISSUANCE OF LETTER ROGATORY
(Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY** PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224