THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10,<br><br>Defendants. | CASE NO. 2:17-CV-00327-TSZ<br><br>**ERRATA TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)** |

Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") respectfully submits this errata to Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) (Dkt. No. 93), filed on March 22, 2018.

Harmony Gold has learned that the foreign non-party on which it seeks to serve discovery requests has changed its name from Big West, Inc. to Big West Frontier Co., Ltd. Accordingly, Harmony Gold is filing a corrected Motion for Issuance of a Letter of Request (Letter Rogatory) to reflect the correct name of the entity from which discovery is sought.



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

DATED: March 28, 2018

CALFO EAKES & OSTROVSKY PLLC

By *s/ Damon C. Elder*

Damon C. Elder, WSBA #46754
Andrew R.W. Hughes, WSBA #49515
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: damone@calfoeakes.com
andrewh@calfoeakes.com

LATHAM & WATKINS LLP

By: *s/ Jessica Stebbins Bina*

Jessica Stebbins Bina
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067
Telephone: (424) 653-5525
Facsimile: (424) 653-5501
Email: jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br>Plaintiff,<br>v.<br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10,<br>Defendants. | CASE NO. 2:17-CV-00327-TSZ<br>**PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)** |

Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold"), by and through its undersigned attorneys, hereby files this Motion for Issuance of a Letter of Request (Letter Rogatory), and would show the Court as follows:

Harmony Gold seeks to serve discovery requests on Big West Frontier Co., Ltd. (formerly known as Big West, Inc. and/or Big West Advertising Co., Ltd.) —a foreign non-party based in Japan. To obtain this service, Harmony Gold requests the Court's assistance, pursuant to 28 U.S.C. § 1781, in the issuance of the following Request for International Judicial Assistance (Letter Rogatory) for Big West Frontier Co., Ltd. (Japan), attached hereto as **Exhibit 1**.



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

WHEREFORE, Harmony Gold respectfully requests that the Court grant this Motion for Issuance of a Letter of Request (Letter Rogatory) in its entirety, and execute the attached Letter of Request (Letter Rogatory) for Big West Frontier Co., Ltd. by signing said letters, affixing the Certificates and Seal of the Court thereto, and returning the Letter of Request (Letter Rogatory) to the undersigned counsel for Harmony Gold so that the documents may be forwarded to the Appropriate Judicial Authority of Japan.

DATED: March 28, 2018

CALFO EAKES & OSTROVSKY PLLC

By _s/ Damon C. Elder_
Damon C. Elder, WSBA #46754
Andrew R.W. Hughes, WSBA #49515
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: damone@calfoeakes.com
andrewh@calfoeakes.com

LATHAM & WATKINS LLP

By: _s/ Jessica Stebbins Bina_
Jessica Stebbins Bina
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067
Telephone: (424) 653-5525
Facsimile: (424) 653-5501
Email: jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 28th day of March, 2018.

*s/ Erica Knerr*
Erica Knerr



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224