THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10,<br><br>Defendants. | CASE NO. 2:17-CV-00327-TSZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)** |

THIS MATTER came before the Court on Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory). This Court, having reviewed the relevant motions, pleadings, and papers on file, hereby enters the following ORDER:

Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) is GRANTED in its entirety.

IT IS SO ORDERED.

DATED this ___ day of April, 2018.

______________________________
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT JUDGE



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224