HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                     Plaintiff,

                     v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMESGAMES INC.
and DOES 1–10,

                     Defendants.

CASE No. 2:17-CV-00327-TSZ

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)**

This matter came before the Court on Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory). This Court, having reviewed the papers submitted by the parties in support of, and in opposition to, the motion, hereby enters the following ORDER:

Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) is DENIED in its entirety.

/ / /

/ / /

/ / /

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ — 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS SO ORDERED.

DATED this ____ day of _____, 2018.

_____
The Honorable Thomas S. Zilly
UNITED STATES DISTRICT COURT JUDGE

Presented on this 2nd day of April, 2018 by:

DORSEY & WHITNEY LLP

*/s/ Ryan B. Meyer*_____
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ — 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820