HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> **DECLARATION OF RYAN B. MEYER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)** |

I, Ryan B. Meyer, hereby declare as follows:

1. I am an attorney at Dorsey & Whitney LLP which represents plaintiff Piranha Games Inc. ("Piranha") in this matter. The statements made below are based on my personal knowledge.

2. On March 21, 2018, I served, or had served, on Harmony Gold and its counsel of record a Fed. R. Civ. P. 11 motion for sanctions and associated papers relating to the copyright ownership claims made by Harmony Gold in each version of its Complaint. Service was made by email and by legal messenger at the office of each of Harmony Gold's attorneys and law firms of record in this case, in compliance with Fed. R. Civ. P. 5.

DECLARATION OF RYAN B. MEYER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ — 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Signed this 2nd day of April, 2018 at Seattle, Washington.

/s/ Ryan B. Meyer
Ryan B. Meyer

DECLARATION OF RYAN B. MEYER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ — 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820