THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, DEFENDANTS GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10

Defendants.

CASE NO. 2:17-cv-00327-TSZ

**MOTION TO SEAL PORTIONS OF HARMONY GOLD U.S.A., INC.'S REPLY IN SUPPORT OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)**

**NOTED FOR: Friday, April 20, 2018**



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

## I. INTRODUCTION.

Pursuant to Local Civil Rule 5(g), Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") respectfully requests that the Court permit the filing under seal of certain documents identified below:

1. An unredacted version of Harmony Gold's Reply in Support of Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory); and
2. An unredacted version of the accompanying Declaration of Jessica Stebbins Bina in Support of Reply In Support of Plaintiff's Motion for Issuance of a Letter of Request (the "Bina Declaration").

As discussed below, certain information contained in the above-referenced documents is subject to confidentiality restrictions imposed in regards to another legal proceeding between Harmony Gold and non-party Tatsunoko Production Co. Ltd. ("Tatsunoko"). Harmony Gold requests that this limited information be sealed to protect the underlying documents' confidentiality. Harmony Gold will publicly file versions of the Reply and the Bina Declaration with these minimal redactions.

The Court previously ordered information relating to the same documents sealed in connection with Harmony Gold's Opposition to defendant Piranha Games, Inc.'s ("Piranha") Motion for Summary Judgment and Piranha's Reply in support of the same. Dkt. 80.

In accordance with Local Civil Rule 5(g)(3)(A), Harmony Gold certifies that it has met and conferred with defendant Piranha's counsel via a telephonic conference on April 6, 2018 to discuss the nature of the material to be redacted prior to filing this Motion to Seal. Declaration of Jessica Stebbins Bina In Support of Harmony Gold, U.S.A. Inc.'s Motion to Seal (the "Bina Decl. ISO Seal") ¶ 3. Defendant Piranha's counsel informed counsel for Harmony Gold that Piranha is not taking a position on the motion to seal at this time. *Id.* Harmony Gold attempted to confer by telephone with counsel for the remaining defendants, but they were unavailable. *Id.*



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

¶ 4. However, they informed Harmony Gold by email that they did not take a position on the sealing motion. *Id*.

## II. BASIS OF REQUEST FOR SEALING.

Harmony Gold seeks to seal its discussion of these confidential materials because (a) the documents are third-party documents, and (b) Harmony Gold learned of their existence in a confidential context and is required to keep their details confidential. The full confidential documents will be produced as an exhibit to Harmony Gold's Opposition to Defendant's Motion for Summary Judgment, forthcoming next week. The Court will then have the opportunity to review the documents, and further consider whether sealing is appropriate.

In 2016 and 2017, Harmony Gold and Tatsunoko engaged in mediation and an arbitration proceeding (the "Arbitration"), pursuant to which discovery was taken and certain documents were exchanged between the parties. Bina Decl. ISO Seal ¶ 5. In connection with the Arbitration, the parties signed a "Confidentiality and Non-Disclosure Agreement," agreeing to keep confidential certain non-public information disclosed by either party in connection with the arbitration. *Id*. Thereafter, the arbitrator specifically entered an order requiring certain traditionally secret documents, that the parties otherwise considered themselves unable to produce due to confidentiality restrictions in those documents, to be produced between the parties subject to appropriate confidentiality parameters (the "Discovery Order"). *Id*. ¶ 6. Harmony Gold's Reply in Support of the Issuance of Letters of Request, and the accompanying Bina Declaration, briefly describe the contents of two such documents. *Id.* Harmony Gold believes it is obligated, pursuant to the Confidentiality and Non-Disclosure Agreement, the Discovery Order, and its related conversations with Tatsunoko's counsel, to file these descriptions under seal in order to maintain the confidentiality of the underlying produced documents. *Id*.



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

Harmony Gold recognizes the policy in favor of making court papers part of the public record. However, courts routinely permit the filing under seal of documents deemed confidential in other proceedings. *See, e.g.*, *Laguna v. Coverall N. Am., Inc.*, 762 F.3d 902, 903 (9th Cir. 2014) (holding that "[t]he settlement agreement and any additional statement may be filed under seal if confidential"); *Adobe Sys. v. Hoops Enter. LLC*, No. C 10-2769 CW, 2012 U.S. Dist. LEXIS 72742, at *2 (N.D. Cal. May 24, 2012) (permitting sealing of a settlement agreement that was executed prior to the litigation and was subject to a confidentiality agreement); *Advanced Media Networks, LLC v. Row 44, Inc.*, No. CV 12-11018 GAF (JCGx), 2014 U.S. Dist. LEXIS 152606, at *3-4 (C.D. Cal. Oct. 28, 2014) (finding that a "Settlement Agreement is clearly confidential and properly filed under seal"); *Jones v. Metro. Life Ins. Co.*, No. C-08-03971-JW (DMR), 2010 U.S. Dist. LEXIS 113219, at *11 (N.D. Cal. Oct. 15, 2010) (contents of both mediation communications and settlement negotiations filed under seal).

Publicizing information produced confidentially to Harmony Gold in the arbitration would violate the parties' agreements, the arbitrator's Discovery Order, and Tatsunoko's reasonable expectations, and could harm Tatsunoko's business interests and relationships with third parties. Harmony Gold's request is narrowly tailored to address only the minimal references to confidential information contained in the Reply and the Bina Declaration.

Because there are compelling reasons to allow Harmony Gold to file the above-referenced documents under seal, Harmony Gold respectfully requests the Court order sealed the limited materials requested by this motion.

## III. CONCLUSION

For the foregoing reasons, Harmony Gold respectfully requests that the Court grant this Motion to Seal and enter the Proposed Order filed concurrently herewith.



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

DATED: April 6, 2018

CALFO EAKES & OSTROVSKY PLLC

By _s/ Damon C. Elder_

Damon C. Elder, WSBA #46754
Andrew R.W. Hughes, WSBA #49515
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: damone@calfoeakes.com
andrewh@calfoeakes.com

LATHAM & WATKINS LLP

By: _s/ Jessica Stebbins Bina_

Jessica Stebbins Bina
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5525
Facsimile: (424) 653-5501
Email: jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 6th day of April, 2018.

*s/ Susie Johnson*
Susie Johnson



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224