THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, DEFENDANTS GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10

Defendants.

CASE NO. 2:17-cv-00327-TSZ

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

**NOTED FOR: Friday, April 20, 2018**

The Court, having considered Petitioner Harmony Gold, U.S.A., Inc.'s ("Harmony Gold") Motion to Seal, pursuant to Local Rule 5(g), finds that there is good cause to seal portions of Harmony Gold's Reply in Support of Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) and the Declaration of Jessica Stebbins Bina. The Court finds that there are compelling reasons sufficient to outweigh the public's interest in disclosure and to justify sealing the unredacted versions of the above material.



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

IT IS HEREBY ORDERED that the unredacted versions of Harmony Gold's Reply in Support of Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) and the Declaration of Jessica Stebbins Bina shall remain under seal with this Court and will not be filed on the Court's Docket.

Dated this ______ of ________________, 2018.

________________________________
HONORABLE THOMAS S. ZILLY
United States District Court

PRESENTED BY:

CALFO EAKES & OSTROVSKY PLLC

By *s/Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew R.W. Hughes, WSBA #49515
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: damone@calfoeakes.com
andrewh@calfoeakes.com

LATHAM & WATKINS LLP

By: *s/ Jessica Stebbins Bina*
Jessica Stebbins Bina
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5525
Facsimile: (424) 653-5501
Email: jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 6th day of April, 2018.

*s/ Susie Johnson*
Susie Johnson



LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224