THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10<br>Defendants. | CASE NO.  2:17-cv-00327-TSZ<br><br>**DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)**<br><br>**REDACTED** |

I, Jessica Stebbins Bina, declare as follows:

1.      I am an attorney at Latham & Watkins LLP, attorneys for plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold"), over eighteen years of age, and am competent to testify herein. I make this declaration in support of Harmony Gold's reply in support of plaintiff's motion for issuance of a letter of request (letter rogatory).  The facts set forth below are based on my personal knowledge, including knowledge gained through my review of and familiarity with files

DECL. OF STEBBINS BINA ISO REPLY ISO
PLTF.'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST (Case No. 2:17-cv-00327-
TSZ) **-** 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

and documents in this matter.  If called as a witness, I could and would competently and truthfully testify to these matters.

2.    Since Defendant Piranha Games Inc. ("Piranha") challenged Harmony Gold's standing, Harmony Gold has attempted to obtain necessary documents from its licensor, Tatsunoko Production Co. ("Tatsunoko") through informal channels.  While Tatsunoko has been cooperative, it has informed Harmony Gold that it is limited in the information it can provide due to confidentiality agreements with Big West Frontier, Inc. ("Big West").  Accordingly, and because Piranha claims Big West holds the rights Tatsunoko licensed to Harmony Gold, Harmony Gold ultimately determined that letters rogatory were necessary to acquire pertinent information solely in the custody of Big West.

3.    Harmony Gold has produced to defendants in discovery ███████████████ between Tatsunoko and Big West.  The first is a 1982 Agreement, where Tatsunoko, Studio Nue, and Big West agreed to grant all overseas "commercialization rights" in Macross to Tatsunoko. This agreement was attached as Exhibit A to the declaration of Christy Duran in connection with Harmony Gold's Opposition to Piranha's original Motion for Summary Judgment.  Dkt. 64-1, Ex. A.  The ███████████████████████████████████████ ████████████████████████████ were reviewed by Harmony Gold during its 2017 arbitration with Tatsunoko.  As will be further detailed in Harmony Gold's forthcoming Opposition to Piranha's Second Motion for Summary Judgment, ████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████

4.    With the exception of Harmony Gold's production of the ███████████ mentioned above, there has been no further discovery in this action since the last Motion for

DECL. OF STEBBINS BINA ISO REPLY ISO
PLTF.'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST (Case No. 2:17-cv-00327-
TSZ) **-** 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Summary Judgment was filed.  Despite discovery requests being served by Harmony Gold last summer, defendant Piranha has not produced any substantive discovery to date; it has produced only a few hundred images of its "BattleMech" robots.  While the parties have agreed to further productions, those productions have not yet been made by any party.  No depositions have been taken to date in this case by any party.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 6th day of April, 2018, at Los Angeles, California.


By:  *s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

DECL. OF STEBBINS BINA ISO REPLY ISO
PLTF.'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST (Case No. 2:17-cv-00327-
TSZ) **-** 3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 6th day of April, 2018.

*s/ Susie Johnson*
Susie Johnson

DECL. OF STEBBINS BINA ISO REPLY ISO
PLTF.'S MOTION FOR ISSUANCE OF A
LETTER OF REQUEST (Case No. 2:17-cv-00327-
TSZ) **-** 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224