HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., | CASE NO. 2:17-CV-00327-TSZ |
| Plaintiff, | **DEFENDANT PIRANHA GAMES INC.'S NOTICE OF INTENT TO FILE SURREPLY ON PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY) (Dkt. 93)** |
| v. | |
| HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, | |
| Defendants. | |

Pursuant to LCR 7(g), Defendant Piranha Games Inc. intends to file a surreply as to Plaintiff Harmony Gold U.S.A., Inc.'s Reply memorandum (Dkt. 99) (*see* version filed under seal) and Declaration of Jessica Stebbins Bina (Dkt. 100) (*see* version filed under seal) which were filed by Plaintiff in connection with Plaintiff's Motion for Issuance of a Letter of Request (Letter Rogatory) (Dkt. 93).  The Reply and Declaration were served on Piranha Games Inc. at approximately 4:00 p.m. on Friday, April 6, 2018.  This notice is being filed and served the next court day.

PIRANHA GAMES INC.'S NOTICE OF INTENT TO FILE SURREPLY
Case No. 2:17-cv-00327-TSZ - 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  Respectfully submitted this 9th day of April, 2018.

DORSEY & WHITNEY LLP

*/s/ Paul Meiklejohn*
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel: (206) 903-8800 ● Fax: (206) 903-8820

*Attorneys for Defendant Piranha Games Inc.*

PIRANHA GAMES INC.'S NOTICE OF INTENT TO FILE SURREPLY
Case No. 2:17-cv-00327-TSZ - 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON  98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of DEFENDANT PIRANHA GAMES INC.'S NOTICE OF INTENT TO FILE SURREPLY ON PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY) (Dkt. 93) were served on the following parties via ECF on April 9, 2018:

| | |
|---|---|
| Damon C. Elder, WSBA #46754<br>damone@calfoeakes.com<br>Andrew R.W. Hughes, WSBA #49515<br>andrewh@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808<br><br>Jessica Stebbins Bina (admitted *pro hac vice*)<br>jessica.stebbinsbina@lw.com<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., 3rd Floor<br>Los Angeles, CA 90067<br><br>*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.* | Warren J. Rheaume, WSBA No. 13627<br>warrenrheaume@dwt.com<br>James H. Corning, WSBA No. 45177<br>jamescorning@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101<br><br>*Attorneys for Harebrained Schemes, LLC, Harebrained Holdings, Inc., and Jordan Weisman* |

                                          */s/ Paul T. Meiklejohn*
                                          Paul T. Meiklejohn

PIRANHA GAMES INC.'S NOTICE OF INTENT TO FILE SURREPLY
Case No. 2:17-cv-00327-TSZ - 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820