The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

               Plaintiff,

      v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMES INC.,
INMEDIARES PRODUCTIONS, LLC, and
DOES 1-10,

               Defendants.

No. 2:17-cv-00327-TSZ

STIPULATION OF DISMISSAL
WITH PREJUDICE OF
DEFENDANTS HAREBRAINED
SCHEMES LLC, HAREBRAINED
HOLDINGS, INC., AND JORDAN
WEISMAN

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Harmony Gold U.S.A., Inc.,

and Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman

(collectively, the "Harebrained Defendants"), by and through their respective counsel of record,

stipulate and agree that all of Plaintiff's claims against the Harebrained Defendants are

dismissed with prejudice, without an award of fees or costs to any party.  This stipulation does

not affect Plaintiff's claims against the remaining defendants in this lawsuit.

///

STIP. OF DISMISSAL WITH PREJUDICE – HAREBRAINED DEFS.
(No. 2:17-cv-00327-TSZ) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 9th day of April, 2018.

LATHAM & WATKINS LLP
*Attorneys Plaintiff Harmony Gold U.S.A., Inc.*

By  */s/ Jessica Stebbins Bina*
Jessica Stebbins Bina
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Phone: (424) 653-5525
Facsimile: (424) 653-5501
Email:  Jessica.stebbinsbina@lw.com

DAVIS WRIGHT TREMAINE LLP
*Attorneys for the Harebrained Defendants*

By  */s/ James Harlan Corning*
Warren J. Rheaume, WSBA #13627
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Phone: (206) 622-3150
Fax: (206) 757-7700
Email:  warrenrheaume@dwt.com
            jamescorning@dwt.com

STIP. OF DISMISSAL WITH PREJUDICE – HAREBRAINED DEFS.
(No. 2:17-cv-00327-TSZ) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the state of Washington that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will effect service of the document on all counsel of record in this matter.

/s/ *James Harlan Corning*
James Harlan Corning

STIP. OF DISMISSAL WITH PREJUDICE – HAREBRAINED DEFS.
(No. 2:17-cv-00327-TSZ) – 3

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax