THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                    Plaintiff,

        v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, DEFENDANTS
GAMES INC., INMEDIARES
PRODUCTIONS, LLC, and DOES 1–10

                    Defendants.

CASE NO.  2:17-cv-00327-TSZ

**MOTION TO SEAL PORTIONS OF
HARMONY GOLD U.S.A., INC.'S
OPPOSITION TO PIRANHA'S
SECOND MOTION FOR SUMMARY
JUDGMENT AND SUPPORTING
DECLARATION OF JESSICA
STEBBINS BINA**

**NOTE ON MOTION CALENDAR:
APRIL 20, 2018**

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## I.   INTRODUCTION.

Pursuant to Local Civil Rule 5(g), Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") respectfully requests that the Court permit the filing under seal of certain documents identified below:

1. An unredacted version of Harmony Gold's Opposition to Defendants' Motion for Summary Judgment (the "Opposition"); and

2. An unredacted version of the accompanying Declaration of Jessica Stebbins Bina In Support of Harmony Gold, U.S.A. Inc.'s Opposition to Defendants' Motion for Summary Judgment (the "Bina Declaration").

As discussed below, the agreements attached to the Bina Declaration as Exhibit D is subject to confidentiality restrictions imposed in another proceeding between Harmony Gold and non-party Tatsunoko Production Co. Ltd. ("Tatsunoko").  Harmony Gold requests that this limited information, including the document itself and any references to the same, be sealed to protect the document's confidentiality.  Harmony Gold will publicly file versions of the Opposition and the Bina Declaration with these minimal redactions.

The Court previously ordered information relating to the same documents sealed in connection with Harmony Gold's Opposition to defendant Piranha Games, Inc.'s ("Piranha") Motion for Summary Judgment and Piranha's Reply in support of the same.  Dkt. 80.

In accordance with Local Civil Rule 5(g)(3)(A), Harmony Gold certifies that it has met and conferred with defendant Piranha's counsel via a telephonic conference on April 6, 2018 to discuss the nature of the material to be redacted prior to filing this Motion to Seal.  Declaration of Jessica Stebbins Bina In Support of Harmony Gold, U.S.A. Inc.'s Motion to Seal (the "Bina Declaration ISO Seal") ¶ 3.  Defendants' Piranha's counsel informed counsel for Harmony Gold that Piranha is not taking a position on the motion to seal at this time.  *Id.*  Harmony Gold attempted to confer by telephone with counsel for the remaining defendants, but they were

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ) - 1

unavailable. *Id.* ¶ 4. However, they informed Harmony Gold by email that they did not take a position on the sealing motion. *Id.*

## II.   BASIS OF REQUEST FOR SEALING.

Harmony Gold seeks to seal the documents attached to the Bina Declaration as Exhibit D, and any reference to the same,[1] because (a) the documents are third-party documents, and (b) Harmony Gold learned of their existence in a confidential context and is required to keep their details confidential. In 2016 and 2017, Harmony Gold and Tatsunoko engaged in mediation and an arbitration proceeding (the "Arbitration"), pursuant to which discovery was taken and certain documents were exchanged between the parties. Bina Decl. ISO Seal ¶ 4. In connection with the Arbitration, the parties signed a "Confidentiality and Non-Disclosure Agreement," agreeing to keep confidential certain non-public information disclosed by either party in connection with the arbitration. *Id*. Thereafter, the arbitrator specifically entered an order requiring certain traditionally secret documents, that the parties otherwise considered themselves unable to produce due to confidentiality restrictions in those documents, to be produced between the parties subject to appropriate confidentiality parameters (the "Discovery Order"). *Id*. ¶ 5. Tatsunoko produced certain documents confidentially pursuant to the Confidentiality and Non-Disclosure Agreement and the Discovery Order. Exhibit D to the Bina Declaration contains two such documents. *Id.* ¶ 6. Furthermore, Harmony Gold's Opposition to Summary Judgment and the accompanying Bina Declaration briefly describe the contents of these documents. *Id.* Harmony Gold believes it is obligated, pursuant to the Confidentiality and Non-Disclosure Agreement, the Discovery Order, and its related conversations with Tatsunoko's counsel, to file these documents, as well as descriptions of the same, under seal in order to maintain their confidentiality. *Id.*

---

[1] All such references can be found at the following pages and lines in Harmony Gold's Opposition: 2:21-25; 3:1-3; 5:3-4; 10:2-13, 15; 13:19; 14:19; 17:1, 11, 16; 19:3-9; 20:17-18, 20; and at the following pages and lines in the Bina Declaration: 5:9-14.

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ) - 2

Harmony Gold recognizes the policy in favor of making court papers part of the public record. However, courts routinely permit the filing under seal of documents deemed confidential in other proceedings. *See, e.g.*, *Laguna v. Coverall N. Am., Inc.,* 762 F.3d 902, 903 (9th Cir. 2014) (holding that "[t]he settlement agreement and any additional statement may be filed under seal if confidential"); *Adobe Sys. v. Hoops Enter. LLC*, No. C 10-2769 CW, 2012 U.S. Dist. LEXIS 72742, at *2 (N.D. Cal. May 24, 2012) (permitting sealing of a settlement agreement that was executed prior to the litigation and was subject to a confidentiality agreement); *Advanced Media Networks, LLC v. Row 44, Inc.*, No. CV 12-11018 GAF (JCGx), 2014 U.S. Dist. LEXIS 152606, at *3-4 (C.D. Cal. Oct. 28, 2014) (finding that a "Settlement Agreement is clearly confidential and properly filed under seal"); *Jones v. Metro. Life Ins. Co.,* No. C-08-03971-JW (DMR), 2010 U.S. Dist. LEXIS 113219, at *11 (N.D. Cal. Oct. 15, 2010) (contents of both mediation communications and settlement negotiations filed under seal).

Publicizing information produced confidentially to Harmony Gold in the arbitration would violate the parties' agreements, the arbitrator's Discovery Order, and Tatsunoko's reasonable expectations, and could harm Tatsunoko's business interests and relationships with third parties. Harmony Gold's request is narrowly tailored to address only the confidential documents themselves, as well as the minimal references to confidential information contained in the Opposition and the Bina Declaration.

Because there are compelling reasons to allow Harmony Gold to file the above-referenced documents under seal, Harmony Gold respectfully requests the Court order sealed the limited materials requested by this motion.

///

///

///

///

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## III.      CONCLUSION

For the foregoing reasons, Harmony Gold respectfully requests that the Court grant this Motion to Seal and enter the Proposed Order filed concurrently herewith.

DATED: April 9, 2018          CALFO EAKES & OSTROVSKY PLLC


By: *s/ Andrew R.W. Hughes*
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
            andrewh@calfoeakes.com

LATHAM & WATKINS LLP


By: *s/ Jessica Stebbins Bina*
    Jessica Stebbins Bina
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA  90067
    Telephone: (424) 653-5525
    Facsimile: (424) 653-5501
    Email:  jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ) - 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 9th day of April, 2018.

_s/ Mary J. Klemz_
Mary J. Klemz

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ) - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224