THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC.,
JORDAN WEISMAN, DEFENDANTS
GAMES INC., INMEDIARES
PRODUCTIONS, LLC, and DOES 1–10

Defendants.

CASE NO.  2:17-cv-00327-TSZ

**[PROPOSED] ORDER GRANTING
MOTION TO SEAL PORTIONS OF
HARMONY GOLD U.S.A., INC.'S
OPPOSITION TO PIRANHA'S
SECOND MOTION FOR SUMMARY
JUDGMENT AND SUPPORTING
DECLARATION OF JESSICA
STEBBINS BINA**

**NOTE ON MOTION CALENDAR:
APRIL 20, 2018**

The Court, having considered Petitioner Harmony Gold, U.S.A., Inc.'s ("Harmony Gold") Motion to Seal, pursuant to Local Rule 5(g), finds that there is good cause to seal portions of Harmony Gold's Opposition to Defendants' Motion for Summary Judgment and the Declaration of Jessica Stebbins Bina.  The Court finds that there are compelling reasons sufficient to outweigh the public's interest in disclosure and to justify sealing the unredacted versions of the above material.

[PROP] ORDER GRANTING MOTION TO SEAL
PORTIONS OF HARMONY GOLD U.S.A., INC.'S
OPPOSITION TO PIRANHA'S SECOND MOTION FOR
SUMMARY JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

IT IS HEREBY ORDERED that the unredacted versions of Harmony Gold's Opposition to Defendants' Motion for Summary Judgment and the Declaration of Jessica Stebbins Bina shall remain under seal with this Court and will not be filed on the Court's Docket.

Dated this _____ of _____, 2018.


_____
HON. THOMAS S. ZILLY
United States District Court Judge


PRESENTED BY:

CALFO EAKES & OSTROVSKY PLLC


By: _s/ Andrew R.W. Hughes_____
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
            andrewh@calfoeakes.com


LATHAM & WATKINS LLP


By: _s/ Jessica Stebbins Bina_____
    Jessica Stebbins Bina
    10250 Constellation Blvd., 3rd Floor
    Los Angeles, CA  90067
    Telephone: (424) 653-5525
    Facsimile: (424) 653-5501
    Email:  Jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*


[PROP] ORDER GRANTING MOTION TO SEAL
PORTIONS OF HARMONY GOLD U.S.A., INC.'S
OPPOSITION TO PIRANHA'S SECOND MOTION FOR
SUMMARY JUDGMENT (Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 9th day of April, 2018.

_s/ Mary Klemz_
Mary Klemz

PLTF HARMONY GOLD'S MOTION TO SEAL
(Case No. 2:17-cv-00327-TSZ) **-** iii

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224