THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10 <br> Defendants. | CASE NO. 2:17-cv-00327-TSZ <br><br> **DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF HARMONY GOLD U.S.A., INC.'S MOTION TO SEAL** |

I, Jessica Stebbins Bina, declare as follows:

1. I am an attorney and partner at Latham & Watkins LLP, attorneys for plaintiff Harmony Gold U.S.A., Inc. I am over eighteen years of age, and am competent to testify herein. I make the following statements based on my personal knowledge.

2. This declaration is submitted in support of plaintiff's Motion to Seal.

3. Before filing this motion to seal, I met and conferred with counsel for Piranha Games, Inc. ("Piranha"), Todd Fairchild and Ryan Meyer of Dorsey & Whitney LLP, pursuant to Local Civil Rule 5(g)(A). I discussed the subject of the motion to seal, and the content to be sealed, in a telephonic conference with defendant's counsel on April 6, 2018. Counsel stated that Piranha is not taking a position on the motion to seal at this time.

DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD U.S.A., INC'S MOTION TO SEAL (Case No. 2:17-cv-00327-TSZ) **-** 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

4. I also attempted to meet and confer with counsel for defendants Harebrained Schemes LLC, Harebrained Holdings Inc., and Jordan Weisman. Counsel was unavailable to meet and confer by telephone, but informed me by email that they have not taken a position on the sealing motion.

5. In 2016 and 2017, Harmony Gold and Tatsunoko engaged in mediation and an arbitration proceeding (the "Arbitration"), pursuant to which discovery was taken and documents were exchanged. In connection with a prior mediation, the parties to the Arbitration both signed a "Confidentiality and Non-Disclosure Agreement," agreeing to keep confidential certain non-public information disclosed by either party in connection with the mediation or the subsequent Arbitration.

6. During the Arbitration, the arbitrator entered a further order requiring the parties to produce certain traditionally secret documents, that the parties otherwise considered themselves unable to produce due to confidentiality restrictions in those documents, subject to appropriate confidentiality parameters (the "Discovery Order").

7. Exhibit D to the Declaration of Jessica Stebbins Bina In Support of Harmony Gold, U.S.A. Inc.'s Opposition to Defendants' Motion for Summary Judgment (the "Bina Declaration") includes true and accurate copies of two documents produced confidentially by Tatsunoko, as well as a certified translation of the same. Furthermore, the Opposition to Summary Judgment and the text of the Bina Declaration also include descriptions of these same confidential documents. As counsel for Harmony Gold, I believe that Harmony Gold is obligated, pursuant to the Confidentiality and Non-Disclosure Agreement, the Discovery Order, and related conversations with Tatsunoko's counsel, to file these two documents, as well as descriptions of their contents, under seal in order to maintain their confidentiality.

DECL. OF STEBBINS BINA IN SUPPORT OF
HARMONY GOLD U.S.A., INC'S MOTION TO
SEAL (Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Signed this 9th day of April, 2018, at Los Angeles, California.

By: *s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD U.S.A., INC'S MOTION TO SEAL (Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 9th day of April, 2018.

                                          *s/ Mary J. Klemz*
                                          Mary J. Klemz

DECL. OF STEBBINS BINA IN SUPPORT OF HARMONY GOLD U.S.A., INC'S MOTION TO SEAL (Case No. 2:17-cv-00327-TSZ) **-** 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224