# EXHIBIT A

(b) The Defendant sued Plaintiff Big West prior to the broadcast of this television animation, claiming that production costs were incurred beyond the initial plan, and that the aforementioned production costs to be paid by Mainichi Broadcasting would be insufficient. For this reason, the Plaintiffs and the Defendant created a memorandum (B 3) on October 1, 1982, which gave the Defendant part of the profit from the commercialized business as well as overseas broadcast distribution rights and [overseas] merchandising rights, in order to apply these to the shortfall in the production costs

      Based on the above memorandum, it was agreed that the contact points to exercise the rights would be Plaintiff Big West for merchandising of characters etc. and selling programs for reruns in Japan, Defendant for publications aimed at 6th graders and below, music, overseas distribution rights and general merchandising rights, and Plaintiff Studio Nue for publications aimed at junior-high schoolers and above; and for each of the subjects, the ratio for allocating profits among Plaintiffs and Defendant was decided (Mainichi Broadcasting was also allocated profits from domestic merchandising rights, and Defendant received all profits from exercising, etc. merchandising rights overseas).

Translated Portion

(イ) 被告は，本件テレビアニメの放映開始前に，原告ビックウエストに対し，当初の予定よりも制作に費用が掛かり，毎日放送を通して支払われる前記制作費では不足する旨を訴えた。このため原告らと被告は，制作費の不足分に充当するために，昭和５７年１０月１日，商品化事業の利益の一部並びに海外における番組販売権及び商品化権を被告に与えることなどを内容とする覚書（乙３）を作成した。

　上記覚書により，キャラクター等の商品化権及び国内再放送のための番組販売については原告ビックウエストが，小学６年生までを対象とする出版物，音楽並びに海外における番組販売権及び一般商品化権については被告が，中学生以上を対象とする出版物については原告スタジオぬえが，それぞれ窓口となって権利行使をすること，また，対象ごとに，原告らと被告の間で利益を配分する比率が定められた（国内の商品化権については毎日放送にも利益が配分され，海外における商品化権行使等による利益は，被告がすべて取得した。）。

カ　著作権等の表示

(ア)　本件テレビアニメ放映前の昭和５７年７月から同年１０月に掛けて，本件テレビアニメの内容等を紹介する記事が学習雑誌等に掲載されたが（乙１５ないし２０），これらすべてに，原告スタジオぬえと被告連名の著作権表示がある。また本文中に，原告スタジオぬえが原作を作成したこと，シリーズ構成は松崎，キャラクターデザインは美樹本がそれぞれ担当したことなどを説明したものもある。

(イ)　本件テレビアニメ放映時のオープニングクレジットでは，企画は大西，原作は原告スタジオぬえ，キャラクター・デザインは美樹本，メカニック・デザインは宮武及び河森であることなど，企画，原作，原作協力，シリーズ構成，チーフディレクター，設定監修については，原告ら及びアートランドの関係者が担当したことが表示され，プロデ

- １４ -

32



City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify that the document "Excerpt from 2002 Japanese Court Decision" is, to the best of my knowledge and belief, a true and accurate translation from Japanese into English.

_____
Wendy Poon

Sworn to before me this
December 11, 2017

_____
Signature, Notary Public

```
ANGELA LO
NOTARY
NO. 01LO6353549
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
01-30-2021
STATE OF NEW YORK
PUBLIC
```
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE