THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., | CASE NO. 2:17-cv-00327-TSZ |
| Plaintiff, | **DECLARATION OF ATSUSHI NOGUCHI,** |
| v. | |
| HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC., INMEDIARES PRODUCTIONS, LLC, and DOES 1–10 | |
| Defendants. | |

DECLARATION OF ATSUSHI NOGUCHI,
(Case No. 2:17-cv-00327-TSZ) - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

I, Atsushi Noguchi, declare as follows:

1. I am currently, as Managing Director, entrusted with the business management of Tatsunoko Production Co., Ltd. ("Tatsunoko") by its shareholders. I am over eighteen years of age, and competent to testify herein. The facts set forth below are based on my personal knowledge, including knowledge gained through my review of and familiarity with the files and documents related to Tatsunoko's and Harmony Gold's more than thirty-year relationship. If called as a witness, I could and would competently and truthfully testify to these matters.

2. I have worked at Tatsunoko since March 1, 2009, and in my role as Managing Director, I have gained extensive knowledge of Tatsunoko's creation of and rights to "Macross." I also have gained extensive knowledge regarding Tatsunoko's long history with its exclusive licensee of the "Macross" series, Harmony Gold. I am thus familiar with the parties' license agreements and various amendments.

3. It is my understanding that in or around 1982, Tatsunoko, along with two other Japan-based companies—Big West, Inc. ("Big West") and Studio Nue Co. ("Studio Nue"), created an animated series, "Macross," that ran on Japanese television in the early 1980s.

4. It is my understanding that in 1982, by agreement, Tatsunoko, Big West, and Studio Nue determined each party's rights in and to "Macross," both in Japan and internationally (the "1982 Big West Agreement"). Pursuant to the 1982 Big West Agreement, all international rights to reproduce, display, distribute and merchandize the warrior robots and mecha depicted in "Macross" (the "Characters"), were granted exclusively to Tatsunoko.

5. Pursuant to the rights granted to Tatsunoko under the 1982 Big West Agreement, in 1984, Tatsunoko granted Harmony Gold an exclusive license to reproduce, distribute, display, license, merchandize, or otherwise exploit "Macross," including the Characters, in the United States (the "1984 Agreement").

DECLARATION OF ATSUSHI NOGUCHI,
(Case No. 2:17-cv-00327-TSZ) - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

6. It is my understanding that in 1991, Tatsunoko and Harmony Gold renewed the 1984 Agreement, which extended Harmony Gold's exclusive license to "Macross" through March 14, 2001 (the "1991 Agreement"). The 1991 Agreement used identical language as the 1984 Agreement regarding the grant of rights to Harmony Gold. Pursuant to a series of amendments, Harmony Gold has retained its exclusive license in and to the Characters (other than the derivative works right) ever since, and Harmony Gold's license is currently valid through March 14, 2021.

7. It is my understanding that beginning in the late 1990s, Big West and Studio Nue challenged Tatsunoko's rights in and to "Macross" in Japan, and in the early 2000s, Tatsunoko and Big West/Studio Nue were involved in several litigations in Japan in order to determine—as between these three parties—who owned what rights in and to "Macross" in Japan.

8. In the Japanese litigations, the Japanese courts confirmed that Tatsunoko was the exclusive owner of the copyright to the animated television series "Macross," including the storyline of "Macross." However, the Japanese courts found that Big West/Studio Nue owned the copyright to the original drawings of the 41 animated Characters in "Macross," thus restricting Tatsunoko's (and therefore Harmony Gold's) right to make future derivative works using the original animated character designs.

9. The decisions addressed the parties' rights in Japan; however, they did not address the international exploitation of "Macross," including the Characters. Instead, Tatsunoko and Big West/Studio Nue separately agreed that Tatsunoko's status as the exclusive licensor of the international rights in and to "Macross," including the Characters, shall be maintained even after the Japanese decisions. The agreement between the parties, which was entered after the Japanese court decisions, remains effective and valid even now.

DECLARATION OF ATSUSHI NOGUCHI,
(Case No. 2:17-cv-00327-TSZ) - 3

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.
3  Signed this 20th day of March, 2018, at Tokyo, Japan.

By: /s/ Atsushi Noguchi

DECLARATION OF ATSUSHI NOGUCHI,
(Case No. 2:17-cv-00327-TSZ) - 4

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

1. The undersigned hereby certifies that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 9th day of April, 2018.

          *s/ Mary J. Klemz*
          Mary J. Klemz

DECLARATION OF ATSUSHI NOGUCHI
(Case No. 2:17-cv-00327-TSZ) - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224