# EXHIBIT C

**FORM PA**

**CERTIFICATE OF COPYRIGHT REGISTRATION**

UNITED STATES COPYRIGHT OFFICE



*UNITED STATES COPYRIGHT OFFICE • THE LIBRARY OF CONGRESS •*

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C Curran*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| PAU — 740 323 |
| PA   (PAU) |

| EFFECTIVE DATE OF REGISTRATION |  |  |
|---|---|---|
| 3 | 28 | 85 |
| (Month) | (Day) | (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:   MACROSS   Episodes 1-36
1. Booby Trap   3. Spacefold
2. Countdown   4. Lin Minmei (See PA/CON for 5-36)

NATURE OF THIS WORK: (See instructions)

MOTION PICTURE

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: TATSUNOKO PRODUCTION COMPANY, LTD
This author's contribution to the work a "work made for hire"?  Yes X   No

DATES OF BIRTH AND DEATH:
Born (Year)   Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)   or { Domiciled in Japan (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes   No
Pseudonymous? Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Work including animation, story, soundtrack

**2**

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes   No

DATES OF BIRTH AND DEATH:
Born (Year)   Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)   or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes   No
Pseudonymous? Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes   No

DATES OF BIRTH AND DEATH:
Born (Year)   Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)   or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes   No
Pseudonymous? Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1983
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date (Month) (Day) (Year)
Nation (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

HARMONY GOLD U.S.A., INC. AND TATSUNOKO PRODUCTION COMPANY, LTD.
8831 Sunset Blvd. Ste 300      c/o Harmony Gold U.S.A., Inc.
Los Angeles, CA. 90069         8831 Sunset Blvd. Ste 300
                               Los Angeles, CA 90069

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)   Agreement

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 3 pages

HG00000098

*Amended and added by C/O at 3rity telephone conversation with Susan Christison on May 17, 1985.

PAU 740 323

EXAMINED BY: K.W.

APPLICATION RECEIVED: MAR 28 1985

CORRESPONDENCE: ☐ Yes

DEPOSIT RECEIVED: MAR 28 1985

DEPOSIT ACCOUNT FUNDS USED: ☐

REMITTANCE NUMBER AND DATE: 505997    MAR 28 85

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

---

**✱ PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . X . . . No . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . .  Year of Registration . . . . . . . . . . . .

**⑤ Previous Registration**

---

**✱ COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . English version including animation . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . Japanese soundtrack and story. . . . . . . .

**⑥ Compilation or Derivative Work**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: 

Account Number: 

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Harmony Gold U.S.A., Inc.

Address: 8831 Sunset Blvd. Ste. #300    (Apt.)

Los Angeles, CA    90069
(City)    (State)    (ZIP)

**⑦ Fee and Correspondence**

---

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: Harmony Gold U.S.A., Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)

Typed or printed name. Frank Agrama, President    Date 3/15/85

**⑧ Certification (Application must be signed)**

---

**MAIL CERTIFICATE TO**

HARMONY GOLD U.S.A., INC.
(Name)

8831 Sunset Blvd. Suite 300
(Number, Street and Apartment Number)

Los Angeles, CA    90069
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

---

✱ 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

✱U.S. GOVERNMENT PRINTING OFFICE:1980-311-425/2    Jan. 1980—500,000

HG00000099

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PAu _ _ **740 323** |
| PA        PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 3          28          85 |
| (Month)      (Day)      (Year) |

| CONTINUATION SHEET RECEIVED |
| --- |
| MAR 28 1985 |
| Page 3 of 3 pages |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(A)** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  MACROSS

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  Harmony Gold U.S.A., Inc. 8831 Sunset Blvd. Ste 300, Los Angeles, CA 90069

---

**(B)** Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)            (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ........................
(Name of Country)                (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?      Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)            (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ........................
(Name of Country)                (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?      Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)            (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ........................
(Name of Country)                (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?      Yes...... No......
Pseudonymous?  Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**(C)** Continuation of Other Spaces

**CONTINUATION OF** (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

| | | |
| --- | --- | --- |
| 5. The Transformation | 17. Phantasm | 29. Loli's Song |
| 6. The Daidarus Attack | 18. Pineapple Salad | 30. Viva Mariya |
| 7. Bye-Bye Mars | 19. Bursting Point | 31. Satan's Dolls |
| 8. The Longest Birthday | 20. Paradise Lost | 32. Broken Heart |
| 9. Miss Macross | 21. Micro-Cosmos | 33. Rainy Night |
| 10. The Blind Game | 22. Love Concert | 34. Private Time |
| 11. First Contact | 23. Drop Out | 35. Romanesque |
| 12. The Big Escape | 24. Goodbye Girl | 36. A Gentle Farewell |
| 13. Blue Wind | 25. Virgin Road | |
| 14. Gloval's Report | 26. The Messenger | |
| 15. Chinatown | 27. Love Floats Away | |
| 16. Kung Fu Dandy | 28. My Album | |

HG00000100

# HOW TO FILL OUT FORM PA

## Specific Instructions for Spaces 1-4

- The line-by-line instructions on this page are keyed to the spaces on the first page of Form PA, printed opposite.
- Please read through these instructions before you start filling out your application, and refer to the specific instructions for each space as you go along.

