# EXHIBIT E

## AMENDMENT TO MAIN AGREEMENT

THIS AMENDMENT is entered into as of August 6, 1998 by and between

TATSUNOKO PRODUCTION CO., LTD. ("Tatsunoko")
3-22-12, Minami-cho, Kokubunji-shi,
Tokyo, Japan

(hereinafter referred to as the Licensor)

- and -

HARMONY GOLD USA ("Harmony Gold")
7655 Sunset Boulevard,
Los Angeles, California 90046
U.S.A.

(hereinafter referred to as the Licensee)

Reference is made to that certain MAIN LICENSE AGREEMENT dated <u>March 15, 1991</u> between Tatsunoko and Harmony Gold, as amended by that certain AMENDMENT dated February 19, 1993 between Tatsunoko and Harmony Gold (collectively the "Main Agreement").

WHEREBY, as Harmony Gold wishes to extend its rights described in the Main Agreement in and to the television programs listed below (the "Programs"):

    a. "MACROSS" (36 1/2 hour episodes);
    b. "MOSPEADA" (25 1/2 hour episodes): and
    c. "THE SOUTHERN CROSS" (23 1/2 hour episodes)

IT IS AGREED as follows:

1. <u>PAYMENTS</u> - As consideration for the rights granted in this Amendment, Harmony Gold agrees to pay Tatsunoko the sum Two Hundred Fifty Two Thousand united States Dollars (US$252,000), payable in ten equal 6 month installments, commencing on June 1, 1999 (the "Renewal Fee").

- 1 -

2. <u>RIGHTS GRANTED</u> - Tatsunoko hereby irrevocably extends the grant of exclusive rights to Harmony Gold described in the Main Agreement in and to the Programs. Such exclusive rights shall include all rights in all media now existing or hereafter invented, including, but not limited to, theatrical, non-theatrical, television, video, merchandising, soundtrack and publication rights, excluding only the merchandising rights in Japan previously granted to certain Japanese manufacturers as set forth in the Main Agreement. Notwithstanding anything to the contrary in the Main Agreement, all trademarks, copyrights and other rights in any materials created or utilized by Harmony Gold in connection with the exercise of its rights under the Main Agreement, including, but not limited to, the right to the name "ROBOTECH", shall be exclusively owned and controlled throughout the universe in perpetuity by Harmony Gold. Notwithstanding the foregoing, harmony Gold shall not have the right to make a sequel to "Macross", "Mospeada" or "The Southern Cross".

3. <u>TERRITORIES and LANGUAGES</u> - Worldwide, excluding Japan. With respect to television distribution in Asia (excluding Japan), Harmony Gold's right to distribute the Programs shall be limited to English language ROBOTECH series. Notwithstanding the provision of this clause, Tatsunoko shall have the right to distribute the three licensed Programs independently for the Asian Satellite Broadcasting limiting to use in Asian languages even if the territories of Australia and New Zealand come under its coverage.

4. <u>TERM</u> - Tatsunoko hereby grants to Harmony Gold a Renewal Term of <u>ten (10) years</u> through and including <u>March 14, 2011</u>. In addition, provided Harmony Gold has complied with the terms of the Agreement, and provided Harmony Gold wishes to extend the Renewal Term for an additional <u>ten (10) years</u> (through and including March 14, 2021), Harmony Gold will notify Tatsunoko of its interest in extending the Term. In which case, the parties agree to negotiate in good faith for such renewal using the payment terms of this Amendment as a guideline.

This Amendment and the Main Agreement will be governed by the laws of the State of California of the United States of America and all disputes shall be resolved by binding arbitration in Los Angeles, California pursuant to the rules of the American Film Marketing Association. Except as amended herein, all of the rights and obligations set forth in the Main Agreement remain in full force and effect. This Amendment is executed as of the date set forth above by duly authorized officers of the parties hereto.

(*) For the avoidance of doubt, the Japanese exclusion and the Asian/English language limitation will not apply to any new Robotech series to be produced by Harmony Gold.

*KENI YOSHIDA*           April 12 199·



