# EXHIBIT F

# AMENDMENT TO MAIN LICENSE AGREEMENT #2

THIS AMENDMENT is entered into as of June 28, 2002 by and between TATSUNOKO PRODUCTION CO., LTD. (the Licensor) and HARMONY GOLD, U.S.A. (the Licensee).

Reference is made to a certain License Agreement dated March 15, 1991 and to Amendment dated August 6, 1998 on three (3) animated TV series namely "Macross", "Mospeada" and "The Southern Cross"

Whereby it is agreed that the term of License Agreement in 4 of the said Amendment is further extended up to March 14, 2021. Moreover, if the Licensee desires to extend the license further again, the Licensor agrees to do so on the same or considerably the same conditions as this Amendment unless the Licensee is in default of fulfilling its obligations during the existing license period including appropriate payment of the License's share of royalties. For the avoidance of doubt, the parties hereto agree that the Licensee has fulfilled its obligations to date under the License Agreement and the August 6, 1998 Amendment.

As consideration for the extension of license, the Licensee agrees to pay to the Licensor US$125,000 which shall be payable upon execution of this Amendment.

In addition to the extension of license as provided above, the Licensor grants a new right to the Licensee as described below:

1. The Licensor, as the owner of copyright, grants production right of derivative works and sequels to the animated TV series "Mospeada" and "The Southern Cross" excluding "Macross".

2. In exchange for use of copyright for the production of derivative works and sequels, the Licensee agrees to pay to the Licensor US$50,000 which shall be payable upon execution of this Amendment.

3. With regard to the merchandising activities and other secondary exploitation of the derivative works and sequels to "Mospeada" and "The Southern Cross", the Licensee agrees to pay to the Licensor ten percent (10%) of net revenues accrued and received by the Licensee from such business transaction throughout their existence. Nevertheless, the share of royalties stipulated in the Main License Agreement remains unchanged.

4. In further consideration of the foregoing, the Licensee hereby agrees not to exploit the video and game soft rights, as well as the broadcast distribution rights, to the theatrical version of "Macross, Do You Remember Love".

In confirmation of the above, the parties hereto have signed hereunder to execute this Amendment on the date first above written.

TATSUNOKO PRODUCTION CO., LTD.            HARMONY GOLD, U.S.A.

_KENJI YOSHIDA_                            _[signature]_