# EXHIBIT H

# AMENDMENT TO ORIGINAL AGREEMENT

THIS AMENDMENT is entered into as of March 20, 2008 by and between Tatsunoko Production Co., Ltd. (hereinafter referred to as Tatsunoko) and Harmony Gold Ltd. (hereinafter referred to as Harmony Gold). Tatsunoko and Harmony Gold hereby agree to constitute an amendment to " AGREEMENT" dated March 15, 1991 between Tatsunoko and Harmony Gold, as amended February 19, 1993, April 15, 1993, August 6, 1998, June 28, 2002, January 20, 2003 and September 19, 2003 (hereinafter referred to as the Original Agreement), regarding the English and Japanese version of the television program entitled, Macross, Mospeada and Southern Cross(collectively referred to as "Robotech"). Unless otherwise specified , all terms used herein have the same meaning as in the Original Agreement. The parties agree as follows:

1) Tatsunoko agrees to removed the language limitation in the Original Agreement for the territory of Asia, excluding Japan and Free TV in Indonesia. Both parties understand that the removal of the language limitation related to Robotech will now extend until the expiration of the Agreement (i.e.,March 14,2021).

2) Also, both parties acknowledge that Tatsunoko has retained the right to exploit the free television rights to Macross, Mospeada and Sothern Cross in Indonesia,in the Indonesian language only.

Except as modified by the foregoing, all other terms and conditions of the Original Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date the parties mutually signed hereunder.

TATSUNOKO PRODUCTION CO., LTD.          HARMONY GOLD

_____                _____
Koki Narushima                           Frank Agrama
CEO                                      CEO