# EXHIBIT J

```
>> -----Original Message-----
>> From: hayashi motoki [ <mailto:mhayashi@tatsunoko.co.jp> mailto:mhayashi@tatsunoko.co.jp]
>> Sent: Tuesday, October 30, 2007 6:16 PM
>> To: Christy Pawlak
>> Cc: Koki Narushima; ???? ??; Brian Wetherby
>> Subject: Re: Theatrical Macross draft
>>
>>
>> [redacted]
>> [redacted]
>> [redacted], they made underground approach to Tatsunoko recently.
>>
>> Big West has an intention of distributing the derivative pictures
>> of "Macross" produced by them in the overseas territories and
>> wants to inquire of Harmony Gold about its feasibility through
>> the intermediary of Tatsunoko. Under the current applicable
>> Japanese laws, as long as different artwork is used, it is possible
>> for Big West to produce derivative pictures in Japan with the title
>> of "Macross" even without obtaining an approval from its copyright
>> owner,Tatsunoko and they have done it already in the past.
>>
>> As a matter of course, it would be necessary to seek Harmony Gold's
>> approval in order to distribute such derivative programs in North
>> America. In this connection, would Harmony Gold have will to consider
>> such request and review acceptance under certain terms and conditions?
>> We, as the licensor of the underlying property, give priority to
>> interest of the licensee doing best to protect the granted rights.
>> So, please let us hear your opinion and comment regarding this case.
>>
>> Sincerely,
>> Motoki Hayashi
>> *******************************
>>  $BNS!!4p<y  (B Motoki HAYASHI (Mr.)
>> email: mhayashi@tatsunoko.co.jp
>> Tatsunoko Production Co., LTD.
>>  $B3t<02q<R!!N5$N;R%W%m%@%/%7%g%s  (B
>>  $B4IM}!&7P1D@oN,  (B
>> TEL  $B!  (B042-323-9111
>> FAX  $B!  (B042-321-2173
>> 3-22-12 Minami, Kokubunji, TOKYO
>>  $BEl5~ET9qJ,;{;TFnD.  (B3-22-12
>> *******************************
>>
>>
>
>
>
```

3

EXHIBIT C-89
Confidential                                                           HG0003609