# EXHIBIT K

**Diana Brown**

| | |
|---|---|
| **From:** | Christy Duran |
| **Sent:** | Monday, January 20, 2014 12:45 PM |
| **To:** | Brian J. Murphy |
| **Subject:** | RE: Tatsunoko - Harmony Gold - ROBOTECH - Argentinean Fan Film |

Dear Brian:

Thank you for your e-mail.

As we stated in our February 28, 2013 e-mail, we are happy to take the direction Tatsunoko desires. As such we will prepare and send a formal cease and desist and copy you on the same via blind copy. We will keep you informed as to subsequent correspondence.

Thank you.

Best,
Christy Duran


-----Original Message-----
From: Brian J. Murphy [mailto:brian.murphy@brianjmurphyesq.com]
Sent: Fri 1/17/2014 10:03 PM
To: Christy Duran
Subject: FW: Tatsunoko - Harmony Gold - ROBOTECH - Argentinean Fan Film

Dear Christy,

The CEO of BigWest has once again contacted Tatsunoko senior management to insist that Tatsunoko demand that Harmony Gold take immediate action with respect to the same referenced matter first called to your attention back on January 19, 2013 (see my initial 1/19/2013 email correspondence to you in the email correspondence string below). Here are the YouTube and Facebook links that my client Tatsunoko recently received along with the urgent request from BigWest:

<youtube>
Robotech Valkyrie Project. Episodio 01 HD. Non Profit Fan Film

http://www.youtube.com/watch?v=BlvPR9XeZik

<FACEBOOK>
https://www.facebook.com/RobotechValkyrieProject

Since in your prior email correspondence you referred to what was then showing on YouTube and Facebook as a 'fan short' or 'fan film', without providing any further information as to whether the video then available was the extent of what was to be produced/released, my client decided to adopt a 'wait and see' approach before taking any further action with respect to this matter.

What is now clear from the producer's own Facebook page posts is that they have now produced and made available on YouTube and Facebook, under the 'Robotech Valkyrie Project' moniker, two live-action 'episodes',

HG00000113

each episode approximately 10 minutes and 30 seconds in length (in Spanish; with English and Japanese language subtitles also available), of fairly high-quality production value evidenced, amongst other things, by the inclusion in the videos of an actual, fully operational mock-up version of the VF-1 Valkryie variable-sweep wing jet fighter aircraft design from the Macross animated television series.

In your prior email response you stated that Harmony Gold decided not to send the producers a cease and desist demand because in Harmony Gold's opinion 'no commercial exploitation was occurring or was intended' but that Harmony Gold had informed the producers that 'Harmony Gold would vehemently enforce their rights' if the production was 'intended for any form of commercial use or profit'. Based on the two episodes currently available, the fact that their Facebook page plainly states that they will soon announce the 'release date' for a third episode, presumably of the same length and incorporating similar production values, and there is no mention that they intend to do anything other than continue to produce additional episodes, it defies logic that the producers have no intention of obtaining some type of commercial benefit from this live-action episodic 'series' they continue to produce and release.

And regardless of whether the producers are receiving a sufficient amount of monetary revenues from their revenue share of the YouTube ads that are embedded in playback of the videos which may otherwise exceed production costs, amongst other things, BigWest is adamant that the first two episodes infringe upon BigWest's rights in the Macross characters, including the VF-1 Valkyrie variable-sweep wing jet fighter aircraft, and that it is readily apparent that any subsequent episodes produced and released will prominently feature the VF-1 Valkyrie character, especially since it is also apparent from the first two episodes themselves that the producers have expended the resources to create an actual, fully-operational mock-up of the VF-1 Valkyrie character.

In prior correspondence you have acknowledged BigWest's rights in and to the Macross 41 character designs and that Harmony Gold will be careful not to infringe upon such rights, and given that Harmony Gold filed a lawsuit against Hasbro over Hasbro's purported infringement of the very same VF-1 Valkyrie character design, BigWest is demanding that Harmony Gold take the very same aggressive rights infringement enforcement approach against this Argentinean live-action series. Tatsunoko senior management is in complete agreement with BigWest with respect to same and Tatsunoko has instructed me to relay BigWest's demand, now also fully adopted by Tatsunoko, to Harmony Gold.

Lastly, please also be advised that if Harmony Gold fails to undertake all necessary and appropriate action against such rights infringements by the Argentinean producers without undue delay BigWest and/or Tatsunoko will proceed with doing so separately.

I look forward to your response at your earliest convenience.

Sincerely,
Brian Murphy

Law Offices of Brian J. Murphy
Trident Center
11355 West Olympic Blvd.
Suite 300
Los Angeles, CA 90064
Tel: 310.473.3500
Fax: 310.317.7102
E-mail: brian.murphy@brianjmurphyesq.com<mailto:brian.murphy@brianjmurphyesq.com>

From: Brian J. Murphy [mailto:brian.murphy@brianjmurphyesq.com]

HG00000114