# EXHIBIT L

# Matchbox – Robotech (1985)



**Note: DESTROID DEFENDER was released by Matchbox in 1985-86 as "Raidar X"**



**Note: DESTROID PHALANX was released by Matchbox in 1985-86 as "Spartan"**

HG00000115



HG00000116



**Note: DESTROID SPARTAN was released by Matchbox in 1985-86 as "Gladiator"**



**Note: DESTROID TOMAHAWK was released by Matchbox in 1985-86 as "Excaliber"**

HG00000117

# Robotech Art I (Starblaze Editions) (February 1, 1986)



HG00000118

# Robotech: Battlecry for Playstation, Xbox, Nintendo (2002)





HG00000119





HG00000120

**BEN CLOWARD** - Technical Artist



## ROBOTECH: BATTLECRY - GAME CONSOLE TITLE

**PROJECT:**      Robotech: Battlecry
**COMPANY:**      Vicious Cycle Software / TDK Mediactive
**TIMEFRAME:**    January 2001 - September 2002
**SOFTWARE:**     3DS Max, Photoshop, Adobe Premiere, proprietary game editor
**PLATFORM:**     Xbox, PS2, Gamecube

**COMMENTS:**



• My largest contribution to Battlecry was character animation. I rigged all of the characters and animated about 95% of the motion for the game including in-game animation and cut scenes. Character types ranged from transformable fighter jets and mecha to humans and vehicles.

• I contributed to the modeling of the main playable character, the veritech fighter, and was responsible for figuring out how to make it transform, assuring that all of the pieces fit together and worked in all modes: Battloid, Guardian, and Fighter. My rigging allowed the veritech to be easily animated in all of the modes and to transform between them. I created all of the animation for this main character.



• I was in charge of creating and implementing the in-game cut scenes at the beginning and ending of each level. Working from storyboards drawn by the art director, I animated characters, layed down camera paths, and scripted events in the company's proprietary game editor.

• One of the distinguishing features of Battlecry was the anime-style graphics designed to imitate the appearance of the Robotech TV show. I was a major contributor to developing this style and prototyped the first anime shader during early production.



• During production of the game, I worked closely with the engine programming team to aid in the development of level design tools and animation pipeline tools. I contributed to the design of the level editor and the particle system tool.

• I was in charge of creating the game-play mechanics for 15 of the 45 levels. I used the level editor to place objectives and enemy spawn points. I created triggers and scripted the resulting actions. I also helped to assemble the art for each of these maps including painting terrain height maps, applying terrain texture tiles, and arranging set dressing.



• Toward the end of the project I was in charge of creating and editing promotional videos for the game including the opening movie. I captured footage from the game and created the movies using Adobe Premiere and After Effects.

**DOWNLOADS:**

320 x 224 (15.4 mb DivX avi) - The Opening Movie from Robotech: Battlecry

HG00000121

# Robotech: Battlecry – Prima's Official Strategy Guide
# (October 1, 2002)



# Robotech: RPG Tactics (2015)





HG00000123



HG00000124

# Robotech Blind Box Figurines (2015)



HG00000125

# Robotech Transformable Action Figure
# 30th Anniversary Rick Hunter's GBP-1J Heavy
# Armor Veritech (2015)



HG00000126



HG00000127

# Robotech 1/100 Rick Hunter VF-1J Super Veritech Figure (2016)



HG00000128



HG00000129

# Titan Comics – Robotech (November 1, 2017)



HG00000130

# Robotech Visual Archive: The Macross Saga
# (December 19, 2017)

