# EXHIBIT N

MARC EPSTEIN *
BARRY G. WEST
ALAN JAY WEIL
JOHN GAIMS
STEVEN S. DAVIS
JEFFREY B. ELLIS
AMY L. RICE
COREY E. KLEIN
PETER L. STEINMAN
SYLVIA M. VIRSIK
ANDREW M. VOGEL
JOSHUA S. DAVIS
WALTER ZAGZEBSKI

*A PROFESSIONAL CORPORATION

# GAIMS, WEIL, WEST & EPSTEIN, LLP
ATTORNEYS AT LAW

1875 CENTURY PARK EAST
TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-2513
TELEPHONE (310) 407-4520
FAX (310) 277-2133


RECEIVED
JUN 1 ? 2002
BY:_____

MARC EPSTEIN
(310) 407-4520
epstein@gwwe.com

June 11, 2002

cc Frank
Ahmed
Alan
Leonard

**By Federal Express**

Mr. Tsutomu Yumoto
C.E.O.
Sunwards Ltd.
6-14-15 Shimbashi
Minatoku, Tokyo
174-0071 JAPAN

Re:   MACROSS

Dear Mr. Tsutomu Yumoto:

We are litigation counsel to Harmony Gold. For many years Harmony Gold has owned certain exclusive rights in and to the television series MACROSS throughout the world (excluding Japan) (the "Harmony Gold Territory"). Harmony Gold's exclusive rights extend, without limitation, to the distribution of the Macross television series and properties and the right to create and authorize the sale of merchandise based thereon.

We understand that your company has recently obtained a purported license from Big West to distribute certain Macross toys into the Harmony Gold Territory. In Sunward Ltd.'s press release dated May 1, 2002, it stated, "Our right is invested by Big West whose copyright ownership was judicially affirmed by the Tokyo District Court ruling on February 25, 2002."

We wish to advise you that Harmony Gold controls distribution rights to Macross in the Harmony Gold Territory and that the Tokyo District Court ruling does not in any way affect Harmony Gold's rights. Harmony Gold's rights flow from an agreement executed by Big West, Studio Nue and Tatsunoko. Pursuant to this agreement, it was concluded that exploitation rights to Macross outside of Japan would be controlled by Tatsunoko in perpetuity. Tatsunoko, in turn, granted such exploitation rights to Harmony Gold, which has been exercising and enforcing such rights outside of Japan since 1984.

GAIMS, WEIL, WEST & EPSTEIN, LLP

Mr. Tsutomu Yumoto
June 11, 2002
Page 2

    Harmony Gold is scheduled to meet with Big West later this month. If the discussions conclude positively, we would be willing to discuss this matter with you further at that time.

    This letter is not intended to be a complete recitation of all the facts or law relevant to this matter. All of Harmony Gold's rights and remedies are reserved.

    Very truly yours,

    GAIMS, WEIL, WEST & EPSTEIN, LLP

    Marc Epstein

ME/ss