# EXHIBIT Q

```
 1  GAIMS, WEIL, WEST & EPSTEIN, LLP
    BARRY G. WEST, State Bar No. 55365
 2  MARC EPSTEIN, State Bar No. 61062
 3  JESSE J. CONTRERAS, State Bar No. 190538
    1875 Century Park East, 12th Floor
 4  Los Angeles, California 90067
 5  Telephone: (213) 300-1313
    email: bgwest@gwwe.com; epstein@gwwe.com
 6  jcontreras@gwwe.com
 7
    Attorneys for Harmony Gold USA, Inc.
 8
```



FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HARMONY GOLD-USA, INC., a California corporation, | Case No. CV13- 5268 JFW (JEMx) |
| Plaintiff, | **COMPLAINT** |
| v. | **COPYRIGHT INFRINGEMENT** |
| HASBRO, INC., a Rhode Island corporation; and Does 1 through 10, inclusive | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

GAIMS, WEIL, WEST & EPSTEIN, LLP
ATTORNEYS AT LAW
1875 CENTURY PARK EAST, 12th FLOOR, LOS ANGELES, CALIFORNIA 90067-2513
TELEPHONE (310) 407-4500

**COMPLAINT**

Plaintiff Harmony Gold-USA, Inc., alleges claims against Defendant Hasbro, Inc., and DOES 1 through 10 (hereinafter collectively "Defendants") as follows:

## THE PARTIES

1. Plaintiff Harmony Gold-USA, Inc., is a California corporation having offices and its principal place of business at 7655 Sunset Boulevard, Los Angeles, California 90046. It is doing business within the jurisdiction of this Court. Harmony Gold, Ltd., a Hong Kong corporation, entered into some of the agreements referred to in this Complaint and assigned all of its rights in said agreements, with the exception of certain foreign television broadcast rights not relevant to this Complaint, to Harmony Gold-USA, Inc. In this Complaint, "Harmony Gold" is used to refer to Harmony Gold-USA, Inc. itself or as the assignee in place and stead of Harmony Gold, Ltd.

2. Upon information and belief, Defendant Hasbro, Inc. ("Hasbro") is and was at all times relevant hereto a Rhode Island corporation. Hasbro is doing business within the jurisdiction of this Court.

3. The true names and capacities, whether individual, corporate or otherwise, of defendants named herein as DOES 1 through 10 are presently unknown to Harmony Gold, who therefore sues said defendants by such fictitious names. Harmony Gold will seek to amend this complaint to allege the true names and capacities of said defendants when it has ascertained such information. Harmony Gold is informed and believes and on the basis of such information and

belief alleges that each defendant DOE 1 through 10 has participated in some or all of the acts or conduct herein alleged and is liable to Harmony Gold by reason thereof

## JURISDICTION AND VENUE

4. This is an action for copyright infringement under the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.*, and related claims for unfair competition under the laws of the State of California and the common law. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1332, 1338, and 1367. By this action, Harmony Gold seeks injunctive relief and damages against all Defendants.

5. This Court has personal jurisdiction over Defendants Hasbro and DOES 1 through 10 because they conduct continuous, systematic, and routine business within the State and within the County of Los Angeles. This Court also has personal jurisdiction over Defendants as they have committed tortious acts within the State, and/or have committed tortious acts outside California causing injury within the State and derive substantial revenue from interstate commerce.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

3
COMPLAINT

# FACTS

7. This action involves an infringement of Harmony Gold's rights – including the right to prepare derivative works, such as toys and other merchandise – in and to three animated television series that originated in Japan between 1982 and 1984. The subject television series (collectively, the "Series") are entitled: Macross, Episodes 1-36, which was telecast in 1982-83; Mospeada, Episodes 1-25, which was telecast in 1983-84; and The Southern Cross, Episodes 1-23, which was also telecast in 1983-84. The Series featured futuristic animation and mechanical robot characters, vehicles, and weaponry for extraterrestrial combat, including without limitation a vehicle known as the Veritech Fighter VF-1. Tatsunoko Production Company, Ltd. ("Tatsunoko"), a Japanese corporation, is the exclusive author and owner of all worldwide copyrights, moral rights, and rights of publication of the Series, except for certain limited rights not related to this action which Tatsunoko granted to third parties. By agreement dated October 1, 1982, the three companies that originally contributed to the creation of the Series in Japan – K.K. Studio Nue, K.K. Big West, and Tatsunoko – agreed that with respect to the sale of the Series outside Japan, and all merchandising rights outside Japan, Tatsunoko was entitled to such sale and exploitation and was to be entitled to any and all proceeds by exploitation of such rights.

