# EXHIBIT R

**From:** Russ Bullock <russ.bullock@piranhagames.com>
**Date:** Friday, January 11, 2013 at 1:02 PM
**To:** Christy Duran <cduran@harmonygold.com>
**Cc:** Maggie Soria <msoria@harmonygold.com>, "tommy@robotech.com"
**Subject:** RE: MechWarrior Online

Hi Christy.

---

I understand.

However I hope you will allow me to explain something because I want to make sure that Piranha Games and Harmony Gold keep a good relationship moving forward.

The history of Battletech and it's early relationship with the Macross designs is complex and as you may or may not be aware Battletech actually owns certain names for the original mechs where HG owns the likeness.

One example would be the "Marauder" - which is actually the "Zentraedi "Glaug" Officer's Battle Pod" in the Macross universe.  Now as I said, Battletech owns the name "Marauder" that all of its fans know and remember but the likeness belongs to HG.

Therefore over the years the Battletech universe redesigned the look of those Battlemechs "Just enough" to not infringe on HG's rights.  Piranha Games is very likely looking to consult legal counsel to review our artwork to ensure that it is different from the original HG owned designs.  At Piranha we employ a concept artist that has actually been redesigning and "rebooting" all of the battlemechs we put into our game and when finished they are completely updated and quite different.  Please let me provide you an example below.

Here is the Jagermech in its original Battletech art.

1



And the Piranha Games rebooted design by our artists.



I think you will agree that the new design not only looks more modern but also looks significantly different from the original design.  Different enough to not infringe if this was a Macross design ( It's not ).

This is the route we plan to take with the Marauder, Warhammer, Rifleman etc of the "Classic" MechWarrior designs.  The artwork will be new and rebooted by our artists and sufficiently different from any HG owned designs. Even though we have a very high level of confidence we could pursue this option which would save us licensing costs, I  have been reaching out to HG to try and put an agreement in place just for simplicities sake.  For great clarity even if we get permission to use the original designs they are likely to go through our "reboot" process anyhow, therefore the artwork would still be different from any Robotech products in existence or forthcoming.

2

An agreement would then mostly provide simplicity where we don't have to pay counsel to approve our designs, I would rather provide ==that money to HG in a license fee.==  My hope is that this latest information will perhaps shed a new light on our intentions and might provide a different perspective.  With our new "Reboot" process on the artwork there really is no conflict present.

If there is still no way to work together perhaps put me in touch with your legal counsel so I may express our intentions.

Thanks.

Russ


-----Original Message-----
From: Christy Duran [mailto:cduran@harmonygold.com]
Sent: January-11-13 10:28 AM
To: Russ Bullock
Cc: Maggie Soria; Tommy Yune
Subject: Re: MechWarrior Online

No I am sorry, nothing has changed.

Christy Duran

On Jan 11, 2013, at 12:33 PM, "Russ Bullock" <russ.bullock@piranhagames.com> wrote:

> Hi Christy,
>
> It has been quite a few months since our last conversation therefore I wanted to reach out to you once again.
>
> Since we last spoke MechWarrior Online launched into Open Beta on Oct 29th and has been a great success thus far.
>
> I was hoping things might have changed sufficiently to allow me to ==present either to HG or your licensee a business proposal for using the likeness of a few designs that are known as the "Unseen" in MechWarrior.==
>
> Thanks Christy.
>
> Russ
>
>
>
> -----Original Message-----
> From: cduran@harmonygold.com [mailto:cduran@harmonygold.com]
> Sent: May-07-12 10:19 AM
> To: Russ Bullock
> Cc: Maggie Soria; Tommy Yune
> Subject: Re: MechWarrior Online
>
> Dear Russ:
>
> Thank you for your email. I have had lengthy conversations with Harmony Gold executives and our licensee and ==neither party is willing to grant any license for the use of our trademarked properties in any MechWarrior, Battletech or other related properties.==

> 
> Good luck with your projects.
> 
> Best.
> 
> Christy Duran
> Harmony Gold USA, Inc.
> 7655 Sunset Blvd.
> Los Angeles, CA 90046
> P: 323.851.4900
> F: 323.436.7257
> cduran@harmonygold.com
> 
> -----Original Message-----
> From: Russ Bullock <russ.bullock@piranhagames.com>
> Date: Mon, 7 May 2012 16:53:45
> To: 'Christy Duran'<cduran@harmonygold.com>
> Cc: 'Maggie Soria'<msoria@harmonygold.com>; 'tommy@robotech.com'<tommy@robotech.com>
> Subject: RE: MechWarrior Online
> 
> Hi Christy,
> 
> Forgive my persistence.
> 
> But a whole lot has happened with MechWarrior Online since we last spoke including a huge amount of coverage coming out of GDC and a big piece going live on IGN this morning at 10am pacific.
> 
> I was hoping I could be put in contact with your Licensee to just have a discussion on what we would ideally like to see.
> 
> I'm hoping a conversation will not hurt.  I would appreciate any help you can offer in making that happen.
> 
> Thanks again.
> 
> Russ
> 
> -----Original Message-----
> From: Christy Duran [mailto:cduran@harmonygold.com]
> Sent: January-03-12 8:05 AM
> To: Russ Bullock
> Cc: John Cooney; Maggie Soria; tommy@robotech.com
> Subject: RE: MechWarrior Online
> 
> Hi Russ:
> 
> Happy New Year!
> 
> As soon as we received your request, I immediately contacted our "licensee" and they have declined any use at this time.
> 
> I am sorry that I do not have better news to report.
> 
> Best,

