HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | Case No. 2:17-CV-00327-TSZ <br><br> **PRAECIPE TO PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY) (Dkt. 93)** |

Pursuant to Local Rule 7(m), defendant Piranha Games Inc. ("Piranha") respectfully requests that the Court consider the concurrently submitted corrected version of Piranha's surreply to plaintiff's Reply (Dkt. 101) in support of plaintiff's motion for issuance of a letter request (Dkt. 93). The previously filed version of the surreply (Dkt. 113) states at page 3, line 3, "as trial counsel for Piranha is still not admissible evidence." This sentence has been revised to state, "as trial counsel for plaintiff is still not admissible evidence." Also, there was an incorrect word placed at page 3, line 17, which states "Piranha respectfully requests asks Court" and that sentence has been revised to state "Piranha respectfully requests the Court." No other modifications to the surreply have been made.

**DORSEY & WHITNEY LLP** <br> COLUMBIA CENTER <br> 701 FIFTH AVENUE, SUITE 6100 <br> SEATTLE, WASHINGTON 98104 <br> PHONE: (206) 903-8800 <br> FAX: (206) 903-8820

The undersigned apologizes to the Court and opposing counsel for the inconvenience. Piranha respectfully requests the Court to consider the attached [Corrected] Surreply.

Respectfully submitted this 12th day of April, 2018.

DORSEY & WHITNEY LLP

*/s/ Paul T. Meiklejohn*
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8800
Fax: (206) 903-8820

*Attorneys for Defendant Piranha Games Inc.*

PRAECIPE TO PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER
OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of PRAECIPE TO PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY) and attached [CORRECTED] PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY) were served on the following parties, by the method(s) indicated below, on April 12, 2018.

| | |
|---|---|
| Jessica Stebbins Bina (admitted *pro hac vice*) jessica.stebbinsbina@lw.com LATHAM & WATKINS LLP 10250 Constellation Blvd., 3rd Floor Los Angeles, CA 90067 | ☒ Via ECF ☐ Via Hand Delivery ☐ Via Overnight Courier ☐ Via Facsimile ☐ Via Electronic Mail |
| Damon C. Elder, WSBA #46754 Andrew R.W. Hughes, WSBA #49515 CALFO EAKES & OSTROVSKY PLLC 1301 Second Avenue, Suite 2800 Seattle, WA 98101 damone@calfoeakes.com andrewh@calfoeakes.com  *Attorneys for Plaintiff Harmony Gold U.S.A., Inc.* | ☒ Via ECF ☐ Via Hand Delivery ☐ Via Overnight Courier ☐ Via Facsimile ☐ Via Electronic Mail |
| Warren J. Rheaume, WSBA No. 13627 warrenrheaume@dwt.com James H. Corning, WSBA No. 45177 jamescorning@dwt.com DAVIS WRIGHT TREMAINE LLP 1201 Third Avenue, Suite 2200 Seattle, WA 98101 Phone: (206) 757-8265 Fax: (206) 757-7265 | ☒ Via ECF ☐ Via Hand Delivery ☐ Via Overnight Courier ☐ Via Facsimile ☐ Via Electronic Mail |

PRAECIPE TO PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

*Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman*

_/s/   Paul T. Meiklejohn_
Paul T. Meiklejohn

PRAECIPE TO PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER
OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820