# Attachment

HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

HAREBRAINED SCHEMES LLC,
HAREBRAINED HOLDINGS, INC., JORDAN
WEISMAN, PIRANHA GAMES INC. and DOES
1–10,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:17-CV-00327-TSZ

**[CORRECTED] PIRANHA GAMES
INC.'S RULE 7(g) SURREPLY TO
PLAINTIFF'S REPLY IN SUPPORT
OF PLAINTIFF'S MOTION FOR
ISSUANCE OF A LETTER OF
REQUEST (LETTER ROGATORY)
(Dkt. 93)**

Defendant Piranha Games Inc. ("Piranha") moves to strike (a) the declaration of Jessica Stebbins Bina, trial counsel for plaintiff ("Bina declaration") (Dkt. 102), which was filed along with plaintiff's Reply (Dkt. 101) in support of its motion for issuance of a letter rogatory (Dkt. 93), and (b) the portions of the Reply which rely upon the Bina declaration. All of the arguments made in the declaration and Reply could have been made in plaintiff's opening motion when Piranha would have had an opportunity to respond.

Plaintiff's strategy on this motion seems to be to sandbag Piranha. The body of the opening motion is less than one page with no supporting declaration. In reply, plaintiff presents a six page memorandum along with the Bina declaration.

The Bina declaration contains three substantive paragraphs, each of which is improper.

[CORRECTED] PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO
PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE
OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

Paragraph 4 presents as fact a one-sided argument about the status of discovery — improperly and inaccurately suggesting that Piranha is somehow the cause of discovery delay in this case. If the Court were to consider this paragraph, Piranha would like to supplement the record to show the complete discovery picture.

Paragraph 2 of the declaration is unsupported and misleading and should be stricken. The premise of plaintiff's argument that it has standing is the allegation that it received an exclusive license from its licensor, Tatsunoko, who, in turn, allegedly received those copyrights from Big West. Plaintiff never credibly explains why it cannot obtain the documents it seeks voluntarily from its licensor, Tatsunoko, which is allegedly "cooperative" with plaintiff ("While Tatsunoko has been cooperative…"; Bina decl., ¶ 2). If, in fact, Big West transferred copyrights in the Big West Characters to Tatsunoko, and Tatsunoko then transferred them to plaintiff, one would expect that both plaintiff and Tatsunoko would be in possession of the documents evidencing the original transfer. Yet, apparently, Tatsunoko either has no such documents, or will not release them for reasons of alleged confidentiality. It is plaintiff's burden to prove a chain of copyright ownership going back to the original author of the work, yet plaintiff fails to credibly explain why letters rogatory are needed to get documents that, if they exist, should already be in the possession of Tatsunoko. Plaintiff also fails to identify the documents it seeks.

Paragraph 3 of the declaration should be stricken as unsupported hearsay. Ms. Bina characterizes and selectively quotes from documents which were not submitted with the motion or the reply. *See Calence, LLC v. Dimension Data Holdings,* 2007 U.S. Dist. LEXIS 36235, at *8-9 (W.D. Wash., May 16, 2007) (granting motion to strike document "on the basis that it is irrelevant, lacks foundation and contains inadmissible hearsay") (Martinez, J.); *RRW Legacy Mgmt. Grp. v. Walker,* 2015 U.S. Dist. LEXIS 137774, at *31-32 (W.D. Wash., October 8, 2015) (same) (Pechman, J.). Ms. Stebbins Bina says the agreements will be discussed further in plaintiff's opposition to Piranha's pending motion for summary judgment, where the documents were filed,

[CORRECTED] PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO
PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE
OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

and to that extent Piranha will address the documents in its summary judgment Reply. But Ms. Stebbins Bina's personal characterization of the documents in a declaration made in her capacity as trial counsel for plaintiff is still not admissible evidence, and should be stricken. Further, the documents are irrelevant as they do not even mention copyrights or the Big West Characters that are in dispute in this case.

Piranha also requests that the Court strike footnote 1 on page 2 of the Reply. The footnote characterizes a company called FASA as "Piranha's predecessor" in an apparent attempt to impute FASA's views and actions to Piranha at a point in the briefing when Piranha has no opportunity to respond. FASA is not Piranha's predecessor, and plaintiff provides no evidence to support its assertion. *See Davis v. City of Seattle,* 2008 U.S. Dist. LEXIS 4429, at *44-47 (W.D. Wash., January 22, 2008) (declining to reconsider order striking materials filed by plaintiff that were "replete with hearsay and double hearsay, as well as speculative statements and assertions lacking proper foundation") (Zilly, J.); *see also Blough v. Shea Homes, Inc.,* 2014 U.S. Dist. LEXIS 100600, at *16-17 (W.D. Wash., July 23, 2014) (granting motion to strike inaccurate statements in reply brief) (Martinez, J.); *Kennedy v. AJVS, Inc.,* 2012 U.S. Dist. LEXIS 68547, at *11-12 (W.D. Wash., May 15, 2012) (same) (Pechman, J.).

Accordingly, Piranha respectfully requests the Court to strike the Bina declaration as well as page and line numbers 2:14-21; 4:12-17; 5:5-7; 6:15-22 and footnote 1 of plaintiff's Reply.

Respectfully submitted this 11th day of April, 2018.

DORSEY & WHITNEY LLP

*/s/ Paul T. Meiklejohn*
Paul T. Meiklejohn, WSBA No. 17477
J. Michael Keyes, WSBA No. 29215
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8800
Fax: (206) 903-8820

*Attorneys for Defendant Piranha Games Inc.*

[CORRECTED] PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO
PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE
OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of (1) Piranha's RULE 7(g) SURREPLY TO PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY) were served on the following parties, by the method(s) indicated below, on April 11, 2018.

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

Damon C. Elder, WSBA #46754
Andrew R.W. Hughes, WSBA #49515
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA  98101
damone@calfoeakes.com
andrewh@calfoeakes.com

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 757-8265
Fax: (206) 757-7265

☒ Via ECF
☐ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile
☐ Via Electronic Mail

*Attorneys for Defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman*

*/s/   Paul T. Meiklejohn*
Paul T. Meiklejohn

[CORRECTED] PIRANHA GAMES INC.'S RULE 7(g) SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST (LETTER ROGATORY)
Case No. 2:17-cv-00327-TSZ - 4

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820