


HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> HAREBRAINED SCHEMES LLC, HAREBRAINED HOLDINGS, INC., JORDAN WEISMAN, PIRANHA GAMES INC. and DOES 1–10, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> STIPULATION TO RENOTE PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 20, 2018 |

Pursuant to Local Civil Rule 7(l), plaintiff Harmony Gold U.S.A., Inc. and defendant Piranha Games Inc. hereby stipulate that Piranha's Second Motion for Summary Judgment as to Lack of Standing (Dkt. 87), which presently has a noting date of April 13, 2018, shall be renoted to April 20, 2018.

STIPULATION TO RENOTE PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 20, 2018 - 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED:  April 12, 2018

Respectfully submitted,

*/s/ Ryan B. Meyer*
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

*/s/ Jessica Stebbins Bina*
Jessica Stebbins Bina (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Damon C. Elder, WSBA No. 46754
Andrew R.W. Hughes, WSBA No. 49515
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

STIPULATION TO RENOTE PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 20, 2018 - 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820

# SCERTIFICATE OF SERVICE

I hereby certify that true and correct copy of STIPULATION TO RENOTE PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 20, 2018 was served on the following parties, by the method(s) indicated below, on April 12, 2018.

| | |
|---|---|
| Damon C. Elder, WSBA #46754<br>damone@calfoeakes.com<br>Andrew R.W. Hughes, WSBA #49515<br>andrewh@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808 | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail |

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Warren J. Rheaume, WSBA No. 13627
warrenrheaume@dwt.com
James H. Corning, WSBA No. 45177
jamescorning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*/s/ Ryan B. Meyer*
Ryan B. Meyer

STIPULATION TO RENOTE PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO LACK OF STANDING (DKT. 87) TO APRIL 20, 2018 - 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820