UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>HAREBRAINED SCHEMES LLC, et al.,<br><br>                Defendants. | C17-327 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation between plaintiff Harmony Gold U.S.A., Inc. ("Harmony") and defendant Piranha Games Inc. ("Piranha"), docket no. 115, Piranha's second motion for summary judgment as to Harmony's lack of standing, docket no. 87, is RENOTED to April 20, 2018.

(2) Pursuant to the stipulation between Harmony and defendants Harebrained Schemes LLC, Harebrained Holdings, Inc., and Jordan Weisman (collectively, the "Harebrained Defendants"), docket no. 104, Harmony's claims against the Harebrained Defendants are DISMISSED with prejudice and without costs. All future filings in this matter shall bear the following caption:

> HARMONY GOLD U.S.A., INC.,
>
>                 Plaintiff,
>
>   v.
>
> PIRANHA GAMES INC.; INMEDIARES PRODUCTIONS, LLC; and DOES 1-10,
>
>                 Defendants.

(3) The deadlines for joining parties and amending pleadings having expired, Harmony is DIRECTED to show cause by May 4, 2018, why its claims against defendants Does 1-10 should not be dismissed without prejudice for failure to prosecute.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2