HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

                              Plaintiff,

        v.

PIRANHA GAMES INC.; INMEDIARES
PRODUCTIONS, LLC; and DOES 1–10,

                              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:17-CV-00327 TSZ

**PIRANHA'S UNOPPOSED MOTION
TO SEAL PORTIONS OF
PIRANHA'S REPLY IN SUPPORT
OF PIRANHA'S SECOND MOTION
FOR SUMMARY JUDGMENT AS
TO PLAINTIFF'S LACK OF
STANDING TO ASSERT
COPYRIGHT INFRINGEMENT
CLAIM**

**NOTE ON MOTION CALENDAR:
APRIL 20, 2018**

## I.   MOTION TO SEAL

Pursuant to Local Civil Rule 5(g), Defendant Piranha Games Inc. ("Piranha") respectfully requests that this Court permit Piranha to file under seal an unredacted version of Piranha's Reply in Support of Piranha's Second Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim ("Reply Memorandum"). The Reply Memorandum contains information that Plaintiff Harmony Gold asserts is, or may be, confidential to one or more third parties. Harmony Gold previously moved to seal portions of documents submitted in opposition to the pending motion for summary judgment which contain the same potentially confidential information. *See* Dkt. 105, 106. Piranha did not file an opposition to Harmony Gold's motion to seal (Dkt. 105), and that motion is still pending.

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT
INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

Accordingly, Piranha requests leave to file an unredacted version of the Reply Memorandum under seal to preserve the confidentiality of the information contained therein, to the extent the Court deems any of it to be confidential. Piranha will also file a publicly accessible, redacted version of the Reply Memorandum.

Harmony Gold's counsel has confirmed that Harmony Gold will not oppose this motion. Because this motion to seal and Harmony Gold's previously-filed motion to seal (Dkt. 105) relate to the same material, the two motions should be decided together.

A Proposed form of Order Granting/Denying the Motion to Seal is filed concurrently herewith.

## II.   CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 5(g)(3)(A)

On April 6, 2018 (by telephone) and April 20, 2018 (by email), counsel for Piranha (Ryan Meyer and Todd Fairchild) and Harmony Gold (Jessica Stebbins Bina) met and conferred by in an attempt to reach agreement on the need to file the documents under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Based on Harmony Gold's concern that the documents may contain confidential information of third parties, counsel for Piranha has agreed to file unredacted versions of the material under seal. Counsel for Harmony Gold confirmed that Harmony Gold would not oppose Piranha's motion.

## III. SPECIFIC STATEMENT OF THE APPLICABLE LEGAL STANDARD AND THE REASONS FOR KEEPING DOCUMENT UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 5(g)(3)(B)

Piranha files this motion to seal because Harmony Gold has designated the information as confidential. Accordingly, Harmony Gold has the burden of satisfying Local Civil Rule 5(g)(3)(B). Harmony Gold previously filed a motion to seal pertaining to this same information (Dkt. 105), and the Court has not yet decided that motion.

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT
INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## IV. CONCLUSION

For the reasons stated above, Piranha respectfully requests this Court's permission to file portions of its Reply Memorandum under seal. A redacted version of that document will be filed publicly.

Respectfully submitted this 20th day of April, 2018.

DORSEY & WHITNEY LLP

/s/ Paul T. Meiklejohn
Paul T. Meiklejohn, WSBA No. 17477
meiklejohn.paul@dorsey.com
J. Michael Keyes, WSBA No. 29215
keyes.mike@dorsey.com
Todd S. Fairchild, WSBA No. 17654
fairchild.todd@dorsey.com
Ryan B. Meyer, WSBA No. 37832
meyer.ryan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8800
Fax: (206) 903-8820

*Attorneys for Defendant Piranha Games Inc.*

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM was served by ECF on the following parties on April 20, 2018:

Damon C. Elder, WSBA #46754
damone@calfoeakes.com
Andrew R.W. Hughes, WSBA #49515
andrewh@calfoeakes.com
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

/s/ Paul T. Meiklejohn
Paul T. Meiklejohn

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT
INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820