HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,                )    CASE No. 2:17-CV-00327 TSZ
                                          )
                        Plaintiff,        )    **PROPOSED ORDER GRANTING /**
                                          )    **DENYING PIRANHA'S**
                                          )    **UNOPPOSED MOTION TO SEAL**
            v.                            )    **PORTIONS OF PIRANHA'S REPLY**
                                          )    **IN SUPPORT OF PIRANHA'S**
PIRANHA GAMES INC.; INMEDIARES            )    **SECOND MOTION FOR SUMMARY**
PRODUCTIONS, LLC; and DOES 1–10,          )    **JUDGMENT AS TO PLAINTIFF'S**
                                          )    **LACK OF STANDING TO ASSERT**
                                          )    **COPYRIGHT INFRINGEMENT**
                        Defendants.       )    **CLAIM**
                                          )
                                          )    **NOTE ON MOTION CALENDAR:**
                                          )    **APRIL 20, 2018**
                                          )

The Court has considered Defendant Piranha Games Inc.'s ("Piranha") Unopposed Motion to Seal Portions of Piranha's Reply in Support of Piranha's Second Motion for Summary Judgment as to Plaintiff's Lack of Standing to Assert Copyright Infringement Claim.  Pursuant to Local Rule 5(g), the Court finds that there [is] [is not] good cause to seal portions of Piranha's Reply. The Court finds that there [are] [are not] compelling reasons sufficient to outweigh the public's interest in disclosure and to justify sealing the material in question.

Now therefore, it is hereby ordered that the unredacted versions of Piranha's Reply [shall remain under seal] [shall be unsealed and filed on the Court's public docket].

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT
INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

SO ORDERED this _____ day of _____, 2018.


_____
The Honorable Thomas S. Zilly
UNITED STATES DISTRICT COURT JUDGE


Presented by:

DORSEY & WHITNEY LLP

/s/ Paul T. Meiklejohn
Paul T. Meiklejohn, WSBA No. 17477
meiklejohn.paul@dorsey.com
J. Michael Keyes, WSBA No. 29215
keyes.mike@dorsey.com
Todd S. Fairchild, WSBA No. 17654
fairchild.todd@dorsey.com
Ryan B. Meyer, WSBA No. 37832
meyer.ryan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903-8800
Fax: (206) 903-8820

*Attorneys for Defendant Piranha Games Inc.*

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT
INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT INFRINGEMENT CLAIM was served by ECF on the following parties on April 20, 2018:

Damon C. Elder, WSBA #46754
damone@calfoeakes.com
Andrew R.W. Hughes, WSBA #49515
andrewh@calfoeakes.com
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

Jessica Stebbins Bina (admitted *pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

*/s/ Paul T. Meiklejohn*
Paul T. Meiklejohn

PIRANHA'S UNOPPOSED MOTION TO SEAL PORTIONS OF PIRANHA'S REPLY
IN SUPPORT OF PIRANHA'S SECOND MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S LACK OF STANDING TO ASSERT COPYRIGHT
INFRINGEMENT CLAIM
Case No. 2:17-cv-00327 TSZ — Page 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WASHINGTON 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820