THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

PIRANHA GAMES INC., INMEDIARES
PRODUCTIONS, LLC, and DOES 1–10

Defendants.

CASE NO.  2:17-cv-00327-TSZ

**PLAINTIFF HARMONY GOLD
U.S.A. INC'S NOTICE OF INTENT
TO FILE SURREPLY TO
PIRANHA'S REPLY IN SUPPORT
OF MOTION FOR SUMMARY
JUDGMENT**

**NOTE ON MOTION CALENDAR:
APRIL 20, 2018**

Pursuant to Local Civil Rule 7(g), Plaintiff Harmony Gold U.S.A., Inc. hereby gives notice of its intent to file a surreply requesting that the Court strike certain material and arguments in Defendant Piranha Games Inc.'s Reply In Support of Piranha's Second Motion for Summary Judgment As To Plaintiff's Lack of Standing To Assert Copyright Infringement Claim (Dkt. No. 119).

///

///

///

///

///

///

PLTF HARMONY GOLD'S NOTICE OF INTENT
TO FILE SURREPLY
(Case No. 2:17-cv-00327-TSZ) **-** 1

DATED:  April 24, 2018.     CALFO EAKES & OSTROVSKY PLLC


By  s/ Andrew R.W. Hughes
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
           andrewh@calfoeakes.com

LATHAM & WATKINS LLP


By:  s/ Jessica Stebbins Bina
    Jessica Stebbins Bina
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA  90067
    Telephone: (424) 653-5525
    Facsimile: (424) 653-5501
    Email:  jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

PLTF HARMONY GOLD'S NOTICE OF INTENT
TO FILE SURREPLY
(Case No. 2:17-cv-00327-TSZ) - 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 24th day of April, 2018.

_s/ Mary Klemz_
Mary Klemz

PLTF HARMONY GOLD'S NOTICE OF INTENT
TO FILE SURREPLY
(Case No. 2:17-cv-00327-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224