# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HARMONY GOLD U.S.A., INC.,

    Plaintiff,

v.

PIRANHA GAMES INC., et al.,

    Defendants.

C17-327 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to seal, docket no. 97, is GRANTED as follows. The unredacted versions of plaintiff's reply, docket no. 101, and supporting declaration, docket no. 102, shall remain under seal.

(2) Plaintiff's unopposed motion to seal, docket no. 105, is GRANTED as follows. The unredacted versions of plaintiff's response, docket no. 111, and supporting declaration, docket no. 112, shall remain under seal.

(3) Defendant Piranha Games Inc.'s unopposed motion to seal, docket no. 117, is GRANTED as follows. The unredacted version of defendant's reply, docket no. 118, shall remain under seal.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1