THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

v.

PIRANHA GAMES INC., INMEDIARES
PRODUCTIONS, LLC, and DOES 1–10,

Defendants.

CASE NO.  2:17-cv-00327-TSZ

**PLAINTIFF HARMONY GOLD
U.S.A., INC.'S NOTICE OF
DISMISSAL OF DOE DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and this Court's Minute Order of April 13, 2018 (Dkt. No. 116), Plaintiff Harmony Gold U.S.A., Inc., by and through its counsel of record, hereby voluntarily dismisses, without prejudice, its claims against Does 1-10.

///

///

///

///

///

///

///

///

PLTF HARMONY GOLD U.S.A., INC.'S NOTICE
OF DISMISSAL OF DOE DEFENDANTS
(Case No. 2:17-cv-00327-TSZ) **-** 1

DATED:  May 4, 2018.

CALFO EAKES & OSTROVSKY PLLC


By  *s/ Andrew R.W. Hughes*
    Damon C. Elder, WSBA #46754
    Andrew R.W. Hughes, WSBA #49515
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224
    Email:  damone@calfoeakes.com
           andrewh@calfoeakes.com


LATHAM & WATKINS LLP


By:  *s/ Jessica Stebbins Bina*
    Jessica Stebbins Bina
    10250 Constellation Blvd., 3rd Floor
    Los Angeles, CA  90067
    Telephone: (424) 653-5525
    Facsimile: (424) 653-5501
    Email:  Jessica.stebbinsbina@lw.com

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

PLTF HARMONY GOLD U.S.A., INC.'S NOTICE
OF DISMISSAL OF DOE DEFENDANTS (Case
No. 2:17-cv-00327-TSZ) **-** 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 4th day of May, 2018.

*s/ Mary J. Klemz*
Mary J. Klemz

PLTF HARMONY GOLD U.S.A., INC.'S NOTICE
OF DISMISSAL OF DOE DEFENDANTS (Case
No. 2:17-cv-00327-TSZ) **-** 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224