HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY GOLD U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> PIRANHA GAMES INC.; and INMEDIARES PRODUCTIONS, LLC, <br><br> Defendants. | CASE NO. 2:17-CV-00327-TSZ <br><br> STIPULATION AND ORDER TO WITHDRAW MOTIONS WITHOUT PREJUDICE |

Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") and Defendant Piranha Games Inc. ("Piranha") have agreed to a settlement in principle of this case, but need time to prepare the written settlement documents. Accordingly, to conserve judicial resources and the resources of the parties, the parties agree to withdraw all pending motions without prejudice. The motions are:

Harmony Gold's motion for letters rogatory (Dkt. 93); and

Piranha's second motion for summary judgment (Dkt. 87).

In the unlikely event that the case does not settle, the parties agree that (1) the motions and opposition papers can be refiled or simply renoted, (2) both motions have been fully briefed and are ripe for decision by the Court, and (3) no further briefing will be permitted unless required by the Court.

STIPULATION AND ORDER TO
WITHDRAW MOTIONS WITHOUT
PREJUDICE – Page 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED: June 7, 2018                    Respectfully submitted,

*/s/ Paul T. Meiklejohn*
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

*/s/ Jessica Stebbins Bina*
Jessica Stebbins Bina (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

Damon C. Elder, WSBA No. 46754
Andrew R.W. Hughes, WSBA No. 49515
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

## ORDER

Pursuant to the foregoing stipulation, it is SO ORDERED.

DATED this 7th day of June, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER TO WITHDRAW MOTIONS WITHOUT PREJUDICE – Page 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820