HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY GOLD U.S.A., INC.,

Plaintiff,

vs.

PIRANHA GAMES INC., INMEDIARES PRODUCTIONS LLC, and DOES 1–10,

Defendants.

CASE NO. 2:17-CV-00327-TSZ

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE – Page 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i-ii), Plaintiff Harmony Gold U.S.A., Inc. ("Harmony Gold") and Defendant Piranha Games Inc. ("Piranha") hereby stipulate to dismissal of the above-captioned action with prejudice (for the avoidance of doubt, this includes dismissal of all claims against defaulted defendant Inmediares Productions, LLC). The parties further stipulate that all costs, expenses, and attorneys' fees will be borne by the party which incurred them.

Stipulation dated:  June 20, 2018

Respectfully submitted,

DORSEY & WHITNEY LLP

*/s/ Paul T. Meiklejohn* _____
Paul T. Meiklejohn, WSBA No. 17477
Todd S. Fairchild, WSBA No. 17654
Ryan B. Meyer, WSBA No. 37832
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

*Attorneys for Defendant Piranha Games Inc.*

LATHAM & WATKINS LLP

*/s/ Jessica Stebbins Bina* _____
Jessica Stebbins Bina (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd., 3rd Floor
Los Angeles, CA 90067

CALFO EAKES & OSTROVSKY PLLC

*/s/ Damon C. Elder* _____
Damon C. Elder, WSBA No. 46754
Andrew R.W. Hughes, WSBA No. 49515
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808

*Attorneys for Plaintiff Harmony Gold U.S.A., Inc.*

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that this action be dismissed with prejudice as to all defendants, without costs or attorneys' fees assessed to any party.

_____
Honorable Thomas S. Zilly
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE – Page 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE was served on the following parties, by the method(s) indicated below, on June 20, 2018.

| | |
|---|---|
| Damon C. Elder, WSBA #46754<br>damone@calfoeakes.com<br>Andrew R.W. Hughes, WSBA #49515<br>andrewh@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808<br><br>Jessica Stebbins Bina (admitted *pro hac vice*)<br>jessica.stebbinsbina@lw.com<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., 3rd Floor<br>Los Angeles, CA 90067 | ☒ Via ECF<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail |

*/s/ Paul T. Meiklejohn*
Paul T. Meiklejohn

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE – Page 4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820