AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION     ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY     ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED<br>Case terminated on 6/20/2018 per parties stipulation. No order required. |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
    mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
    mail copy to Register of Copyrights

3) Upon termination of action,
    mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

# Exhibit A

CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

**EXHIBIT**

h

PENGAD·Bayonne, N.J.

D A  PA       252-486      PAU

EFFECTIVE DATE OF REGISTRATION

2          7          85
Month      Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
MACROSS: BOOBYTRAP

PREVIOUS OR ALTERNATIVE TITLES ▼
ROBOTECH

NATURE OF THIS WORK ▼ See instructions
MOTION PICTURE

**2**

NAME OF AUTHOR ▼
a  HARMONY GOLD U.S.A., INC.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work excluding original animation and soundtrack music

NAME OF AUTHOR ▼
b  TATSUNOKO PRODUCTION CO. LTD.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ JAPAN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original Animation

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 4  Year ▶ 1984
U.S.A.  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
HARMONY GOLD U.S.A., INC. & TATSUNOKO PRODUCTION CO.
8831 Sunset Blvd. #300          c/o 8831 Sunset Blvd.
Los Angeles, CA 90069           #300
                                Los Angeles, CA 90069

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
07 FEB 1985
ONE DEPOSIT RECEIVED
07 FEB 1985
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
454610 FEB 7 85

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
              • See detailed instructions.    • Sign the form at line 8.

(40)

DO NOT WRITE HERE
Page 1 of 2 pages

*Amended and added by C.O. authority telephone conversation with Susan Christison on July 15, 1985.

EXAMINED BY _rt_

CHECKED BY _DL_

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

D A   252-486

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**   **Year of Registration ▼**
   PAu 679-625   Nov, 9, 1984

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   Work already published at the time the unpublished registration was made. The authorship statements on this application for the published work are correct.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**   **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
   HARMONY GOLD U.S.A., INC.
   8831 Sunset Blvd. #300
   Los Angeles, CA   90069

Be sure to give your daytime phone ◄ number

   Area Code & Telephone Number ▶ 213-652-8720

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Harmony Gold U.S.A., Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Frank Agrama, President Harmony Gold U.S.A., Inc.   date ▶ February 5, 1985

   Handwritten signature (X) ▼
   _Frank Agrama_

**MAIL CERTIFI-CATE TO**

**Name ▼**
   Harmony Gold U.S.A., Inc.
**Number/Street/Apartment Number ▼**
   8831 Sunset Blvd. #300
**City/State/ZIP ▼**
   Los Angeles, CA   90069

**Certificate will be mailed in window envelope**

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM PA

**CERTIFICATE OF COPYRIGHT REGISTRATION**

UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C Curran*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER | | |
|---|---|---|
| PAU | **740 321** | |
| PA | | (PAU) |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| 3 | 28 | 85 |
| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

## ① Title

**TITLE OF THIS WORK:**   MOSPEADA   Episodes 1-25

1. Prelude of Assault
2. The March of Love Lost   (See PA/CON for 3-25)

**NATURE OF THIS WORK:** (See instructions)

MOTION PICTURE

**PREVIOUS OR ALTERNATIVE TITLES:**

## ② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** TATSUNOKO PRODUCTION COMPANY, LTD.
Was this author's contribution to the work a "work made for hire"?   Yes X   No.....

**DATES OF BIRTH AND DEATH:**
Born......... Died.........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... or { Domiciled in .Japan...............
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ......   No.:.....
Pseudonymous?   Yes ......   No.:.....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire work including animation, story, soundtrack

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born......... Died.........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } or { Domiciled in ...............
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born......... Died.........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } or { Domiciled in ...............
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## ③ Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year... **1984**
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........................
(Month)   (Day)   (Year)
Nation........................
(Name of Country)
(Complete this block ONLY if this work has been published.)