## SPACE 1: TITLE

- **Title of this Work:** Every work submitted for copyright registration must be given a title that is capable of identifying that particular work. If the copies or phonorecords of the work bear a title (or an identifying phrase that could serve as a title), transcribe its wording completely and exactly on the application. Remember that indexing of the registration and future identification of the work will depend on the information you give here.

  If the work you are registering is an entire "collective work" (such as a collection of plays or songs), give the over-all title of the collection. If you are registering one or more individual contributions to a collective work, give the title of each contribution, followed by the title of the collection. Example: " 'A Song for Elinda' in *Old and New Ballads for Old and New People.*"

- **Nature of this Work:** Briefly describe the general nature or character of the work being registered for copyright. Examples: "Music"; "Song Lyrics"; "Words and Music"; "Drama"; "Musical Play"; "Choreography"; "Pantomime"; "Motion Picture"; "Audiovisual Work".

- **Previous or Alternative Titles:** Complete this space if there are any additional titles for the work under which someone searching for the registration might be likely to look, or under which a document pertaining to the work might be recorded.

## SPACE 2: AUTHORS

- **General Instructions:** First decide, after reading these instructions, who are the "authors" of this work for copyright purposes. Then, unless the work is a "collective work" (see below), give the requested information about every "author" who contributed any appreciable amount of copyrightable matter to this version of the work. If you need further space, use the attached Continuation Sheet and, if necessary, request additional Continuation Sheets (Form PA/CON)..

- **Who is the "Author"?** Unless the work was "made for hire," the individual who actually created the work is its "author." In the case of a work made for hire, the statute provides that "the employer or other person for whom the work was prepared is considered the author."

- **What is a "Work Made for Hire"?** A "work made for hire" is defined as: (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned" for certain uses specified in the statute, but only if there is a written agreement to consider it a "work made for hire."

- **Collective Work:** In the case of a collective work, such as a song book or a collection of plays, it is sufficient to give information about the author of the collective work as a whole.

- **Author's Identity Not Revealed:** If an author's contribution is "anonymous" or "pseudonymous," it is not necessary to give the name and dates for that author. However, the citizenship or domicile of the author **must** be given in all cases, and information about the nature of that author's contribution to the work should be included.

- **Name of Author:** The fullest form of the author's name should be given. If you have checked "Yes" to indicate that the work was "made for hire," give the full legal name of the employer (or other person for whom the work was prepared). You may also include the name of the employee (for example: "Music Makers Corporation Co., employer for hire of Lila Crane"). If the work is "anonymous" you may: (1) leave the line blank, or (2) state "Anonymous" in the line, or (3) reveal the author's identity. If the work is "pseudonymous" you may (1) leave the line blank, or (2) give the pseudonym and identify it as such (for example: "Huntley Haverstock, pseudonym"), or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example, "Judith Barton, whose pseudonym is Madeleine Elster").

- **Dates of Birth and Death:** If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional, but is useful as a form of identification. Leave this space blank if the author's contribution was a "work made for hire."

- **"Anonymous" or "Pseudonymous" Work:** An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name.

- **Author's Nationality or Domicile:** Give the country of which the author is a citizen, or the country in which the author is domiciled. The statute requires that either nationality or domicile be given in all cases.

- **Nature of Authorship:** After the words "Author of" give a brief general statement of the nature of this particular author's contribution to the work. Examples: "Words"; "Co-Author of Music"; "Words and Music"; "Arrangement"; "Co-Author of Book and Lyrics"; "Dramatization"; "Entire Work"; "Compilation and English Translation"; "Editorial Revisions".

## SPACE 3: CREATION AND PUBLICATION

- **General Instructions:** Do not confuse "creation" with "publication." Every application for copyright registration must state "the year in which creation of the work was completed." Give the date and nation of first publication only if the work has been published.

- **Creation:** Under the statute, a work is "created" when it is fixed in a copy or phonorecord for the first time. Where a work has been prepared over a period of time, the part of the work existing in fixed form on a particular date constitutes the created work on that date. The date you give here should be the year in which the author completed the particular version for which registration is now being sought, even if other versions exist or if further changes or additions are planned.

- **Publication:** The statute defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending"; a work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display." Give the full date (month, day, year) when, and the country where, publication first occurred. If first publication took place simultaneously in the United States and other countries, it is sufficient to state "U.S.A."

## SPACE 4: CLAIMANT(S)

- **Name(s) and Address(es) of Copyright Claimant(s):** Give the name(s) and address(es) of the copyright claimant(s) in this work. The statute provides that copyright in a work belongs initially to the author of the work (including, in the case of a work made for hire, the employer or other person for whom the work was prepared). The copyright claimant is either the author of the work or a person or organization that has obtained ownership of the copyright initially belonging to the author.

- **Transfer:** The statute provides that, if the copyright claimant is not the author, the application for registration must contain "a brief statement of how the claimant obtained ownership of the copyright." If any copyright claimant named in space 4 is not an author named in space 2, give a brief, general statement summarizing the means by which that claimant obtained ownership of the copyright.