8. By agreement dated September 11, 1984 (the "1984 Agreement"), Tatsunoko granted to Harmony Gold, subject to certain exceptions not relevant to

4
COMPLAINT

Harmony Gold's claims asserted herein, exclusively and irrevocably the rights to exploit the copyrights in the Series in the United States and certain other countries, including but not limited to television broadcasting, merchandising exploitation, theatrical and nontheatrical exploitation, video devices, sound recording devices and publications, and to prepare derivative works based on, advertise, and otherwise dispose of and exploit, the Series, and any and all versions, characters, stories, settings, titles, music, sound track and effects, animation, artwork and all other components thereof. The initial term of the 1984 Agreement was seven years.

9. After acquiring the rights to the Series from Tatsunoko in 1984, Harmony Gold combined the three programs comprising the Series, and marketed them to United States audiences under the title "Robotech."

10. Since 1984, Harmony Gold has used and exploited, and continues to use and exploit, its rights in the Series in interstate commerce throughout the United States and certain other territories throughout the world, directly and indirectly through licensees, through among other things, television broadcasting; distribution of videos; manufacture and sale of merchandise, including comic books, toys, novels, games, and apparel.

11. On March 28, 1985, Tatsunoko and Harmony Gold registered the Series for copyright with the U.S. Copyright Office.

12. On May 28, 1985, Harmony Gold recorded in the U.S. Copyright Office a Short Form Assignment dated May 15, 1985 made subject to and in

5
COMPLAINT

confirmation of the exclusive and irrevocable rights granted to it in the 1984 Agreement. By so doing, Harmony Gold put all persons on constructive notice of its rights in and to the Series.

13. By agreement dated March 15, 1991 (the "1991 Agreement") Tatsunoko renewed the grant to Harmony Gold of the rights granted in the 1984 Agreement for an additional initial term of ten years, to include all worldwide territories excluding only Japan and all other Asian territories.

14. On August 6, 1998, Tatsunoko and Harmony Gold entered into a contract called Amendment to Main Agreement which renewed the grant to Harmony Gold of the rights granted in the 1991 Agreement for a renewal term through and including March 14, 2011.

15. From and after 1985, from time to time, Harmony Gold, together with licensees, created and expressed derivative works in the form of toys based on the Series and the Veritech VF-1 that appeared in the Series. Hereinafter the toys so created and expressed and the Series, including without limitation the depiction and expression of the Veritech VF-1 in the Series, are referred to collectively as the "Copyrighted Works." Harmony Gold is the sole and exclusive owner of all rights of copyright in the Copyrighted Works in the United States, and Harmony Gold's licensees own no rights of copyright in the Copyrighted Works.

16. On March 20, 2008, Tatsunoko and Harmony Gold entered into a contract called Amendment to Original Agreement which renewed the grant to

6
COMPLAINT

Harmony Gold of the rights granted in the 1991 Agreement for a renewal term through and including March 14, 2021.

## CLAIM FOR RELIEF

### (Copyright Infringement Under 17 U.S.C. §§ 101 *et seq.* Against All Defendants)

17. Harmony Gold repeats and incorporates the allegations contained in paragraphs 1 through 16 of this Complaint as though fully and completely set forth herein.

18. Without Harmony Gold's authorization or consent, Defendants have sold and distributed and continue to sell and distribute in the United States a toy in a box labeled, "G.I. Joe and the Transformers ... The Epic Conclusion" (the "Hasbro Toy") which infringes Harmony Gold's copyrights in the Copyrighted Works.

19. Unless permanently enjoined by Order of this Court, Defendants have and will continue to offer for sale and distribution toys that infringe Harmony Gold's rights, all to Harmony Gold's irreparable injury. As a result of Defendants' acts of infringement, Harmony Gold is without an adequate remedy at law in that damages are difficult to ascertain and, unless injunctive relief is granted as prayed for herein, Harmony Gold will be required to pursue a multiplicity of actions.

20. Harmony Gold has sustained, and will continue to sustain, substantial pecuniary damage to the value of its exclusive rights in and to the Copyrighted Works in that the previously described activities of Defendants have diminished and will continue to diminish the revenues that Harmony Gold otherwise would receive.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Harmony Gold-USA, Inc. prays for relief against Defendants, including without limitation Defendant Hasbro, Inc., as follows:

A. That Defendants, their agents, servants and employees and all persons acting in concert with them be restrained and enjoined permanently from selling, marketing, distributing, or otherwise disposing of any unauthorized toys or other products that are based on the Copyrighted Works.