4

> Christy Duran
>
>
> -----Original Message-----
> From: Russ Bullock [mailto:russ.bullock@piranha-games.com]
> Sent: Mon 1/2/2012 1:02 PM
> To: Christy Duran
> Cc: John Cooney; Maggie Soria; tommy@robotech.com
> Subject: RE: MechWarrior Online
>
> Hi Christy,
>
> I hope you had a great holiday season.
>
> I was wondering if it was possible for you to share with us who the option is with so that we might contact them regarding any possibilities about using particular designs in a limited way.
>
> Russ
>
> -----Original Message-----
> From: Christy Duran [mailto:cduran@harmonygold.com]
> Sent: December-19-11 7:30 PM
> To: Russ Bullock
> Cc: John Cooney; Maggie Soria; tommy@robotech.com
> Subject: RE: MechWarrior Online
>
> HI Russ:
>
> Unfortunately, we have an option agreement out that prohibits any such licensing.
>
> Sorry,
>
> Best,
> Christy Duran
>
>
>
> -----Original Message-----
> From: Russ Bullock [mailto:russ.bullock@piranha-games.com]
> Sent: Mon 12/19/2011 1:26 PM
> To: Christy Duran
> Cc: John Cooney; Maggie Soria; tommy@robotech.com
> Subject: RE: MechWarrior Online
>
> Hi Christy,
>
> I appreciate your response.
>
> I'm sure were all on the same page but just to be safe I wanted to make one example of a particular design as an example.
>

> Example:  In Battletech/MechWarrior there is a design called the Rifleman.  The original design for the Rifleman actually comes from Macross called "MBR-04-Mk X Defender Anti-Aircraft Defense Destroid"

>

> Ideally we would be able to pay cash to license that design from Harmony Gold to allow us to place the Rifleman back into our MechWarrior title for the fans.

>

> Thanks for reading and please just confirm that indeed this is not going to be possible and if confirmed would that be the case for all designs or should I list them out specifically for you?

>

> There would be around a half a dozen we would be interested in.

>

> Russ

>

> -----Original Message-----
> From: Christy Duran [mailto:cduran@harmonygold.com]
> Sent: December-15-11 11:28 AM
> To: Russ Bullock
> Cc: John Cooney; Maggie Soria; tommy@robotech.com
> Subject: RE: MechWarrior Online

>

> Hi Russ:

>

> I am sorry, but we are not in a position to license any rights at this time.  All of those rights are all tied up at the present.

>

> Sorry.

>

> Christy Duran

>

>

> -----Original Message-----
> From: Russ Bullock [mailto:russ.bullock@piranha-games.com]
> Sent: Thu 12/15/2011 10:35 AM
> To: Christy Duran
> Cc: 'John Cooney'
> Subject: MechWarrior Online

>

> Hi Christy,

>

> My name is Russ Bullock and I am President of Piranha Games Inc. the current IP holder for MechWarrior and the developer for the upcoming MechWarrior Online.  I have also included on this email John Cooney who works with our publisher in business development.  I was hoping we could schedule a call sometime soon to discuss the potential use of some of the Robotech designs.

>

> We are aware of settlement between Battletech IP holders and Harmony Gold from many years past and will abide by the terms of this settlement.

>

> We realize you are exploiting your rights in other ways, but we would like to explore the opportunity for an upfront cash license for some of the Destroids that played a minor roll in the Robotech story but are of high interest to our fan base.

>

> I would like to propose a few different times that might work for a call:

6

>
>
> Today:  Anytime this afternoon
> Friday: 3:00pm
> Monday: Anytime after 1:00pm
>
> Please let us know if there is a time that works for you and we will send along the invite.
>
>
> Russ Bullock
> President
> Piranha Games Inc.
> Direct   604 484 6688
> Cell      604 787 6979
> www.piranha-games.com<http://www.piranha-games.com>
> www.mwomercs.com<http://www.mwomercs.com>
>
>
>
>