## ④ Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

HARMONY GOLD U.S.A., INC.   and   TATSUNOKO PRODUCTION COMPANY, LTD.
8831 Sunset Blvd. Ste 300         c/o Harmony Gold U.S.A., Inc.
Los Angeles, CA  90069            8831 Sunset Blvd. Ste 300
                                  Los Angeles, CA  90069

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Agreement

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ... **3** .... pages

*Amended and added after telephone conversation with Susan Christison on May 17, 1985

PAU **740 321**

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED?
☐

APPLICATION RECEIVED:
MAR 2 '1985

DEPOSIT RECEIVED:
MAR 28.1985

REMITTANCE NUMBER AND DATE
**505997**   **28 85**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**\*PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes  X ......  No ......

- If your answer is "Yes," why is another registration being sought?   (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number ................................  Year of Registration ................

**⑤** Previous Registration

**\* COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

English version including animation

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Japanese soundtrack and story

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ................................

Account Number: ................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: HARMONY GOLD U.S.A., INC.

Address: 8831 Sunset Blvd. Ste 300
(Apt.)

Los Angeles, CA  90069
(City)          (State)          (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: Harmony Gold U.S.A., Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)

Typed or printed name. Frank Agrama, President          Date 3/15/85

**⑧** Certification (Application must be signed)

MAIL
CERTIFICATE
TO

HARMONY GOLD U.S.A., INC.
(Name)
8831 Sunset Blvd. Suite 300
(Number, Street and Apartment Number)
Los Angeles, CA  90069
(City)          (State)          (ZIP code)

(Certificate will
be mailed in
window envelope)

**⑨** Address For Return of Certificate

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/2

Jan. 1980—500,000

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

REGISTRATION NUMBER

PAU   740-321

PA          PAU

EFFECTIVE DATE OF REGISTRATION

3       28       85
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

MAR 28 1985

Page 3 of 3 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(A)**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET**: This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  MOSPEADA

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

Harmony Gold U.S.A., Inc., 8831 Sunset Blvd. Ste.300 Los Angeles, CA  90069

---

**(B)**
**Continuation of Space 2**

☐ **NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born ............   Died ............
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....................... (Name of Country) } or { Domiciled in ....................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

☐ **NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born ............   Died ............
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....................... (Name of Country) } or { Domiciled in ....................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

☐ **NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born ............   Died ............
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....................... (Name of Country) } or { Domiciled in ....................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**(C)**
**Continuation of Other Spaces**

**CONTINUATION OF** (Check which):   ☒ Space 1   ☐ Space 4   ☐ Space 6

3. A Duel Concert at High Noon
4. Feel Like A Survival Song
5. Live at the Robbery
6. Tough Little Girl Blues
7. Ragtime for the Departed Hero
8. Elegy for Jonathan
9. Lost World Getaway
10. Requim for a Battlefield
11. Lullaby of a Distant Hope
12. Fortress Breakthrough Boogie
13. Sandstorm Playback
14. Mint's Wedding March
15. The Ballad of the Comrades' Split
16. Trap Reggae
17. Serenade of the Midnight Sun
18. Polka of the Old Soldiers
19. Folte, the Glacier City
20. A Birthday Song in the Evening
21. Murder's Arpeggio
22. New York Beebop
23. Balck-haired Paltita
24. The Finale of Darkenss
25. Symphony of Light

Case 2:11-cv-09032-DMG-CW Document 128   Filed 06/26/13   Page 8 of 24

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C Curran*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

PAU  740 322

PA    PAU

EFFECTIVE DATE OF REGISTRATION

| 3 | 28 | 85 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

SOUTHERN CROSS    Episodes 1-23

1. Shower Cologne  3. Star Angel
2. Rabbit Hat      4. Half Moon
(See PA/CON for 5-23)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

**a** TATSUNOKO PRODUCTION COMPANY, LTD.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work including animation, story, soundtrack

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Harmony Gold U.S.A., Inc. and
8831 Sunset Blvd. Ste 300
Los Angeles, CA  90069

Tatsunoko Production Company, Ltd.
c/o Harmony Gold U.S.A. Inc.
8831 Sunset Blvd. #300
Los Angeles, CA 90069

APPLICATION RECEIVED
MAR 28 1985
ONE DEPOSIT RECEIVED
MAR 28 1985
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Agreement

REMITTANCE NUMBER AND DATE
505997    28 85
MAR

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 3 pages

FORM PA

*Amended and added by C.O. authority telephone
conversation with Susan Christison on May 17,
1985.

PA̲U̲   740 322

CHECKED BY

| CORRESPONDENCE Yes |
| DEPOSIT ACCOUNT FUNDS USED |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ ·        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

English version including animation

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Japanese soundtrack and story

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                   **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Harmony Gold U.S.A., Inc.
8831 Sunset Blvd. Ste. 300
Los Angeles, CA  90069

Area Code & Telephone Number ▶   213-652-8720

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Harmony Gold U.S.A., Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Frank Agrama, President                                   date ▶  3/15/85

👉   **Handwritten signature (X)** ▼

**MAIL
CERTIFI-
CATE TO**

| Name ▼   Harmony Gold U.S.A., Inc. |
| Number/Street/Apartment Number ▼   8831 Sunset Blvd. Suite 300 |
| City/State/ZIP ▼   Los Angeles, CA  90069 |

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-306                                                                                         Nov. 1981-700,000

# CONTINUATION SHEET FOR FORM PA

# FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

REGISTRATION NUMBER

PAU · 740 322

PA · (PAU)

EFFECTIVE DATE OF REGISTRATION

3 · 28 · 85
(Month) · (Day) · (Year)

CONTINUATION SHEET RECEIVED

MAR 28 1985

Page 3 of 3 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## (A) Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**: This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  SOUTHERN CROSS

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  Harmony Gold, U.S.A., Inc., 8831 Sunset Blvd. Ste 300, Los Angeles, CA. 90069

## (B) Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born ............ Died ............
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born ............ Died ............
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born ............ Died ............
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## (C) Continuation of Other Spaces

**CONTINUATION OF** (Check which):  ☒ Space 1  ☐ Space 4  ☐ Space 6

| | |
|---|---|
| 5. Trouble City | 15. Love Story |
| 6. Prelude | 16. The Hunter Killer |
| 7. Mujika | 17. The Biopsych Car |
| 8. Metal Fire | 18. Wonderland |
| 9. Star Dust | 19. Crisis |
| 10. Outsider | 20. Daydream |
| 11. Deja Vu | 21. Nightmare |
| 12. Lost Memory | 22. Catastrophie |
| 13. Triple Mirror | 23. Jeh-nen-Su |
| 14. Hope for Glory | |

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C Curran*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| PAU 740 323 |
| PA (PAU) |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| 3 (Month)  28 (Day)  85 (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1) Title**

TITLE OF THIS WORK:  MACROSS    Episodes 1-36

1. Booby Trap  3. Spacefold
2. Countdown  4. Lin Minmei (See PA/CON for 5-36)

NATURE OF THIS WORK: (See instructions)

MOTION PICTURE

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
TATSUNOKO PRODUCTION COMPANY, LTD
Was this author's contribution to the work a "work made for hire"?  Yes X  No

DATES OF BIRTH AND DEATH:
Born (Year)  Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  or  Domiciled in Japan (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Work including animation, story, soundtrack

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes  No

DATES OF BIRTH AND DEATH:
Born (Year)  Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  or  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No

AUTHOR OF: (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes  No

DATES OF BIRTH AND DEATH:
Born (Year)  Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country)  or  Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No

AUTHOR OF: (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1983
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date (Month) (Day) (Year)
Nation (Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

HARMONY GOLD U.S.A., INC.  AND  TATSUNOKO PRODUCTION COMPANY, LTD.
8831 Sunset  Blvd. Ste 300         c/o  Harmony Gold U.S.A., Inc.
Los Angeles, CA.  90069            8831 Sunset Blvd. Ste 300
                                   Los Angeles, CA  90069

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Agreement

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 3 pages

*Amended and corrected only by
telephone conversation with Susan
Christison on May 17, 1985.

PAU __ 740 323

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED:
☐

APPLICATION RECEIVED:
MAR 28 1985

DEPOSIT RECEIVED:
MAR 28 1985

REMITTANCE NUMBER AND DATE:
505997   MAR 28 85

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**✻ PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes . . . X . . . No . . . X

• If your answer is "Yes," why is another registration being sought?   (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☒ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give:   Previous Registration Number . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . .

**5**
Previous
Registra-
tion

---

**✻ COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . English version including animation . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . Japanese soundtrack and story . . . . .

**6**
Compilation
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . . . . . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Harmony Gold U.S.A., Inc.

Address: 8831 Sunset Blvd. Ste. #300   (Apt.)

Los Angeles, CA   90069
(City)       (State)       (ZIP)

**7**
Fee and
Correspond-
ence

---

**CERTIFICATION:** ✻ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Harmony Gold U.S.A., Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)

Typed or printed name ✻ Frank Agrama, President         Date 3/15/85

**8**
Certification
(Application
must be
signed)

---

**MAIL
CERTIFICATE
TO**

HARMONY GOLD U.S.A., INC.
(Name)
8831 Sunset Blvd. Suite 300
(Number Street and Apartment Number)
Los Angeles, CA   90069
(City)       (State)       (ZIP code)

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

---

• 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/2

Jan. 1980—500,000

# CONTINUATION SHEET FOR FORM PA | FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PAU ___ 740-323 |
| PA — PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 3    28    85 |
| (Month)    (Day)    (Year) |

| CONTINUATION SHEET RECEIVED |
| --- |
| MAR 28 1985 |
| Page 3 of 3 pages |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  MACROSS

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  Harmony Gold U.S.A., Inc. 8831 Sunset Blvd. Ste 300, Los Angeles, CA 90069

---

**B** Continuation of Space 2

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| | Born ......... Died ......... |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | (Year) (Year) |

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............. (Name of Country) } or { Domiciled in ............. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| | Born ......... Died ......... |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | (Year) (Year) |

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............. (Name of Country) } or { Domiciled in ............. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| | Born ......... Died ......... |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | (Year) (Year) |

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............. (Name of Country) } or { Domiciled in ............. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

AUTHOR OF: (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**C** Continuation of Other Spaces



**CONTINUATION OF** (Check which):  ☒ Space 1  ☐ Space 4  ☐ Space 6

| | | |
| --- | --- | --- |
| 5. The Transformation | 17. Phantasm | 29. Loli's Song |
| 6. The Daidarus Attack | 18. Pineapple Salad | 30. Viva Mariya |
| 7. Bye-Bye Mars | 19. Bursting Point | 31. Satan's Dolls |
| 8. The Longest Birthday | 20. Paradise Lost | 32. Broken Heart |
| 9. Miss Macross | 21. Micro-Cosmos | 33. Rainy Night |
| 10. The Blind Game | 22. Love Concert | 34. Private Time |
| 11. First Contact | 23. Drop Out | 35. Romanesque |
| 12. The Big Escape | 24. Goodbye Girl | 36. A Gentle Farewell |
| 13. Blue Wind | 25. Virgin Road | |
| 14. Gloval's Report | 26. The Messenger | |
| 15. Chinatown | 27. Love Floats Away | |
| 16. Kung Fu Dandy | 28. My Album | |

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

PA   260 432

PA          PAU

**EFFECTIVE DATE OF REGISTRATION**

2 2 AUG 1985

Month          Day          Year

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**   Episode   1. Boobytrap      4. The Long Wait
ROBOTECH                          2. Countdown      5. Transformation
                                  3. Space Fold     6. Blitzkrieg

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

## 2

**a**

**NAME OF AUTHOR ▼**
HARMONY GOLD U.S.A., INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work excluding original animation and soundtrack music

**b**

**NAME OF AUTHOR ▼**
TATSUNOKO PRODUCTION CO. LTD.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ JAPAN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original Animation

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October 3 Day ▶ 29 Year ▶ 1984 1985
U.S.A.
◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
HARMONY GOLD U.S.A., INC. & TATSUNOKO PRODUCTION CO.
8831 Sunset Blvd. #300         c/o 8831 Sunset Blvd.
Los Angeles, CA 90069          #300
                               Los Angeles, CA 90069

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
07 FEB 1985
**ONE DEPOSIT RECEIVED**
07 FEB 1985    2 2 AUG 1985
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**
454610 FEB 7 85

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 5 pages

*Amended and added by C.O. authority telephone
conversation with Susan Christison on May 17,
1985.

FORM PA

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA  260 432

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**5**

* **PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
  ☑ **Yes** ☑ **No**  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by space 6 on this application.
  If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

---

**6**

* **DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
  **a.  Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

  Original Japanese version, **three** English episodes including some English soundtrack

  See instructions
  before completing
  this space.

  **b.  Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

  Some new English soundtrack for three episodes, new English version for
  82 episodes

---

**7**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
HARMONY GOLD U.S.A., INC.
8831 Sunset Blvd. #300
Los Angeles, CA  90069

Be sure to
give your
daytime phone
◄ number.

Area Code & Telephone Number ▶ 213-652-8720

---

**8**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Harmony Gold U.S.A., INC.
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Frank Agrama, President Harmony Gold U.S.A., Inc.          date▶ February 5, 1985

          Handwritten signature (X) ▼

---

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
HARMONY GOLD U.S.A., INC.
Number/Street/Apartment Number ▼
8831 SUNSET BLVD. #300
City/State/ZIP ▼
LOS ANGELES, CA  90069

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

---

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1981: 355–306                                                                    Nov. 1981-700,000

# CONTINUATION SHEET FOR FORM PA

Case 2:17-cv-04327-JAK-E Document 1 Filed 06/26/18 Page 16 of 24

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PA  260 432 |
| (PA)                    PAU |

**EFFECTIVE DATE OF REGISTRATION**

2 2 AUG 1985

. . . . . . . . . .    . . . . . . . . .    . . . . . . . .
(Month)              (Day)              (Year)

**CONTINUATION SHEET RECEIVED**

AUG. 2 2 1985

Page __3__ of __5__ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| (A) Identification of Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work: |
| --- | --- |
| | • TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)<br>ROBOTECH |
| | • NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)<br>Harmony Gold U.S.A., Inc. 8831 Sunset Bl. #300, Los Angeles, CA 90069 |

| (B) Continuation of Space 2 | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- | --- |
| | Was this author's contribution to the work a "work made for hire"?  Yes......  No...... | Born ........... Died ...........<br>(Year)          (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE:<br>Citizen of ....................... } or { Domiciled in .......................<br>(Name of Country)                    (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:<br>Anonymous?  Yes......  No......<br>Pseudonymous?  Yes......  No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| | Was this author's contribution to the work a "work made for hire"?  Yes......  No...... | Born ........... Died ...........<br>(Year)          (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE:<br>Citizen of ....................... } or { Domiciled in .......................<br>(Name of Country)                    (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:<br>Anonymous?  Yes......  No......<br>Pseudonymous?  Yes......  No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| | Was this author's contribution to the work a "work made for hire"?  Yes......  No...... | Born ........... Died ...........<br>(Year)          (Year) |
| | AUTHOR'S NATIONALITY OR DOMICILE:<br>Citizen of ....................... } or { Domiciled in .......................<br>(Name of Country)                    (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:<br>Anonymous?  Yes......  No......<br>Pseudonymous?  Yes......  No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| (C) Continuation of Other Spaces | CONTINUATION OF (Check which): ☑ Space 1   ☐ Space 4   ☐ Space 6 |
| --- | --- |

| | |
| --- | --- |
| #7 - BYE, BYE MARS | #20 - PARADISE LOST |
| #8 - SWEET SIXTEEN | #21 - A NEW DAWN |
| #9 - MISS MACROSS | #22 - BATTLE HYMN |
| #10 - BLIND GAME | #23 - RECKLESS |
| #11 - FIRST CONTACT | #24 - SHOWDOWN |
| #12 - THE BIG ESCAPE | #25 - WEDDING BELLS |
| #13 - BLUE WIND | #26 - THE MESSENGER |
| #14 - GLOVAL'S REPORT | #27 - FORCE OF ARMS |
| #15 - HOMECOMING | #28 - RECONSTRUCTION BLUES |
| #16 - BATTLE CRY | #29 - THE ROBOTECH MASTERS |
| #17 - PHANTASM | #30 - VIVA MIRIYA |
| #18 - FAREWELL, BIG BROTHER | #31 - KHYRON'S REVENGE |
| #19 - BURSTING POINT | #32 - BROKEN HEART |

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) them two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER | | |
|---|---|---|
| PA | 260 432 | PAU |
| (PA) | | |

**EFFECTIVE DATE OF REGISTRATION**

2 2 AUG 1985

(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

AUG 2 2 1985

Page 4 of 5 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(A)** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  ROBOTECH

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  Harmony Gold U.S.A., INC. 8831 Sunset Bl. #300, Los Angeles, CA 90069

---

**(B)** Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... (Name of Country) } or { Domiciled in ................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... (Name of Country) } or { Domiciled in ................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................... (Name of Country) } or { Domiciled in ................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**(C)** Continuation of Other Spaces

**CONTINUATION OF** (Check which): ☒ Space 1   ☐ Space 4   ☐ Space 6

| | |
|---|---|
| #33 - A RAINY NIGHT | #46 - STARDUST |
| #34 - PRIVATE TIME | #47 - OUTSIDERS |
| #35 - SEASON'S GREETINGS | #48 - DEJA VU |
| #36 - TO THE STARS | #49 - A NEW RECRUIT |
| #37 - DANA'S STORY | #50 - TRIUMVIRATE |
| #38 - FALSE START | #51 - CLONE CHAMBER |
| #39 - THE SOUTHERN CROSS | #52 - LONG SONG |
| #40 - VOLUNTEERS | #53 - THE HUNTERS |
| #41 - HALF MOON | #54 - MIND GAME |
| #42 - DANGER ZONE | #55 - DANA IN WONDERLAND |
| #43 - PRELUDE TO BATTLE | #56 - CRISIS POINT |
| #44 - THE TRAP | #57 - DAY DREAMER |
| #45 - METAL FIRE | #58 - FINAL NIGHTMARE |

**FORM PA/CON**

Case 2:07-cv-05053-GTZ Document 126 Filed 06/26/18 Page 18 of 24

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, leave it attached to Form PA. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
|---|
| PA **260 432** PAU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| **2 2 AUG 1985** |
| (Month)          (Day)          (Year) |

| CONTINUATION SHEET RECEIVED |
|---|
| AUG 2 2 1985 |

| Page **5** of **5** pages |

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**(A) Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA. submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  ROBOTECH

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  Harmony Gold U.S.A., Inc., 8831 Sunset Bl. #300, Los Angeles, CA 90069

---

**(B) Continuation of Space 2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**(C) Continuation of Other Spaces**

**CONTINUATION OF** (Check which): ☒ Space 1   ☐ Space 4   ☐ Space 6

| | | |
|---|---|---|
| #59 – THE INVID CONNECTION | #72 – THE FORTRESS | |
| #60 – CATASTROPHE | #73 – SANDSTORM | |
| #61 – THE INVID INVASION | #74 – ANNIE'S WEDDING | |
| #62 – THE LOST CITY | #75 – SEPARATE WAYS | |
| #63 – LONELY SOLDIER BOY | #76 – METAMORPHOSIS | #85 – SYMPHONY OF LIGHT |
| #64 – SURVIVAL | #77 – THE MIDNIGHT SUN | |
| #65 – CURTAIN CALL | #78 – GHOST TOWN | |
| #66 – HARD TIME | #79 – FROST BITE | |
| #67 – PAPER HERO | #80 – BIRTHDAY BLUES | |
| #68 – EULOGY | #81 – HIRED GUN | |
| #69 – THE GENESIS PIT | #82 – THE BIG APPLE | |
| #70 – ENTER MARLENE | #83 – REFLEX POINT | |
| #71 – THE SECRET ROUTE | #84 – DARK FINALE | |

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM PA





UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA   370 656**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

**AUG 1 1 1987**

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

ROBOTECH II:  THE SENTINELS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

a   HARMONY GOLD USA, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK EXCLUDING SOUNDTRACK

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1987 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 15   Year ▶ 1987   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Harmony Gold USA, Inc.
8831 Sunset Boulevard, Suite 300
Los Angeles, California 90069

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 20 1988

ONE DEPOSIT RECEIVED
AUG 1 1 1987

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page **2**

FORM PA

CHECKED BY

PA   370 656

☑ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Registered unpublished motion picture, previously published song TOGETHER

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

all other new cinematographic material, excluding soundtrack

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Pat Langford
Harmony Gold USA, Inc.
8831 Sunset Boulevard, Suite 300
Los Angeles, California 90069
                    Area Code & Telephone Number ▶  213/652-8720

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒☒ authorized agent of  HARMONY GOLD USA, INC.
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
                    Frank Agrama, President
                                              date ▶ 6-13-88

Handwritten signature (X) ▼
X

**MAIL
CERTIFI-
CATE TO**

Name ▼
Pat Langford
Harmony Gold USA, Inc.
Number/Street/Apartment Number ▼
8831 Sunset Boulevard, Suite 300
City/State/ZIP ▼
Los Angeles, California 90069

**Certificate
will be
mailed in
window
envelope**

• **Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987:181-531/60,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



☆ UNITED STATES COPYRIGHT OFFICE ☆
☆ THE LIBRARY OF CONGRESS ☆

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

PAu **1 117 191**

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

AUG 11 1987

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

ROBOTECH II: THE SENTINELS; Episodes 1, 2 and 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

HARMONY GOLD USA, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK EXCLUDING SOUNDTRACK

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Harmony Gold USA, Inc.
8831 Sunset Boulevard, Suite 300
Los Angeles, California 90069

See instructions before completing this space.

APPLICATION RECEIVED
AUG 11 1987
ONE DEPOSIT RECEIVED
AUG 11 1987
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

**DO NOT WRITE HERE**

FORM PA

PAu 1 117 191

CHECKED BY

☑ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.   **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b.   **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Pat Langford
Harmony Gold USA, Inc.
8831 Sunset Boulevard, Suite 300
Los Angeles, California 90069
                     Area Code & Telephone Number ▶   213/652-8720

Be sure to
give your
daytime phone
◀ number.

**8**

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   HARMONY GOLD USA, INC.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Frank Agrama, President                    date ▶  7-27-87

✗ Handwritten signature (X) ▼

X

**9**

**MAIL CERTIFICATE TO**

Name ▼
Pat Langford
HARMONY GOLD USA, INC.
Number/Street/Apartment Number ▼
8831 Sunset Boulevard, Suite 300
City/State/ZIP ▼
Los Angeles, California   90069

**Certificate will be mailed in window envelope**

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to *Register of Copyrights*?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1987-100,000

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2-415-945**
PA PAu *PAu0002415945*

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

RECEIVED
NOV 02 1999
LEGAL DEPT.

OFFICIAL SEAL

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| 5 | 26 | 99 |
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**

Robotech 3000   "And So It Begins"  (episode 1)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Animated Series*

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Harmony Gold U.S.A.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Harmony Gold USA
7655 Sunset Blvd.
Los Angeles

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
MAY 26 1999
ONE DEPOSIT RECEIVED
MAY 26 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

*Screenplay deposited.

EXAMINED BY ▢ *illegible* | FORM PA

CHECKED BY

▢ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼       **Account Number** ▼

Harmony Gold       DA 076422

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Joanne Hoffman, Esq.
Harmony Gold USA
7655 Sunset Blvd.
Los Angeles, California 90046

Be sure to give your daytime phone number

Area Code and Telephone Number ▶ 323 851 4900   FAX: 323 851 5599 ◀

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Harmony Gold USA
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joanne Hoffman, Esq.       date ▶ 5/18/99

Handwritten signature (X) ▼

**9**

**MAIL CERTIFICATE TO**

Name ▼
Joanne Hoffman
**Legal and Business Affairs**
**Harmony Gold**
**7655 Sunset Blvd.**
**Los Angeles, CA 90046**

Number/Street/Apartment Number ▼

City/State/ZIP ▼

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

\***17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000  ♻ PRINTED ON RECYCLED PAPER       ✰U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/33