B. That Defendants be required to deliver upon oath all toys or other products in their possession, held for sale or distribution, or otherwise under their control, which infringe or which may have been used to infringe Harmony Gold's exclusive rights under copyright to the Copyrighted Works; and that Orders for Seizure in respect of the foregoing be issued out of this Court and that at the conclusion of this action, the Court shall order all such material so held to be surrendered to Harmony Gold or to be destroyed under 17 U.S.C. § 503, whichever shall seem to this Court to be most just and proper.

C. That Defendants be required to recall from any person or entity known to them who purchased or received from Defendants any copies of any unauthorized toys or other products based on the Copyrighted Works.

D. That Defendants be required to account for all gains, profits and advantages derived from their acts of infringement and for their other violations of law.

E. That Defendants be required to pay over to Harmony Gold the actual damages suffered by Harmony Gold as a result of the infringement of Harmony Gold's copyrights, and any profits of Defendants attributable to the sale or distribution of toys and merchandise that infringes Harmony Gold's copyrights, and to pay such damages to Harmony Gold as this Court shall deem to be just and proper within the provisions of the Copyright Act or, in the alternative, at Harmony Gold's election, statutory damages as set forth in 17 U.S.C. § 504.

F. For exemplary damages against Defendants in an amount sufficient to punish and make a public example of Defendants, and to deter such wrongful conduct in the future.

G. That Harmony Gold recover prejudgment interest.

H. That Harmony Gold recover its costs of suit incurred herein.

I. That Harmony Gold recover its attorneys' fees incurred in this action.

J.     That Harmony Gold have such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: July 22, 2013

GAIMS, WEIL, WEST & EPSTEIN, LLP
BARRY G. WEST
MARC EPSTEIN
JESSE J. CONTRERAS

By: _____
       Jesse J. Contreras
*Attorneys for Plaintiff Harmony Gold-USA, Inc.*

# DEMAND FOR JURY TRIAL

Plaintiff Harmony Gold-USA, Inc. hereby demands a trial by jury in this action.

Dated: July 22, 2013

GAIMS, WEIL, WEST & EPSTEIN, LLP
BARRY G. WEST
MARC EPSTEIN
JESSE J. CONTRERAS

By: _____
       Jesse J. Contreras
*Attorneys for Plaintiff Harmony Gold-USA, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

    This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

**CV13- 5268 JFW (JEMx)**

    Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Barry G. West (State Bar No. 55365)
Marc Epstein (State Bar No. 61062)
Jesse J. Contreras (State Bar No. 190538)
Gaims, Weil, West & Epstein LLP
1875 Century Park East, 12th Fl., L.A. CA 90067
Phone: 213 300-1313; email: bgwest@gwwe.com; epstein@gwwe.com
jcontreras@gwwe.com
Attorneys for Plaintiff Harmony Gold-USA, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONY GOLD-USA, INC, a California corporation, <br><br> PLAINTIFF(S) <br> v. <br> HASBRO, INC., a Rhode Island corporation; and Does 1 through 10, <br><br> DEFENDANT(S). | CASE NUMBER <br> CV13- 5268 JFW (JEMx) <br><br> SUMMONS |

TO:     DEFENDANT(S):

        A lawsuit has been filed against you.

        Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Jesse J. Contreras_____, whose address is _Gaims, Weil, West & Epstein, LLP, 1875 Century Park East, 12th Fl., L.A., CA 90067___.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              Clerk, U.S. District Court

        JUL 2 2 2013                                          **JULIE PRADO**
Dated: _____                         By: _____
                                                              Deputy Clerk

                                                              (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                              **SUMMONS**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Harmony Gold-USA, Inc. a California corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Hasbro, Inc. a Rhode Island corporation; and Does 1 through 10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Barry G. West (State Bar No. 55365); Marc Epstein (State Bar No. 61062); Jesse J. Contreras (State Bar No. 190538); Gaims, Weil, West & Epstein, LLP
1875 Century Park East, 12th Floor, Los Angeles, CA 90067
Email: bgwest@gwwwe.com; epstein@gwwwe.com; Telephone: 213 300-1313

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright infringement, 17 U.S.C. §§ 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** CV13- 5268

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | State of Rhode Island |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*****Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: July 19, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |